# *ITI* ITI CO., LTD.

'F-2, NO. 79, Hsin Tai Wu Road, Sec. 1, Hsi-Chih, Taipei, Hsien, Taiwan
Tel: 886-2-2698-9606, Fax: 886-2-2698-9575, E-Mail: iti@ms8.hinet.net

## COMMERCIAL INVOICE

Invoice No.: 35295                                              Date:         SEP. 09, 2004
Shipped Via: HYUNDAI COMMODORE 126E                             On/about:     SEP. 09, 2004
From:        SHANGHAI, CHINA                                    Destination:  MINNEAPOLIS, USA
Consignee:   TIMBER RIDGE TRADING & MANUFACTURING COMPANY
             10021 YUKON AVE. S. BLOOMINGTON, MN 55438, USA

| Marks & Nos | Timber Ridge Item No. | ITI Item No. | Description | Q'ty | Unit Price | Amount |
|---|---|---|---|---|---|---|
|  |  |  | Towing Accessories(Connector) As Per PO: TR70904ITI |  | **FOB SHANGHAI, CHINA (USD)** | |
| NM |  | YTUTYL 708006+708005 | Universal Trailer Coupler Lock, Black | 1024 EA | $7.30 | $7,475.20 |
| **TOTAL:** |  |  |  | 1,024 EA |  | $7,475.20 |

SAY TOTAL U.S. DOLLARS SEVEN THOUSAND FOUR HUNDRED SEVENTY FIVE
AND CENTS TWENTY ONLY

COUNTRY OF ORIGIN: CHINA

PO NO. TR70904ITI

ITI CO., LTD

EXHIBIT A

ATTORNEY'S EYES ONLY
INTR 00411