# $ITI$ ITI CO., LTD.

7F-2, NO.79, HSIN TAI WU ROAD SEC.1. HIS-CHIH TAIPEI HSIEN
Tel: 886-2-2698-9606, Fax: 886-2-2698-9575, E-Mail: iti@ms8.hinet.net

## COMMERCIAL INVOICE

| | | | |
|---|---|---|---|
| Invoice No.: | IV:35901 | Date: | Feb.09,2005 |
| Shipped Via: | EVER GRADE 0149-026E | On/about: | Feb.09,2005 |
| From: | SHANGHAI, CHINA | Destination: | BURNSVILLE, MINNESOTA,USA |
| M/S: | Rigid Hitch Incorporated | | TACOMA,WA |
| | 3301 W Burnsville Pkwy Burnsville | | |
| | MN 55337-4290, USA | | |
| ANNT: | Mr. Blane Wirth | | |

| Marks & Nos | Item No | Description | Q'ty | Unit Price | Amount |
|---|---|---|---|---|---|
| | | TRAILER PARTS | | | |
| N/M | | TERMS: CIP BURNSVILLE, MINNESOTA, USA | | **Door to Door MN, USA** | |
| | | WE CERTIFY MERCHANDISE CONFORMS TO 120104BW | | | |
| | | PO#120104BW | | | |
| | 705008 | Tri-Ball Hitch Receiver, Power coated with chromed ball | ■ EA | ■ | ■ |
| | 708000 | Adjustable Receiver Lock | ■ EA | ■ | ■ |
| | 708001 | 5/8" Receiver Lock & Coupler Lock Combo | ■ EA | ■ | ■ |
| | 708002 | 5/8" Stainless Steel Receiver Lock | ■ EA | ■ | ■ |
| | 708003 | 5/8" Receiver Lock & Coupler Lock Combo | ■ EA | ■ | ■ |
| | 708005 | Trailer Coupler Lock | ■ EA | ■ | ■ |
| | 705007 | Adjustable Ball Mount | ■ EA | ■ | ■ |
| | 703016 | 2" A-Frame Coupler | ■ EA | ■ | ■ |
| | 703017 | 2 5/16" A-Frame Coupler | ■ EA | ■ | ■ |
| | 708013 | Trailer Coupler Lock (#708003B), Black | ■ EA | ■ | ■ |

**TOTAL:** ■



SAY TOTAL U.S. DOLLARS FIFTY THREE THOUSAND ONE HUNDRED SEVENTY THREE
AND CENTS FORTY SIX ONLY

COUNTRY OF ORIGIN: CHINA

MARLUS44 MAND I MARSHALL AND ILSLEY BANK MILWAUKEE,WI
L/C IM36385

ITI CO., LTD

ATTORNEY'S EYES ONLY
INTR00469