ΓI Intradin (Shanghai) Machinery Co., I td.
,No. 1755 South Hongmei Road 200237 Shanghai, China
l: 86-21-67649769 Fax: 86-21-6764 9552
nail: towking@intradinchina.com

# PROFORMA INVOICE

| | | | |
|---|---|---|---|
| : | Rigid Hitch Incorporated<br>3301 W Burnsville Pkwy Burnsville<br>MN 55337-4290, USA | P.O.Number: | 120104BW |
| tn: | Mr. Blane Wirth<br>Tel:952-895-5001<br>Fax:952-895-5001 | Our Ref.: | TA04-110-Rh-001 |
| | | Date: | 03/Dec/04 |

| | |
|---|---|
| hipping Date: | 45 days after L/C receipt |
| acking: | According to Rigid Hitch's Design |
| ayment: | L/C at Sight |
| isurance: | By Seller's Account |
| otal Page: | 1 page |
| otal Items: | 10 Items |

Shipping Mark
Rigid Hitch / ITI
Minnesota, USA
P/O: 120104BW
P/N.:
C/NO.:
MADE IN CHINA

| TowKing(ITI) Item No. | Rigid Hitch's Item No. | DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| *Loading from Shanghai, 1*20' Container* | | | | Door to Door MN, USA | |
| 705008 | | Tri-Ball Hitch Receiver: Power coated with chromed ball | [redacted] pcs | [redacted] | [redacted] |
| [redacted] | | Adjustable Receiver Lock | [redacted] pcs | [redacted] | [redacted] |
| [redacted] | | 5/8" Receiver Lock & Coupler Lock Combo | [redacted] pcs | [redacted] | [redacted] |
| [redacted] | | 5/8" Stainless Steel Receiver Lock | [redacted] pcs | [redacted] | [redacted] |
| [redacted] | | 5/8" Receiver Lock & Coupler Lock Combo | [redacted] pcs | [redacted] | [redacted] |
| 708005 | | Trailer Coupler Lock | [redacted] pcs | [redacted] | [redacted] |
| 705007 | | Adjustable Ball Mount | [redacted] pcs | [redacted] | [redacted] |
| 703016 | | 2" A-Frame Coupler | [redacted] pcs | [redacted] | [redacted] |
| [redacted] | | 2 5/16" A-Frame Coupler | [redacted] pcs | [redacted] | [redacted] |
| [redacted] | | Trailer Coupler Lock (#708003B), Black | [redacted] pcs | [redacted] | [redacted] |
| TOTAL | | | [redacted] pcs | | [redacted] |

ATTORNEY'S EYES ONLY
INTR00470

# PROFORMA INVOICE

To: Rigid Hitch Incorporated
3301 W Burnsville Pkwy Burnsville
MN 55337-4290, USA

Attn: **Mr. Blane Wirth**
Tel:952-895-5001
Fax:952-895-5001

P.O.Number: 120104BW
Our Ref.: TA04-110-Rh-001
Date: 03/Dec/04

Shipping Mark
**Rigid Hitch / ITI**
Minnesota, USA
P/O: 120104BW
P/N.:
C/NO.:
MADE IN CHINA

Shipping Date: 45 days after L/C receipt
Packing: According to Rigid Hitch's Design
Payment: L/C at Sight
Insurance: By Seller's Account
Total Page: 1 page
Total Items: 10 items

| TowKing(ITI) Item No. | Rigid Hitch's Item No. | DESCRIPTION | Q'TY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | | Door to Door MN, USA | |

***Loading from Shanghai, 1*20' Container***

[redacted]

Remarks:

The seller will be responsible for the transportation fee, including the sea freight from China to USA and the US local truck transportation.

All other cost happened in US local place, including the customs' clearance fee & import duty will be for the buyer's account.

Accepted By Buyer
Rigid Hitch Incorporated
AUTHORIZED SIGNATURE

Confirmed By Seller
Intradin (Shanghai) Machinery Co., Ltd.
AUTHORIZED SIGNATURE

P2/2

10/12 2004 FRI 00:18 [TX/RX NO 52]

ATTORNEY'S EYES ONLY
INTR00471