UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CEQUENT TRAILER PRODUCTS, INC., | ) | Case No. 1:05 CV 2566 |
| | ) | |
| Plaintiff, | ) | Judge James S. Gwin |
| | ) | |
| vs. | ) | REPORT AND RECOMMENDATION |
| | ) | OF MAGISTRATE JUDGE |
| INTRADIN MACHINERY CO., LTD. | ) | |
| | ) | |
| Defendant. | ) | Magistrate Judge James S. Gallas |
| | ) | |

At the telephone conference held this date and recorded by Court Reporter Lori Callahan, counsel for defendant advised there is no need to burden the court with summary judgment motions because defendant will no longer defend in this case. This opens the door for plaintiff to seek default judgment pursuant to F.R.Civ. P. 55(b).

In view of foregoing, plaintiff's motion for sanctions (Docket No. 43), referred to the undersigned, is therefore now moot. To complete the record, however, attorney for defendant will reply to plaintiff's opposition to motion to amend answer (Docket No. 44).

The assigned task having been completed, the file is herewith returned to the court.

                                                          s/James S. Gallas
                                                  United States Magistrate Judge

Dated: October 18, 2006