# ITI Intradin (Shanghai) Machinery Co., Ltd.

118 Duhui Road, Minhang District, Shanghai 201109, China
Tel: 86-21-64908190    Fax:86-21-6764 9552
E-mail: towking@intradinchina.com

## PROFORMA INVOICE

| | | | |
|---|---|---|---|
| To: | Rigid Hitch Incorporated<br>3301 W Burnsville Pkwy Burnsville<br>MN 55337-4290, USA | P.O.Number:<br>Our Ref.:<br>Date: | <br>TA05-088-RH-002<br>10-Oct-05 |
| Attn: | Mr. Blane Wirth<br>Tel:952-895-5001<br>Fax:952-895-5001 | Shipping Mark | |

Shipping Mark: **Rigid Hitch / ITI** Minnesota, USA

| | | | |
|---|---|---|---|
| Shipping Date: | 55 days after L/C receipt | | |
| Packing: | According to Rigid Hitch's Design | P/O: | TA05-088-RH-002 |
| Payment: | L/C at Sight | P/N.: | |
| Insurance: | By Seller's Account | C/NO.: | |
| Total Page: | 1 page | MADE IN CHINA | |
| Total Items: | 6 Items | | |

| TowKing(ITI) Item No. | DESCRIPTION | Q'TY | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| *Loading from Shanghai, 1\*20' Container* | | | | Door to Door MN,USA | |
| 705008 | Tri-Ball Hitch Receiver, Power coated with chromed ball | 1,500 | pcs | $21.30 | $31,950.00 |
| 708002 | 5/8" Stainless Steel Receiver Lock | 900 | pcs | $7.18 | $6,462.00 |
| 708005 | Trailer Coupler Lock | 960 | pcs | $1.59 | $1,526.40 |
| 704029 | Hitch Ball of Sway Control(711004) | 1,000 | pcs | $1.69 | $1,690.00 |
| 707003 | Recessed Floor/Wall Tie-Down Ring | 900 | pcs | $2.35 | $2,115.00 |
| 707004 | 4-Pack Recessed Mounted Ring | 900 | pcs | $2.60 | $2,340.00 |
| **TOTAL** | | **6,160** | **pcs** | | **$46,083.40** |

SAY TOTAL U.S. DOLLARS FORTY SIX THOUSAND EIGHTY THREE AND CENTS FORTY ONLY.

Remarks:

The seller will be responsible for the transportation fee, Including the sea freight from China to USA and the US local truck transportation.

All other cost happened in US local place, Including the customs' clearance fee & Imported uty will be for the buyer's account.

| Accepted By Buyer | Confirmed By Seller |
|---|---|
| Rigid Hitch Incorporated | Intradin (Shanghai) Machinery Co., Ltd. |
| | *Ronna* |
| AUTHORIZED SIGNATURE | AUTHORIZED SIGNATURE |

Ex. 16

P1/1
PDF 文件使用 "FinePrint pdfFactory Pro" 试用版本创建 www.fineprint.com.cn

# *ITI* ITI CO., LTD.

7F-2, NO.79, HSIN TAI WU ROAD SEC.1. HIS-CHIH TAIPEI HSIEN
Tel: 886-2-2698-9606, Fax: 886-2-2698-9575, E-Mail: iti@ms8.hinet.net

## COMMERCIAL INVOICE

| | | | | |
|---|---|---|---|---|
| Invoice No.: | IV-37751 | | Date: | FEB. 27,2006 |
| Shipped Via: | UNI-ACCORD V.0157-200S | | On/about: | FEB. 27,2006 |
| From: | SHANGHAI,CHINA | | Destination: | BURNSVILLE,MINNESOTA,USA |
| M/S: | RIGID HITCH INC | | | |
| | 3301 WEST BURNSVILLE PARKWAY | | | |
| | BURNSVILLE,MINNESOTA 55337 | | | |

| Marks & Nos | Item No | Description | Q'ty | Unit Price | Amount |
|---|---|---|---|---|---|
| | | | | CIP BURNSVILLE,MINNESOTA,USA | |
| | | TRAILER PARTS | | | |
| | | PO#102805BW | | | |
| RIGID HITCH/ITI | 705008 | Tri-Ball Hitch Receiver, Power coated with chromed ball | 1,500 EA | $21.30 | $31,950.00 |
| IN REC | 707004 | 4-Pack Recessed Mounted Ring | 900 EA | $2.60 | $2,340.00 |
| MINNESOTA,USA | 708005 | Trailer Coupler Lock | 960 EA | $1.59 | $1,526.40 |
| P/O.:102805BW | 704029 | Hitch Ball of Sway Control(711004) | 1,000 EA | $1.69 | $1,690.00 |
| P/N.: | 707003 | Recessed Floor/Wall Tie-Down Ring | 900 EA | $2.35 | $2,115.00 |
| C/NO.: | | | | | |
| MADE IN CHINA | | | | | |
| **TOTAL:** | | | **5,260 EA** | | **$39,621.40** |

SAY TOTAL U.S. DOLLARS THIRTY NINE THOUSAND SIX HUNDRED TWENTY ONE AND CENTS FORTY ONLY

WE CERTIFY MERCHANDISE CONFORMS TO PURCHASE ORDER 102805BW
COUNTRY OF ORIGIN: CHINA

L/C NO.IM 37221

ITI CO., LTD

*Helen Lin*

# *ITI* ITI CO., LTD.

7F-2, NO.79, HSIN TAI WU ROAD SEC.1, HIS-CHIH TAIPEI HSIEN
Tel: 886-2-2698-9606, Fax: 886-2-2698-9575, E-Mail: iti@ms8.hinet.net

## PACKING LIST

| Invoice No.: | IV-37751 | Date: | FEB. 27, 2006 |
|---|---|---|---|
| Shipped Via: | UNI-ACCORD V.0157-200S | On/about: | FEB. 27, 2006 |
| From: | SHANGHAI, CHINA | Destination: | BURNSVILLE, MINNESOTA, USA |
| M/S: | RIGID HITCH INC | | |
| | 3301 WEST BURNSVILLE PARKWAY | | |
| | BURNSVILLE, MINNESOTA 55337 | | |

| Marks & Nos | | Description | Q'ty | | G.W. KGS | N.W. KGS | Meast CBM |
|---|---|---|---|---|---|---|---|
| | | TRAILER PARTS | | | | | |
| | | PO#102805BW | | | | | |
| 375 PKGS | 705008 | Tri-Ball Hitch Receiver, Power coated with chromed ball | 1,500 | EA | 12300.00 | 11925.00 | 18.63 |
| 45 PKGS | 707004 | 4-Pack Recessed Mounted Ring | 900 | EA | 540.00 | 495.00 | 1.55 |
| 8 PKGS | 708005 | Trailer Coupler Lock | 960 | EA | 164.00 | 156.00 | 0.28 |
| 10 PKGS | 704029 | Hitch Ball of Sway Control(711004) | 1,000 | EA | 300.00 | 290.00 | 0.18 |
| 18 PKGS | 707003 | Recessed Floor/Wall Tie-Down Ring | 900 | EA | 495.00 | 477.00 | 0.36 |
| **TOTAL: 456 PKGS** | | | **5,260** | **EA** | **13,799.00** | **13,343.00** | **21.00** |

SAY TOTAL FOUR HUNDRED FIFTY SIX (456) PKGS ONLY.

RIGID HITCH/ITI
IN-REC
MINNESOTA, USA    ONE CONTAINER ONLY
P/O.: 102805BW
P/N.:              COUNTRY OF ORIGIN: CHINA
C/NO.:
MADE IN CHINA     L/C NO. IM 37221

ITI CO., LTD

*Helen Lin*

| 1. Exporter | Certificate No. CCPIT 051710499 |
|---|---|
| Intradin (Shanghai) Machinery Co., Ltd.<br>No. 118, Dubhui Road, Minhang District<br>Shanghai, China<br>VIA LTI CO., LTD | **CERTIFICATE OF ORIGIN**<br>**OF**<br>**THE PEOPLE'S REPUBLIC OF CHINA** |
| 2. Consignee<br><br>TO ORDER OF RIGID HITCH INC.<br>3301 WEST BURNSVILLE PARKWAY<br>BURNSVILLE, MN 55337<br>ATTN: BLANC WIRTH PH:952-708-2220 | |
| 3. Means of transport and route<br><br>FROM SHANGHAI CHINA TO BURNSVILLE MINNESOTA, USA<br>BY SEA | 5. For certifying authority use only |
| 4. Country/region of destination<br><br>UNITED STATES | |

| 5. Marks and numbers | 7. Number and kind of packages; description of goods | 8. H.S Code | 9. Quantity | 10. Number and date of invoices |
|---|---|---|---|---|
| RIGID HITCH/LTI<br>INC REG<br>MINNESOTA, USA<br>P/O: 102805BW<br>P/N:<br>C/NO:<br>MADE IN CHINA | TRAILER PARTS<br>TERMS: CFR BURNSVILLE MINNESOTA, U.S.A.<br>PO NO: 102805BW<br>L/C NO: IM 37221<br>SAY TOTAL PACKED IN FOUR HUNDRED AND<br>FIFTY SIX (456) PACKAGES ONLY.<br>*************************************** | 8716 | 5960EA | IV 3779<br>FEB 27, 2006 |

| 11. Declaration by the exporter<br>The undersigned hereby declares that the above details and statements are correct, that all the goods were produced in China and that they comply with the Rules of Origin of the People's Republic of China.<br><br>SHANGHAI, CHINA    FEB 27, 2006 | 12. Certification<br>It is hereby certified that the declaration by the exporter is correct.<br><br>SHANGHAI, CHINA    FEB 27, 2006 |
|---|---|

# TI Intradin (Shanghai) Machinery Co., Ltd.

-3,No. 1755 South Hongmei Road 200237 Shanghai, China  
el: 86-21-67649769  Fax: 86-21-6764 9552  
mail: towking@intradinchina.com

## PROFORMA INVOICE

o:  Rigid Hitch Incorporated  
3301 W Burnsville Pkwy Burnsville  
MN 55337-4290, USA  

ttn: **Mr. Blane Wirth**  
Tel:952-895-5001  
Fax:952-895-5001  

hipping Date: **45 days after L/C receipt**  
acking: **According to Rigid Hitch's Design**  
ayment: **L/C at Sight**  
isurance: **By Seller's Account**  
otal Page: **1 page**  
otal Items: **10 Items**

P.O.Number: 120104BW  
Our Ref.: TA04-110-Rh-001  
Date: 03/Dec/04  

**Shipping Mark**  
Rigid Hitch / ITI  
Minnesota, USA  
P/O: 120104BW  
P/N.:  
C/NO.:  
MADE IN CHINA

| TowKing(ITI) Item No. | Rigid Hitch's Item No. | DESCRIPTION | Q'TY | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| oading from Shanghai, 1*20' Container | | | | | Door to Door MN, USA | |
| 705008 | | Tri-Ball Hitch Receiver Power coated with chromed ball | 800 | pcs | $19.62 | $15,696.00 |
| 708000 | | Adjustable Receiver Lock | 960 | pcs | $4.38 | $4,204.80 |
| 708001 | | 5/8" Receiver Lock & Coupler Lock Combo | 480 | pcs | $7.17 | $3,441.60 |
| 708002 | | 5/8" Stainless Steel Receiver Lock | 720 | pcs | $6.39 | $4,600.80 |
| 708003 | | 5/8" Receiver Lock & Coupler Lock Combo | 720 | pcs | $4.17 | $3,002.40 |
| 708005 | | Trailer Coupler Lock | 960 | pcs | $1.42 | $1,363.20 |
| 705007 | | Adjustable Ball Mount | 400 | pcs | $13.20 | $5,280.00 |
| 703016 | | 2" A-Frame Coupler | 546 | pcs | $7.41 | $4,045.86 |
| 703017 | | 2 5/16" A-Frame Coupler | 768 | pcs | $10.35 | $7,948.80 |
| 708013 | | Trailer Coupler Lock (#708003B), Black | 1,000 | pcs | $3.59 | $3,590.00 |
| OTAL | | | 7,354 | pcs | | $53,173.46 |

# *ITI* Intradin (Shanghai) Machinery Co., Ltd.

118 Duhui Road, Minghang District, Shanghai, 201100 China.
Fax: 86-21-67649552   ☏ 86-21-64908190
E-mail: Towking@intradinchina.com

| | | | |
|---|---|---|---|
| To | : Rigid Hitch Incorporated | Pages | : 1/6 |
| Attn. | : Mr. Blane Wirth | Date | : Feb. 19, 2005 |
| C.c | : | Tel | : 1-952-895-0443 |
| Sub | : Shipping Documents | Fax | : 1-952-895-9150 |

Dear Mr. Blane Wirth

How are you? We returned from the Chinese New Year holiday yesterday and hope you are doing very well in your side.

Enclosed please find the copy of the shipping documents for your PO 120104BW. We have sent the original to the bank.

Any questions, please do feel free to let us know.

Best Regards

*Ronna*

Ronna Luo
Sales & Marketing Manager

Intradin (Shanghai) Machinery Co., Ltd.
118 Duhui Road, Minhang District, Shanghai, 201100, China
Tel: 86-21-64908190
Fax: 86-21-67649552
Email: towking@Intradinchina.com

# *ITI* ITI CO., LTD.

7F-2, NO.79, HSIN TAI WU ROAD SEC.1, HIS-CHIH TAIPEI HSIEN
Tel: 886-2-2698-9606; Fax: 886-2-2698-9575, E-Mail: iti@ms8.hinet.net

## COMMERCIAL INVOICE

| | | | | |
|---|---|---|---|---|
| Invoice No.: | IV:35901 | | Date: | Feb.09,2005 |
| Shipped Via: | EVER GRADE 0149-026E | | On/about: | Feb.09,2005 |
| From: | SHANGHAI, CHINA | | Destination: | BURNSVILLE, MINNESOTA, USA |
| | | | | TACOMA, WA |
| M/S: | Rigid Hitch Incorporated | | | |
| | 3301 W Burnsville Pkwy Burnsville | | | |
| | MN 55337-4290, USA | | | |
| ANNT: | Mr. Blane Wirth | | | |

| Marks & Nos | Item No | Description | Q'ty | | Unit Price | Amount |
|---|---|---|---|---|---|---|
| | | TRAILER PARTS | | | | |
| N/M | | TERMS: CIP BURNSVILLE, MINNESOTA, USA | | | Door to Door MN, USA | |
| | | WE CERTIFY MERCHANDISE CONFORMS TO 120104BW | | | | |
| | | PO#120104BW | | | | |
| | 705008 | Tri-Ball Hitch Receiver. Power coated with chromed ball | 800 | EA | $19.62 | $15,696.00 |
| | 708000 | Adjustable Receiver Lock | 960 | EA | $4.38 | $4,204.80 |
| | 708001 | 5/8" Receiver Lock & Coupler Lock Combo | 480 | EA | $7.17 | $3,441.60 |
| | 708002 | 5/8" Stainless Steel Receiver Lock | 720 | EA | $6.39 | $4,600.80 |
| | 708003 | 5/8" Receiver Lock & Coupler Lock Combo | 720 | EA | $4.17 | $3,002.40 |
| | 708005 | Trailer Coupler Lock | 960 | EA | $1.42 | $1,363.20 |
| | 705007 | Adjustable Ball Mount | 400 | EA | $13.20 | $5,280.00 |
| | 703016 | 2" A-Frame Coupler | 546 | EA | $7.41 | $4,045.86 |
| | 703017 | 2 5/16" A-Frame Coupler | 768 | EA | $10.35 | $7,948.80 |
| | 708013 | Trailer Coupler Lock (#708003B), Black | 1,000 | EA | $3.59 | $3,590.00 |
| **TOTAL:** | | | **7,354 EA** | | | **$53,173.46** |

SAY TOTAL U.S. DOLLARS FIFTY THREE THOUSAND ONE HUNDRED SEVENTY THREE
AND CENTS FORTY SIX ONLY

<u>COUNTRY OF ORIGIN: CHINA</u>

MARLUS44 MAND I MARSHALL AND ILSLEY BANK MILWAUKEE, WI
L/C IM36385


ITI CO., LTD

*(signature)*

| 1. Exporter | Certificate No. CCPIT 050624111 |
|---|---|
| YANCHENG TIANDI INTERNATIONAL TRADE CO., LTD. 12 EAST YANHE ROAD, YANCHENG, JIANGSU, CHINA | **CERTIFICATE OF ORIGIN OF THE PEOPLE'S REPUBLIC OF CHINA** |
| 2. Consignee | |
| TO ORDER OF RIGID HITCH INC., 3301 W BURNSVILLE PKWY BURNSVILLE MN 55337-4298, USA ATTN: MR. BLANE WIRTH FAX: 9521895-0443 | 5. For certifying authority use only |
| 3. Means of transport and route | |
| FROM SHANGHAI, CHINA TO BURNSVILLE, MINNESOTA, USA BY SEA | |
| 4. Country / region of destination | |
| UNITED STATES | |

| 6. Marks and numbers | 7. Number and kind of packages; description of goods | 8. H.S.Code | 9. Quantity | 10. Number and date of invoices |
|---|---|---|---|---|
| N/M | TRAILER PARTS TERMS: CIP BURNSTLLE, MINNESOTA, USA L/C IM36985 SAY TOTAL PACKED IN FOUR HUNDRED AND SEVENTY EIGHT (478) PKGS ONLY. ******************************************** | 87169000 | 7354EA | IV-35901 FEB. 07, 2005 |

| 11. Declaration by the exporter | 12. Certification |
|---|---|
| The undersigned hereby declares that the above details and statements are correct, that all the goods were produced in China and that they comply with the Rules of Origin of the People's Republic of China. | It is hereby certified that the declaration by the exporter is correct. |
| YANCHENG, JIANGSU, CHINA FEB. 07, 2005 Place and date, signature and stamp of authorized signatory | YANCHENG FEB. 07, 2005 Place and date, signature and stamp of certifying authority |

# EVERLINK INTERNATIONAL

**BILL OF LADING** 6/6
NOT NEGOTIABLE UNLESS CONSIGNED "TO ORDER"

| Field | Value |
|---|---|
| EXPORTER (Name, Address and IRS No.) | YH CO.,LTD.<br>F-1 NO.79 HSIN TAI WU ROAD,SEC 1,<br>HSI-CHIH,TAIPEI HSIEN,TAIWAN |
| BILL OF LADING NO: | EISU1425801185445 |
| EXPORT REFERENCES: | |
| CONSIGNEE (Name and Address) | TO ORDER OF RIGID HITCH INC.<br>3301 WEST BURNSVILLE PKWY BURNSVILLE,<br>MN 55337<br>ATTN:BLAIN WIRTH,FAX:952/895-0443 |
| FORWARDING AGENT - REFERENCES: | |
| PLACE OF RECEIPT: (Point and Country of Origin): | |
| NOTIFY PARTY: (Name & Address) | RIGID HITCH INC<br>3301 WEST BURNSVILLE PKWY BURNSVILLE,<br>MN 55337<br>ATTN:BLAIN WIRTH,FAX:952/895-0443 |
| FOR DELIVERY APPLY TO: | EVERLINK INTERNATIONAL<br>2570 CORPORATE PL. #E209, MONTEREY PARK,<br>CA 91754<br>TEL.: (323)980-8181; FAX: (323)980-8189 |
| CARRIAGE BY | |
| PLACE OF RECEIPT | |
| ONG CARRIER (Vessel) | EVER GRADE 0149-026E |
| PORT OF LOADING | SHANGHAI,CHINA |
| PLACE OF DELIVERY: (Onward Inland Routing): | |
| PORT OF DISCHARGE | TACOMA,WA |
| PLACE OF DELIVERY | BURNSVILLE,MINNESOTA,USA |

| Marks & Numbers Container No. | No. of Pkgs. or Shipping Units | Description of Goods & Pkgs. PARTICULAR FURNISHED BY SHIPPER | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| N/M<br><br>TGHU2106160/74334 | 478 PACKAGES | TRAILER PARTS<br>TERMS:CIP BURNSVILLE,MINNESOTA,USA<br>PO#:F20104BW<br>I/C: IM36385<br><br>NO SWPM<br><br>1X30'<br>CY TO DOOR<br>FREIGHT PREPAID<br><br>SAY FOUR HUNDRED AND SEVENTY EIGHT PACKAGES ONLY. | 17454KGS | 26.67CBM |

Freight Details, Charges etc:

**ON BOARD**

*Galton*

9 FEB 2005

RECEIVED by the Carrier the Goods as specified above in apparent good order and condition unless otherwise stated to be transported to such place as agreed, authorized or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this Bill of Lading to which the Merchant agrees by accepting this Bill of Lading, any local privileges and customers notwithstanding.

The particulars given above as stated by shipper and the weight, measure, quantity, condition, contents and value of the Goods

IN WITNESS WHERE OF the Carrier or Agent of said vessel has signed _____ THREE _____ bills of lading, all of the same tenor and date, one of which being accomplished, the others to stand void.

By _____ *Galton* _____
Authorized Signature(s)
as Carrier

Place and date of Issue: SHANGHAI FEB.09, 2005

# *ITI* Intradin (Shanghai) Machinery Co., Ltd.

1755 South Hong Mei Road, Minghang District, Shanghai, 200237 China.
Fax: 86-21-67649552 ☎ 86-21-67648095
E-mail: Towking@intradinchina.com

| | | | |
|---|---|---|---|
| To | : Rigid Hitch Incorporated | Pages | : |
| Attn. | : Mr. Blane Wirth | Date | : June 26, 2004 |
| C.c | : | Tel | : 001-952-895-5001 |
| Sub | :Towing Project—ITI & Rigid | Fax | : 001-952-895-9150 |

Dear Mr. Blane Wirth

We are taking the liberty to present more detail materials for your reference as enclosed, hope you have time to evaluate it earlier and start our "win-win" business relationship!

Best Regards

*Ronna*

Ronna Luo
Sales & Marketing Manager

Intradin (Shanghai) Machinery Co., Ltd.
1755 South Hongmei Road, Shanghai, 200237, China
Tel: 86-21-67649551
Fax: 86-21-67649552
Email: towking@intradinchina.com

Towking

| | |
|---|---|
| 发件人: | "Towking" <towking@intradinchina.com> |
| 收件人: | <blawir@rigidhitch.com> |
| 发送时间: | 2004年6月25日 21:15 |
| 附件: | Lock Series.doc |
| 主题: | Towing Project — ITI & Rigid |

Dear Mr. Blane Wirth,

Thank you very much receiving my call yesterday, it was very nice to talk to you!

Attached please find our quotation. Meanwhile, to assist you with a quicker decision, we take the liberty to prepare samples specially for Rigid Hitch's evaluation today:
#703016   2" A-Frame Coupler
#708000   Receiver Lock
#705008   Tri-Ball Hitch

The samples will be available and express to you by July 10. Please do feel free to let us know if you want any other preferences. The samples will be free of charge for you. Do you have any international account number to collect the shipment (UPS, DHL, FedEx...)?

While presenting our project to you, we hope to establish our partnership by a brief introduction as below:

Though starting with hardware trading business, ITI has become a wide-scaled manufacturer of many products. Through years of efforts, we are proud to grow up as the foremost manufacturer in China of a most complete line of towing accessories.

ITI sells products through OEM to our customers, while many of them are among the best known and trusted in the industry. These products are innovatively produced to our customers' specific requirements, and then marketed using the customers' particular colors and brand names.

ITI has been serving automotive, marine and industrial market for years under many well-established trademarks. Since you are located in Burnsville, you may just talk to Mr. Bob Lusty in Northern Tool & Equipment directly by phone#: 952-895-6811 for reference information of ITI.

We understand you have been impacted by the steel increases on the steel products. Besides, we believe all distributors of Reese group are now forced to wait for longer deliveries. ITI will be glad if Rigid Hitch could take us as your alternative supplier to back you up under this situation. We look forward to working with your esteemed company and hope to devote our efforts for your long-term development.

Best regards and have a nice weekend!

Ronna Luo
Sales & Marketing Manager

Intradin (Shanghai) Machinery Co., Ltd.
1755 South Hongmei Road, Shanghai, 200237, China
Tel: 86-21-67648501 Ext.: 23     86-21-67649551 (Direct Line)
Fax: 86-21-67649552
Email: towking@intradinchina.com
Http://www.intradinchina.com/towing

## Intradin (Shanghai) Machinery Co., Ltd.

1755, Hongmei Road (s), Shanghai 200237, China.
Tel: 86-21-67649769, Fax: 86-21-67649552

# INVOICE

| | | | |
|---|---|---|---|
| TO | Rigid Hitch Incorporated | YOUR REF. | Sample Request |
| | 3301 W Burnsville Pkwy | OUR REF. | : TASP-04-109 |
| | Burnsville, MN 55337-4290 | DATE | : 10-Aug-04 |
| | Tel: 1-952-895-5001 | SHIPPING | By UPS |
| PACKING | By Standard Export Packaging | FREIGHT | : Perpaid |

*** SAMPLES FOR EVALUATION PURPOSE, NO COMMERCIAL VALUE ***

| ITEM NO. | DESCRIPTION & SPECS. | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | | | **FOB CHINA USD** | |
| 704013 | 1 7/8" Stainless Steel Hitch Ball | 1 PC | $5.88 | $5.88 |
| 705004 | Chrome Plated Ball Mount, 6,000lbs | 1 PC | $6.12 | $6.12 |
| 705002 | Power Coated Ball Mount, 6,000lbs | 1 PC | $4.85 | $4.85 |
| 708002 | 5/8" Stainless Steel Receiver Lock | 1 PC | $6.20 | $6.20 |
| 708003 | 5/8" Receiver Lock and Coupler Lock Combo | 1 PC | $3.97 | $3.97 |
| 708001 | 5/8" Receiver Lock and Coupler Lock Combo | 1 PC | $6.97 | $6.97 |
| **TOTAL :** | | **6 PCS** | | **$33.99** |

SAY TOTAL US DOLLARS THIRTY THREE AND CENTS NINETY NINE ONLY

REMARKS:

INTRADIN (SHANGHAI) MACHINERY CO., LTD.

*Ronna*

AUTHORIZED SIGNATURE

# *ITI* Intradin (Shanghai) Machinery Co., Ltd.

1755, Hongmei Road (s), Shanghai 200237, China.
Tel: 86-21-67649769, Fax: 86-21-67649552

# INVOICE

| | | |
|---|---|---|
| TO | Rigid Hitch Incorporated | YOUR REF. Sample Request |
| | 3301 W Burnsville Pkwy | OUR REF. : TASP-04-067 |
| | Burnsville, MN 55337-4290 | DATE : 22-Jul-04 |
| | Tel: 1-952-895-5001 | SHIPPING By UPS |
| PACKING | By Standard Export Packaging | FREIGHT : Perpaid |

*** SAMPLES FOR EVALUATION PURPOSE, NO COMMERCIAL VALUE ***

| ITEM NO. | DESCRIPTION & SPECS. | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | | | FOB CHINA USD | |
| 703016 | 2" A-Frame Coupler, 5,000LBS | 1 PC | $6.68 | $6.68 |
| 708000 | 5/8" Receiver Lock | 1 PC | $4.19 | $4.19 |
| 705008 | Tri-Ball Hitch | 1 PC | $16.26 | $16.26 |
| TOTAL : | | 3 PCS | | $27.13 |

SAY TOTAL US DOLLARS TWENTY SEVEN AND CENTS THIRTEEN ONLY

REMARKS:

SHIPPER RECEIPT (TRACKING NO.)
W352 1655 860
M147 6876 166

INTRADIN (SHANGHAI) MACHINERY CO., LTD.

AUTHORIZED SIGNATURE