# TI Co., Ltd.

Duhui Road, Minhang District, Shanghai 201109, China
86-21-6490 8190    Fax: 86-21-6485 6185

YOUR REF:  677541
OUR REF:  SBU105175-NF-138
INVOICE DATE:  2005-02-02

## PROFORMA INVOICE

): NORTHERN TOOL & EQUIPMENT CO
2800 SOUTHCROSS DRIVE P.O. BOX 1219
TN: MR. BRENT SODERBERG

IIPMENT DATE: 2005-03-30    BY OCEAN
\CKING    : BY STANDARD EXPORT CARTON
\YMENT    : BY IRREVOCABLE L/C AT SIGHT IN OUR FAVOR
:SURANCE  : BY BUYER S ACCOUNT
:ICE TERM : FOB CHINA USD
)TAL PAGE:  2 PAGE

SHIPPING MARK

NOR/ITI

FORT MILL
P/O: 677541
P/N:
C/NO:
MADE IN CHINA

| ITEM NO. | DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| :502 | ATV Tires Great for Different Terrain | 40 EA | $12.35 | 494.00 |
| :503 | ATV Tires Great for Different Terrain | 60 EA | $17.40 | 1,044.00 |
| 13015 | 1/2T Modular Platform Truck | 70 EA | $49.73 | 3,481.10 |
| 13357 | 7"*12"Precision Mini Lathe | 10 EA | $295.00 | 2,950.00 |
| 50104 | 2# Rubber Mallet | 120 EA | $1.31 | 157.20 |
| 50273 | 29PC LEFT HAND DRILL BIT | 120 EA | $16.80 | 2,016.00 |
| 50286 | 115PC Tin Drill Bit | 450 EA | $21.30 | 9,585.00 |
| 51339 | 8pc Tin Shank Drill Bit Set | 150 EA | $26.80 | 4,020.00 |
| 52078 | 29 PC Cobalt Drill Bit Set | 372 EA | $14.96 | 5,565.12 |
| 52897 | 24 OZ Brass/Deadblow HAMNE | 120 EA | $2.99 | 358.80 |
| 5379 | 2# Pipe Vice | 120 EA | $8.17 | 980.40 |
| 53815 | 4"Grip-Quick Drill Press Vise | 100 EA | $13.00 | 1,300.00 |
| 25564 | Universal Trailer Coupler Lock | 960 EA | $6.80 | 6,528.00 |
| 586666 | RUBBER AIR HOSE-3/8"*25' | 90 EA | $3.60 | 324.00 |
| 59193 | Oil Hose reel for auto.sh | 20 EA | $85.00 | 1,700.00 |
| 59194 | High press grease hose reel | 50 EA | $88.00 | 4,400.00 |



Ex. 17

ATTORNEY'S EYES ONLY
INTR00484

# ˥ Co., Ltd.

)uhui Road, Minhang District, Shanghai 201109, China
16-21-6490 8190   Fax: 86-21-6485 6185

YOUR REF:    677541
OUR REF:     SBU105175-NF-138
INVOICE DATE: 2005-02-02

## PROFORMA INVOICE

NORTHERN TOOL & EQUIPMENT CO

2800 SOUTHCROSS DRIVE P.O. BOX 1219

TN :  MR. BRENT SODERBERG

IPMENT DATE: 2005-03-30        BY OCEAN
CKING    : BY STANDARD EXPORT CARTON
YMENT    : BY IRREVOCABLE L/C AT SIGHT IN OUR FAVOR
SURANCE  : BY BUYER S ACCOUNT
ICE TERM : FOB CHINA USD
ITAL PAGE:   2 PAGE

SHIPPING MARK

NOR/ITI

FORT MILL
P/O:  677541
P/N:
C/NO:
MADE IN CHINA

| ITEM NO. | DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 2443 | Plastic Cord Reel | 360 EA | $18.17 | 6,541.20 |
| 2447 | CORD REEL W/LED WORK LIGHT | 324 EA | $30.50 | 9,882.00 |
| 133 | 3/8" TO 2" RATCHETING PIPE THREADER SET | 120 EA | $28.00 | 3,360.00 |
| | TOTAL | 3,656 | | $64,686.82 |
| | DEDUCT CO-OP CHARGE OF | | | $0.00 |
| | TOTAL AMOUNT: | | | $0.00 |

SAY TOTAL  U.S.DOLLARS SIXTY FOUR THOUSAND SIX HUNDRED EIGHTY SIX AND CENTS EIGHTY TWO ONLY.

ACCEPTED BY BUYER
NORTHERN TOOL & EQUIPMENT CO

CONFIRMED BY SELLER
ITI CO.,LTD.

_____
AUTHORIZED SIGNATURE

_____
AUTHORIZED SIGNATURE

E.& O.E.

Page : 2 / 2

ATTORNEY'S EYES ONLY
INTR00485

# TI Co., Ltd.

Duhui Road, Minhang District, Shanghai 201109, China
86-21-6490 8190    Fax: 86-21-6485 6185

| | |
|---|---|
| YOUR REF: | 678436 |
| OUR REF: | SBU105205-NF-164 |
| INVOICE DATE: | 2005-02-08 |

## PROFORMA INVOICE

): NORTHERN TOOL & EQUIPMENT CO
2800 SOUTHCROSS DRIVE P.O. BOX 1219

TTN: MR. BRENT SODERBERG

HIPMENT DATE: 2005-04-13      BY OCEAN
\CKING    : BY STANDARD EXPORT CARTON
\YMENT    : BY IRREVOCABLE L/C AT SIGHT IN OUR FAVOR
JSURANCE : BY BUYER S ACCOUNT
RICE TERM : FOB CHINA USD
OTAL PAGE:  1 PAGE

SHIPPING MARK

NOR/ITI

FORT MILL
P/O: 678436
P/N:
C/NO:
MADE IN CHINA

| ITEM NO. | DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 08982 | Large Cast Iron Hand Pump | 90 EA | $31.00 | 2,790.00 |
| 0977 | Rotary Hand Pump | 100 EA | $8.09 | 809.00 |
| 09773 | Lever Action Pump w/Drip Tray | 112 EA | $9.82 | 1,099.84 |
| 0979 | ALUMINUM ROTARY HAND PUMP | 100 EA | $10.62 | 1,062.00 |
| 9795 | Steel Skidding Tongs | 100 EA | $17.60 | 1,760.00 |
| 9796 | Steel Skidding Tongs | 170 EA | $25.30 | 4,301.00 |
| 25564 | Universal Trailer Coupler Lock | 960 EA | $6.80 | 6,528.00 |
| 43022 | 1100lb HD poly platform cart | 50 EA | $100.00 | 5,000.00 |
| 43807 | High Lifting Pallet Truck(520) | 20 EA | $261.94 | 5,238.80 |
| 168632 | Electric Stainless Meat Grinder(TC12I) | 60 EA | $149.00 | 8,940.00 |
| 143015 | 1/2T Modular Platform Truck | 20 EA | $49.73 | 994.60 |
| | TOTAL | 1,782 | | $38,523.24 |
| | DEDUCT CO-OP CHARGE OF | | | $0.00 |
| | TOTAL AMOUNT: | | | $0.00 |

SAY TOTAL  U.S.DOLLARS THIRTY EIGHT THOUSAND FIVE HUNDRED TWENTY THREE AND
CENTS TWENTY FOUR ONLY.

ACCEPTED BY BUYER
NORTHERN TOOL & EQUIPMENT CO

CONFIRMED BY SELLER
ITI CO.,LTD.

_____
AUTHORIZED SIGNATURE

_____
AUTHORIZED SIGNATURE

E.& O.E.

Page : 1 / 1

ATTORNEY'S EYES ONLY
INTR00486

# ‎I Co., Ltd.

Juhui Road, Minhang District, Shanghai 201109, China
86-21-6490 8190    Fax: 86-21-6485 6185

YOUR REF: 678721
OUR REF: SBU105208-NF-167
INVOICE DATE: 2005-02-11

## PROFORMA INVOICE

NORTHERN TOOL & EQUIPMENT CO
2800 SOUTHCROSS DRIVE P.O. BOX 1219

TN: MR. BRENT SODERBERG

IPMENT DATE: 2005-04-20      BY OCEAN
CKING      : BY STANDARD EXPORT CARTON
YMENT      : BY IRREVOCABLE L/C AT SIGHT IN OUR FAVOR
SURANCE    : BY BUYER S ACCOUNT
ICE TERM   : FOB CHINA USD
TAL PAGE:   1 PAGE

SHIPPING MARK

NOR/ITI

FORT MILL
P/O: 678721
P/N:
C/NO:
MADE IN CHINA

| ITEM NO. | DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 0499 | 6PC Pipe Threader Set | 804 EA | $20.72 | 16,658.88 |
| 134 | 12PC S&D | 100 EA | $21.73 | 2,173.00 |
| 0180 | 200PSI 12VOLT COMPRESSOR | 120 EA | $6.00 | 720.00 |
| 8631 | 32#MEAT GRINDER W/V-BELT WHEEL | 100 EA | $21.00 | 2,100.00 |
| 8632 | Electric Stainless Meat Grinder(TC12I) | 120 EA | $149.00 | 17,880.00 |
| 5564 | Universal Trailer Coupler Lock | 240 EA | $6.80 | 1,632.00 |
| 39243 | 3" Swivel Steel Caster | 1000 EA | $1.24 | 1,240.00 |
| 39249 | 6" X 2" Swivel Steel Caster | 300 EA | $3.73 | 1,119.00 |
| | TOTAL | 2,784 | | $43,522.88 |
| | DEDUCT CO-OP CHARGE OF | | | $0.00 |
| | TOTAL AMOUNT: | | | $0.00 |

SAY TOTAL U.S.DOLLARS FORTY THREE THOUSAND FIVE HUNDRED TWENTY TWO AND CENTS EIGHTY EIGHT ONLY.

ACCEPTED BY BUYER
NORTHERN TOOL & EQUIPMENT CO

CONFIRMED BY SELLER
ITI CO.,LTD.

_____
AUTHORIZED SIGNATURE

_____
AUTHORIZED SIGNATURE

E.& O.E.

Page : 1 / 1

ATTORNEY'S EYES ONLY
INTR00487

# ⌐I Co., Ltd.

⌐uhui Road, Minhang District, Shanghai 201109, China
86-21-6490 8190    Fax: 86-21-6485 6185

| | |
|---|---|
| YOUR REF: | 642646 |
| OUR REF: | SBU104231-NF-139 |
| INVOICE DATE: | 2004-06-24 |

## PROFORMA INVOICE

⌐TN: NORTHERN TOOL & EQUIPMENT CO
2800 SOUTHCROSS DRIVE P.O. BOX 1219

⌐TN: MR. BRENT SODERBERG

⌐IPMENT DATE: 2004-07-14       BY OCEAN
⌐CKING    : BY STANDARD WXPORT CARTON
⌐YMENT    : BY IRREVOCABLE L/C AT SIGHT IN OUR FAVOR
⌐SURANCE  : BY BUYER S ACCOUNT
⌐ICE TERM : FOB CHINA USD
⌐TAL PAGE :  2 PAGE

SHIPPING MARK

NOR/ITI

FORT MILL
P/O: 642646
P/N:
C/NO:
MADE IN CHINA

| ITEM NO. | DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 473 | portable mini tire changer | 60 EA | $13.40 | 804.00 |
| ⌐32 | 1 T*3M Chain Hoist | 192 EA | $23.70 | 4,550.40 |
| ⌐380 | 700LB Lift Table (TF-30) | 18 EA | $108.00 | 1,944.00 |
| 13842 | 5500lb cop.nickel palted pallet truck | 12 EA | $170.50 | 2,046.00 |
| ⌐9241 | 8" Castoy Scaffolding | 180 EA | $5.78 | 1,040.40 |
| ⌐09 | 12V Chain Saw Sharpener | 120 EA | $5.85 | 702.00 |
| ⌐0930 | Replacmnt Stones 7/32" 5PK | 500 EA | $0.78 | 390.00 |
| 9789 | Wood Blaster | 200 EA | $2.37 | 474.00 |
| 5134 | 12PC S&D | 120 EA | $21.73 | 2,607.60 |
| 58852 | Deluxe 16-Piece Hole Saw Set | 160 EA | $3.20 | 512.00 |
| 591301 | 10" Compound Miter Saw | 160 EA | $69.06 | 11,049.60 |
| 59184 | 100'Air Hose Reel ( AR301 ) | 70 EA | $11.32 | 792.40 |
| ⌐58410 | 3 PC WOOD CHISEL SET | 48 EA | $4.36 | 209.28 |
| ⌐58412 | 8 PC WOOD CHISEL SET | 48 EA | $11.00 | 528.00 |
| ⌐58414 | 6 PC WOOD CHISEL SET | 48 EA | $11.30 | 542.40 |
| ⌐61501 | 3/4HP Farm Duty Type Motor | 30 EA | $42.77 | 1,283.10 |

Page : 1 / 2

ATTORNEY'S EYES ONLY
INTR00488

# ITI Co., Ltd.

Duhui Road, Minhang District, Shanghai 201109, China
86-21-6490 8190    Fax: 86-21-6485 6185

YOUR REF:    642646
OUR REF:     SBU104231-NF-139
INVOICE DATE: 2004-06-24

## PROFORMA INVOICE

NORTHERN TOOL & EQUIPMENT CO

2800 SOUTHCROSS DRIVE P.O. BOX 1219

TN :  MR. BRENT SODERBERG

IPMENT DATE: 2004-07-14       BY OCEAN
CKING    : BY STANDARD WXPORT CARTON
YMENT    : BY IRREVOCABLE L/C AT SIGHT IN OUR FAVOR
SURANCE  : BY BUYER S ACCOUNT
ICE TERM : FOB CHINA USD
TAL PAGE:  2 PAGE

SHIPPING MARK

NOR/ITI

FORT MILL
P/O: 642646
P/N:
C/NO:
MADE IN CHINA

| ITEM NO. | DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 51553 | 3HP Compressor Motor | 30 EA | $47.74 | 1,432.20 |
| 52195 | 300 Watt Halogen Shop Light | 186 EA | $9.01 | 1,675.86 |
| 59187 | 4000psi pressure washer hose | 80 EA | $13.00 | 1,040.00 |
| 0977 | Rotary Hand Pump | 100 EA | $8.09 | 809.00 |
| 09773 | Lever Action Pump w/Drip Tray | 56 EA | $9.82 | 549.92 |
| 43357 | 7"*12"Precision Mini Lathe | 5 EA | $295.00 | 1,475.00 |
| 59193 | Oil Hose reel for auto.sh | 20 EA | $85.00 | 1,700.00 |
| 59194 | High press grease hose reel | 20 EA | $88.00 | 1,760.00 |
| 9135 | Portable Electric Threader | 50 EA | $112.50 | 5,625.00 |
| 25564 | Universal Trailer Coupler Lock | 1680 EA | $6.80 | 11,424.00 |
| 3012 | Mini Wagon | 200 EA | $2.40 | 480.00 |
| 686705 | 7 gallon meat mixer | 100 EA | $78.00 | 7,800.00 |
| | TOTAL | 4,493 | | $65,246.16 |
| | DEDUCT CO-OP CHARGE OF | | | $0.00 |
| | TOTAL AMOUNT: | | | $0.00 |

SAY TOTAL  U.S. DOLLARS SIXTY FIVE THOUSAND TWO HUNDRED FORTY SIX AND CENTS SIXTEEN ONLY.

ACCEPTED BY BUYER
NORTHERN TOOL & EQUIPMENT CO

CONFIRMED BY SELLER
ITI CO.,LTD.

AUTHORIZED SIGNATURE

E.& O.E.

AUTHORIZED SIGNATURE

Page : 2/2

ATTORNEY'S EYES ONLY
INTR00489

# TI Co., Ltd.

Duhui Road, Minhang District, Shanghai 201109, China
86-21-6490 8190    Fax: 86-21-6485 6185

YOUR REF: 667057
OUR REF: SBUI04514-NF-337
INVOICE DATE: 2004-12-06

## PROFORMA INVOICE

: NORTHERN TOOL & EQUIPMENT CO
2800 SOUTHCROSS DRIVE P.O. BOX 1219

TN : MR. BRENT SODERBERG

IPMENT DATE: 2005-01-19    BY OCEAN
CKING    : BY STANDARD EXPORT CARTON
YMENT    : BY IRREVOCABLE L/C AT SIGHT IN OUR FAVOR
SURANCE : BY BUYER S ACCOUNT
ICE TERM : FOB CHINA USD
OTAL PAGE:   2 PAGE

SHIPPING MARK

NOR/ITI

FORT MILL
P/O: 667057
P/N:
C/NO:
MADE IN CHINA

| ITEM NO. | DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 91301 | 10" Compound Miter Saw | 90 EA | $69.06 | 6,215.40 |
| 3814 | Mechanical Elevating Table | 2 EA | $158.00 | 316.00 |
| 477 | Tire Spreader | 110 EA | $8.80 | 968.00 |
| 5896 | 30IN TIRE SPOON(1302S096) | 1080 EA | $1.58 | 1,706.40 |
| 5897 | TIRE SPOON(1302S097) | 180 EA | $1.58 | 284.40 |
| 5898 | 18IN Tire Spoon | 720 EA | $1.53 | 1,101.60 |
| 5300 | TOY DIGGER | 150 EA | $12.28 | 1,842.00 |
| 53810 | 4" Cast Iron Drill Press Vise | 120 EA | $2.98 | 357.60 |
| 53811 | 4" Quick Clamping Vise | 120 EA | $3.78 | 453.60 |
| 53813 | 4" Cross Slide Vise | 130 EA | $12.70 | 1,651.00 |
| 53814 | 6" Cross Slide Vise | 250 EA | $19.50 | 4,875.00 |
| 53812 | 4" Universal Angle Vise | 220 EA | $10.80 | 2,376.00 |
| 35061 | ATV Tires Great for Different Terrain | 10 EA | $18.90 | 189.00 |
| 3503 | ATV Tires Great for Different Terrain | 40 EA | $17.40 | 696.00 |
| 3502 | ATV Tires Great for Different Terrain | 15 EA | $12.35 | 185.25 |
| 35064 | ATV Tires Great for Different Terrain | 44 EA | $24.70 | 1,086.80 |

Page : 1 / 2

ATTORNEY'S EYES ONLY
INTR00490

# TI Co., Ltd.

Duhui Road, Minhang District, Shanghai 201109, China
86-21-6490 8190    Fax: 86-21-6485 6185

YOUR REF: 667057
OUR REF: SBU104514-NF-337
INVOICE DATE: 2004-12-06

## PROFORMA INVOICE

: NORTHERN TOOL & EQUIPMENT CO
2800 SOUTHCROSS DRIVE P.O. BOX 1219

TN : MR. BRENT SODERBERG

IPMENT DATE: 2005-01-19    BY OCEAN
CKING    : BY STANDARD EXPORT CARTON
YMENT   : BY IRREVOCABLE L/C AT SIGHT IN OUR FAVOR
SURANCE :BY BUYER S ACCOUNT
ICE TERM : FOB CHINA USD
TAL PAGE:   2 PAGE

SHIPPING MARK

NOR/ITI

FORT MILL
P/O: 667057
P/N:
C/NO:
MADE IN CHINA

| TEM NO. | DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 0304 | 5PC Wire Wheel Brush | 400 EA | $1.15 | 460.00 |
| 0272 | 15PC Left Hand Drill Bits | 240 EA | $8.59 | 2,061.60 |
| 1411 | 14pc screw guide/driving set | 1280 EA | $1.77 | 2,265.60 |
| 2078 | 29 PC Cobalt Drill Bit Set | 324 EA | $14.96 | 4,847.04 |
| 0502 | 6PC Male Pipe Taps(1/4"~1-1/4") | 240 EA | $20.48 | 4,915.20 |
| 0291 | 29 PC Drill Bit Set | 240 EA | $5.98 | 1,435.20 |
| 0497 | 3pc Jumbo Pipe Threaded Taps | 120 EA | $29.00 | 3,480.00 |
| 5131 | 115 PC Drill Bit Set | 240 EA | $17.30 | 4,152.00 |
| 25564 | Universal Trailer Coupler Lock | 720 EA | $6.80 | 4,896.00 |
| 89243 | 3" Swivel Steel Caster | 2000 EA | $1.24 | 2,480.00 |
| | TOTAL | 9,085 | | $55,296.69 |
| | DEDUCT CO-OP CHARGE OF | | | $0.00 |
| | TOTAL AMOUNT: | | | $0.00 |

SAY TOTAL  U.S.DOLLARS FIFTY FIVE THOUSAND TWO HUNDRED NINTY SIX AND CENTS SIXTY NINE ONLY.

ACCEPTED BY BUYER
NORTHERN TOOL & EQUIPMENT CO

CONFIRMED BY SELLER
ITI CO.,LTD.

_____
AUTHORIZED SIGNATURE

_____
AUTHORIZED SIGNATURE

E. & O.E.

Page : 2 / 2

ATTORNEY'S EYES ONLY
INTR00491

# 'l Co., Ltd.

)uhui Road, Minhang District, Shanghai 201109, China
6-21-6490 8190    Fax: 86-21-6485 6185

YOUR REF: 664065
OUR REF: SBU104462-NF-295
INVOICE DATE: 2004-11-16

## PROFORMA INVOICE

: NORTHERN TOOL & EQUIPMENT CO
  2800 SOUTHCROSS DRIVE P.O. BOX 1219

TN: MR. BRENT SODERBERG

IPMENT DATE: 2004-12-17     BY OCEAN
CKING   : BY STANDARD EXPORT CARTON
YMENT   : BY IRREVOCABLE L/C AT SIGHT IN OUR FAVOR
SURANCE : BY BUYER S ACCOUNT
ICE TERM : FOB CHINA USD
)TAL PAGE:   1 PAGE

SHIPPING MARK

NOR/ITI

FORT MILL
P/O: 664065
P/N:
C/NO:
MADE IN CHINA

| ITEM NO. | DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 8982 | Large Cast Iron Hand Pump | 54 EA | $31.00 | 1,674.00 |
| 226 | 440lb Electric Hoist | 50 EA | $37.00 | 1,850.00 |
| 31 | 1/2 T*3M Chain Hoist | 96 EA | $20.20 | 1,939.20 |
| 3145 | 1 Ton zinc plated manual lever | 50 EA | $39.53 | 1,976.50 |
| 3220 | 1T*6M Chain Hoist | 54 EA | $27.50 | 1,485.00 |
| 3420 | 2T*6M Chain Hoist | 96 EA | $44.20 | 4,243.20 |
| 138 | 3 T*3M Chain Hoist | 36 EA | $37.50 | 1,350.00 |
| 13934 | 5000lb Pallet Puller | 180 EA | $18.60 | 3,348.00 |
| 13990 | 5/16*1/4 F Swivel (Pallet Puller 2200lbs) | 220 EA | $13.30 | 2,926.00 |
| )977 | Rotary Hand Pump | 168 EA | $8.09 | 1,359.12 |
| 09773 | Lever Action Pump w/Drip Tray | 56 EA | $9.82 | 549.92 |
| 3478 | Portable Wheel Balancer | 30 EA | $33.99 | 1,019.70 |
| 43356 | Heavy Duty Drill/Mill Machine | 5 EA | $559.60 | 2,798.00 |
| 25645 | Universal Trailer Coupler Lock |  | $6.80 | 1,632.00 |
| 3012 | Mini Wagon | 200 EA | $2.40 | 480.00 |
|  | TOTAL | 1,535 |  | $28,630.64 |
|  | DEDUCT CO-OP CHARGE OF |  |  | $0.00 |
|  | TOTAL AMOUNT: |  |  | $0.00 |

SAY TOTAL  U.S.DOLLARS TWENTY EIGHT THOUSAND SIX HUNDRED THIRTY AND CENTS SIXTY FOUR ONLY.

ACCEPTED BY BUYER
NORTHERN TOOL & EQUIPMENT CO

CONFIRMED BY SELLER
ITI CO.,LTD.

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

E.& O.E.

Page : 1 / 1

ATTORNEY'S EYES ONLY
INTR00492

# ˹l Co., Ltd.

Juhui Road, Minhang District, Shanghai 201109, China
86-21-6490 8190    Fax: 86-21-6485 6185

YOUR REF: 669949
OUR REF: SBU105034-NF-31
INVOICE DATE: 2004-12-22

## PROFORMA INVOICE

˹N: NORTHERN TOOL & EQUIPMENT CO
2800 SOUTHCROSS DRIVE P.O. BOX 1219

TN: MR. BRENT SODERBERG

˹PMENT DATE: 2005-01-28     BY OCEAN
CKING    : BY STANDARD EXPORT CARTON
YMENT    : BY IRREVOCABLE L/C AT SIGHT IN OUR FAVOR
˹URANCE  : BY BUYER S ACCOUNT
ICE TERM : FOB CHINA USD
˹TAL PAGE:   2 PAGE

SHIPPING MARK

NOR/ITI

FORT MILL
P/O: 669949
P/N:
C/NO:
MADE IN CHINA

| ITEM NO. | DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 8980 | Hand Press Pump | 120 EA | $10.50 | 1,260.00 |
| 8982 | Large Cast Iron Hand Pump | 90 EA | $31.00 | 2,790.00 |
| 977 | Rotary Hand Pump | 100 EA | $8.09 | 809.00 |
| 979 | ALUMINUM ROTARY HAND PUMP | 100 EA | $10.62 | 1,062.00 |
| 5564 | Universal Trailer Coupler Lock | 240 EA | $6.80 | 1,632.00 |
| 474 | LARGE MANUAL TIRE CHANGEER | 100 EA | $30.90 | 3,090.00 |
| 477 | Tire Spreader | 100 EA | $8.80 | 880.00 |
| 5032 | ATV Tires Great for Different Terrain | 60 EA | $21.10 | 1,266.00 |
| 5064 | ATV Tires Great for Different Terrain | 30 EA | $24.70 | 741.00 |
| ˹226 | 440lb Electric Hoist | 150 EA | $37.00 | 5,550.00 |
| ˹2980 | 550LB Cap. Pulley Block | 140 EA | $1.43 | 200.20 |
| ˹3110 | 1T*1.5M Lever Hoist | 72 EA | $34.50 | 2,484.00 |
| ˹3111 | 2T*1.5M Lever Hoist | 100 EA | $47.50 | 4,750.00 |
| ˹8613 | 5 lbs CAPACITY STAINLESS STEEL SAUSAGE STUFFER | 100 EA | $39.00 | 3,900.00 |
| ˹3220 | 1T*6M Chain Hoist | 162 EA | $27.50 | 4,455.00 |
| ˹3356 | Heavy Duty Drill/Mill Machine | 10 EA | $559.60 | 5,596.00 |

ATTORNEY'S EYES ONLY
INTR00493

# ΓI Co., Ltd.

Duhui Road, Minhang District, Shanghai 201109, China
86-21-6490 8190    Fax: 86-21-6485 6185

YOUR REF:    669949
OUR REF:     SBU105034-NF-31
INVOICE DATE:  2004-12-22

## PROFORMA INVOICE

: NORTHERN TOOL & EQUIPMENT CO
  2800 SOUTHCROSS DRIVE P.O. BOX 1219
TN : MR. BRENT SODERBERG

IPMENT DATE: 2005-01-28    BY OCEAN
CKING    : BY STANDARD EXPORT CARTON
YMENT    : BY IRREVOCABLE L/C AT SIGHT IN OUR FAVOR
SURANCE  : BY BUYER S ACCOUNT
ICE TERM : FOB CHINA USD
TAL PAGE:   2 PAGE

SHIPPING MARK

NOR/ITI

FORT MILL
P/O:  669949
P/N:
C/NO:
MADE IN CHINA

| ITEM NO. | DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 34 | 2T*3M Chain Hoist | 80 EA | $31.20 | 2,496.00 |
| 3420 | 2T*6M Chain Hoist | 96 EA | $44.20 | 4,243.20 |
| | TOTAL | 1,850 | | $47,204.40 |
| | DEDUCT CO-OP CHARGE OF | | | $0.00 |
| | TOTAL AMOUNT: | | | $0.00 |

AY TOTAL  U.S.DOLLARS FORTY SEVEN THOUSAND TWO HUNDRED FOUR AND CENTS FORTY
         ONLY.

ACCEPTED BY BUYER                         CONFIRMED BY SELLER
NORTHERN TOOL & EQUIPMENT CO              ITI CO.,LTD.

_____                  _____
    AUTHORIZED SIGNATURE                      AUTHORIZED SIGNATURE
                         E.& O.E.
                                                        Page : 2 / 2

ATTORNEY'S EYES ONLY
INTR00494

**d.**

Shanghai 201109, China
86-21-6485 6185

YOUR REF: 671943
OUR REF: SBU105064-NF-53
INVOICE DATE: 2005-01-06

## PROFORMA INVOICE

SHIPPING MARK

√ TOOL & EQUIPMENT CO
THCROSS DRIVE P.O. BOX 1219
NT SODERBERG

| NOR/ITI |

FORT MILL
P/O: 671943
P/N:
C/NO:
MADE IN CHINA

2005-02-04 BY OCEAN
STANDARD EXPORT CARTON
Y IRREVOCABLE L/C AT SIGHT IN OUR FAVOR
Y BUYER S ACCOUNT
FOB CHINA USD
2 PAGE

| | DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | Large Cast Iron Hand Pump | 108 EA | $31.00 | 3,348.00 |
| | ALUMINUM ROTARY HAND PUMP | 100 EA | $10.62 | 1,062.00 |
| | Universal Trailer Coupler Lock | 240 EA | $6.80 | 1,632.00 |
| | ATV Tires Great for Different Terrain | 40 EA | $24.70 | 988.00 |
| | 5PC S&D | 100 EA | $10.71 | 1,071.00 |
| | 12PC S&D | 100 EA | $21.73 | 2,173.00 |
| | 24 OZ Brass/Deadblow HAMNE | 120 EA | $2.99 | 358.80 |
| | 2# Pipe Vice | 120 EA | $8.17 | 980.40 |
| | ADJUSTABLE ANGLE WELDING MAGNET | 250 EA | $4.00 | 1,000.00 |
| | 10 pc. Reciprocating Saw Blade Kit | 108 EA | $3.06 | 330.48 |
| | 16 pc Forstner Bit Set | 80 EA | $9.50 | 760.00 |
| 0 | 4" Cast Iron Drill Press Vise | 100 EA | $3.10 | 310.00 |
| 1 | 4" Quick Clamping Vise | 100 EA | $3.90 | 390.00 |
| 12 | 4" Universal Angle Vise | 100 EA | $11.30 | 1,130.00 |
| 14 | 6" Cross Slide Vise | 100 EA | $20.00 | 2,000.00 |
| 34 | CT800 HEAVY DUTY TEST LEAD SET | 100 EA | $1.00 | 100.00 |

Page : 1 / 2

ATTORNEY'S EYES ONLY
INTR00495