# TOWING & CARGO CONTROL

**ADJUSTABLE EYE ASSEMBLY**
**TRAILER COUPLERS**

 **A.**

 **B.**

 **C.**

 **D.**

### A. - B. Adjustable Eye Assembly
- Ductile cast iron eye
- Formed Steel Bracket
- 3" I.D. eye
- 1⁹⁄₁₆" section eye
- 12,000 lbs. capacity

### C. Trailer Couplers

### D. A-Frame Trailer Couplers

## ORDERING INFORMATION

| | PART NO. | PKG. PART NO. | DESCRIPTION | M.V.L. | M.G.T.W. | WEIGHT | CAT. |
|---|---|---|---|---|---|---|---|
| A | B18128 | 10066 | Adjustable Eye Assy. w/ 3-Position Channel & Fasteners | 2,000 lbs. | 12,000 lbs. | 14.5 lbs. | 543 (N) |
| A | B18135 | | Adjustable Eye Assy. w/ 5-Position Channel & Fasteners | 2,000 lbs. | 12,000 lbs. | 19.25 lbs. | 543 (N) |
| B | B16137 | | Eye Only | 2,000 lbs. | 12,000 lbs. | 11.0 lbs. | 543 (N) |

## ORDERING INFORMATION

| | PART NO. | DESCRIPTION | M.G.T.W. | CLASS | WEIGHT | CAT. |
|---|---|---|---|---|---|---|
| C | 0091050 | Coupler, 1⁷⁄₈" Ball x 2" Channel | 2,000 lbs. | 1 | 2.56 lbs. | 534 (N) |
| C | 0091050ZY | Coupler, 1⁷⁄₈" Ball x 2" Channel, Zinc Yellow | 2,000 lbs. | 1 | 2.56 lbs. | 534 (N) |
| C | 0091055 | Coupler, 1⁷⁄₈" Ball x 3" Channel | 2,000 lbs. | 1 | 2.66 lbs. | 534 (N) |
| C | 0091058 | Coupler, 2" Ball x 2" Channel | 3,500 lbs. | 2 | 4.0 lbs. | 534 (N) |
| C | 0091060 | Coupler, 2" Ball x 2½" Channel | 3,500 lbs. | 2 | 4.38 lbs. | 534 (N) |
| C | 0091065 | Coupler, 2" Ball x 3" Channel | 3,500 lbs. | 2 | 4.50 lbs. | 534 (N) |
| D | 0091091 | A-Frame Coupler, 2" Ball | 5,000 lbs. | 3 | 6.70 lbs. | 534 (N) |
| D | 0091097 | A-Frame Coupler, 2⁵⁄₁₆" Ball | 10,000 lbs. | 4 | 8.38 lbs. | 534 (N) |

## COUPLER PART NO. INTERCHANGE

| BUYERS | ATWOOD® | DUTTON-LAINSON | FULTON® | SHELBY |
|---|---|---|---|---|
| 0091050 | — | 940P-1 | 11200 | 5128 |
| 0091055 | — | 970P-1 | 11300 | 5131 |
| 0091058 | — | 982P-2 | 22250 | 5111 |
| 0091060 | 80051 | 985P-2 | 22300 | 5135 |

*Interchange is made available for the convenience of our customers and is not meant to indicate that the product is shipped to / from above companies.*

## ACCESSORIES & REPLACEMENT PARTS

| PART NO. | DESCRIPTION | WEIGHT | CAT. |
|---|---|---|---|
| B8978 | 3-Position Channel Only; used w/ 090100, 0090150, and B16137 | 3.8 lbs. | 543 (N) |
| B8979 | 5-Position Channel w/ Weld Gussets; used w/ 090100, 0090150, and B16137 | 7.25 lbs. | 543 (N) |
| B9020 | Bolt & Nut Kit (2 each); used w/ 0090105, 0090110, 0090155, 0090160, 0091553, 0091555, B18128, B18135 | 1.0 lbs. | 543 (N) |

ALL-STATE LEGAL®

 EX. 22

BUYERS00001

JACKS



**A.**

**A. Tube Jack-
Swivel Mount**



**B.**

**B. Tube Jack-
Swivel Mount**



**C.**

**C. Bracket Jack-
Swivel Mount**



**D.**

**D. A-Frame Jack**



**E.**

**E. Tube Jack-
2½" Square**



**F.**

**F. Tube Jack-
2½" Square**



**G.**

**G. 4½" Heavy-Duty
Square Jack**



**H.**

**H. Swing-Away
Marine Jack**

## ORDERING INFORMATION

| | PART NO. | DESCRIPTION | CAPACITY | TRAVEL | WIND | WEIGHT | CAT. |
|---|---|---|---|---|---|---|---|
| A | 0091205 | Tube- Swivel | 2,000 lbs. | 10" | Top | 11.14 lbs. | 533 (N) |
| C | 0091210 | Bracket- Swivel | 2,000 lbs. | 10" | Top | 11.82 lbs. | 533 (N) |
| A | 0091215 | Tube- Swivel | 2,000 lbs. | 15" | Top | 14.22 lbs. | 533 (N) |
| B | 0091220 | Tube- Swivel | 2,000 lbs. | 10" | Side | 13.26 lbs. | 533 (N) |
| C | 0091225 | Bracket- Swivel | 2,000 lbs. | 15" | Top | 14.88 lbs. | 533 (N) |
| D | 0091260 | A-Frame, Includes Support Foot | 2,000 lbs. | 15" | Top | 12.78 lbs. | 533 (N) |
| D | 0091261 | A-Frame, Jack Only | 2,000 lbs. | 15" | Top | 11.44 lbs. | 533 (N) |
| D | 0091265 | A-Frame, Includes Support Foot | 5,000 lbs. | 15" | Top | 12.84 lbs. | 533 (N) |
| D | 0091266 | A-Frame, Jack Only | 5,000 lbs. | 15" | Top | 11.44 lbs. | 533 (N) |
| E | 0091310 | 2½" Square Tube Jack | 7,000 lbs. | 26" | Top | 12.50 lbs. | 533 (N) |
| F | 0091340 | 2½" Square Tube Jack | 7,000 lbs. | 26" | Side | 12.50 lbs. | 533 (N) |
| G | 0091405 | 4½" Square Heavy-Duty Jack | 12,000 lbs. Static 10,000 lbs. Dynamic | 12" screw travel w/ 14" adjustment | Side | 60.00 lbs. | 533 (N) |
| H | 0091610 | Swing-Away Marine Jack | 1,000 lbs. | 10" | Side | 14.00 lbs | 533 (N) |

BUYERS00002



**Quality since 1946**

9049 TYLER BLVD.● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

**PURCHASE ORDER**

P.O. Number:
**40186**
Page Number:
**1**

Phone: 011862164908190
Fax: 011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I. Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | | F.O.B. | |
|---|---|---|---|---|---|
| 35000 | GBUSH | Due on receipt | | CIF CLEVELAND, OHIO | |
| CONTACT | | SHIPPING METHOD | | ORDER DATE | SHIP DATE |
| Mr. NICK NI | | PHOENIX INTERNATIONAL | | 3/27/2006 | 8/1/2006 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 600 | 009131CS | 009131CS | | (EA) JACK,SQ 2-1/2in TUBE,TOP WIND,26in TR<br>DROP LEG,W/ MNT PLATE,7,000 LB.<br>**Ship on: 8/1/2006**<br>DROP LEG,W/ MNT PLATE,7,000 LB. | *$18.570* | $11,142.00 |
| 500 | 0091610 | 701002 | | (EA) JACK,TRAILER,SWING-AWAY MARINE,TR<br>LIFT CAP 1,000 LBS<br>**Ship on: 8/1/2006**<br>LIFT CAP 1,000 LBS | *$11.780* | $5,890.00 |

|  | | FREIGHT: | $0.00 |
|---|---|---|---|
|  | | ORDER TOTAL: | $17,032.00 |

*[D011862167649552*[SBUYERS PRODUCTS*]

Authorized Signature_____

**CONDITIONS**

1. All packing slips and packages must show our purchase order number. 2. Acknowledge price & delivery immediately - any change could result in order cancellation. 3. Do not send partial shipments unless approved by Buyers Products Co. 4. Bills of lading accompany all invoices showing routing of all goods. 5. Seller shall indemnify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilities, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.

FORM: bpcpurirm.qrp

ATTORNEY'S EYES ONLY
BUYERS00003



**Quality since 1946**

9049 TYLER BLVD. ● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

# PURCHASE ORDER

P.O. Number:
**40186**
Page Number:
1

Phone: 011862164908190
Fax: 011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I. Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | | F.O.B. | |
|---|---|---|---|---|---|
| 35000 | GBUSH | Due on receipt | | CIF CLEVELAND, OHIO | |
| CONTACT | | SHIPPING METHOD | | ORDER DATE | SHIP DATE |
| Mr. NICK NI | | PHOENIX INTERNATIONAL | | 3/27/2006 | 8/1/2006 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 600 | 009131CS | 009131CS | | (EA) JACK,SQ 2-1/2in TUBE,TOP WIND,26in TR DROP LEG,W/ MNT PLATE,7,000 LB.<br>**Ship on:** 8/1/2006<br>DROP LEG, W/ MNT PLATE,7,000 LB. | *$18.570* | $11,142.00 |
| 500 | 0091610 | 701002 | | (EA) JACK,TRAILER,SWING-AWAY MARINE,TR LIFT CAP 1,000 LBS<br>**Ship on:** 8/1/2006<br>LIFT CAP 1,000 LBS | *$11.780* | $5,890.00 |

| | FREIGHT: | $0.00 |
|---|---|---|
| | ORDER TOTAL: | $17,032.00 |

^[D011862167649552*]SBUYERS PRODUCTS*]

Authorized Signature_____

## CONDITIONS

1. All packing slips and packages must show our purchase order number. 2. Acknowledge price & delivery immediately - any change could result in order cancellation. 3. Do not send partial shipments unless approved by Buyers Products Co. 4. Bills of lading accompany all invoices showing routing of all goods. 5. Seller shall indemnify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilites, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided by seller.

FORM: bpcpurtrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00004



**Quality since 1946**

9049 TYLER BLVD. ● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

**PURCHASE ORDER**

P.O. Number:
**40476**
Page Number:
**1**

Phone: 011862164908190
Fax: 011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I.  Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | F.O.B. | |
|---|---|---|---|---|
| 35000 | GBUSH | Due on receipt | CIF CLEVELAND, OHIO | |
| **CONTACT** | **SHIPPING METHOD** | | **ORDER DATE** | **SHIP DATE** |
| Mr. NICK NI | PHOENIX INTERNATIONAL | | 4/4/2006 | 5/1/2006 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 100 | 0091091RK | | | (EA) KIT,REPAIR,COUPLER, 2in A-FRAME BAG LABELED, W/INSTRUCTIONS<br>**Ship on:** 5/1/2006 | *$2.680* | $268.00 |

*PO Specifications:*  *PLEASE CONFIRM*

*PACKAGE IN BAG WITH BPC LOGO AND LABEL*

| | |
|---|---|
| **FREIGHT:** | $0.00 |
| **ORDER TOTAL:** | $268.00 |

^[DO11862167649552*[SBUYERS PRODUCTS*]

Authorized Signature_____

**CONDITIONS**

1. All packing slips and packages must show our purchase order number.   2. Acknowledge price & delivery immediately - any change could result in order cancellation.   3. Do not send partial shipments unless approved by Buyers Products Co.   4. Bills of lading accompany all invoices showing routing of all goods.
5. Seller shall indemnify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilites, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.

FORM: bpcpurfrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00005



PRODUCTS COMPANY

*Quality since 1946*

9049 TYLER BLVD.● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

**PURCHASE ORDER**

P.O. Number:
**41544**
Page Number:
**1**

Phone: 011862164908190
Fax: 011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I. Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | F.O.B. |
|---|---|---|---|
| 35000 | GBUSH | Due on receipt | CIF CLEVELAND, OHIO |

| CONTACT | SHIPPING METHOD | ORDER DATE | SHIP DATE |
|---|---|---|---|
| Mr. NICK NI | PHOENIX INTERNATIONAL | 5/4/2006 | 7/3/2006 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 400 | 0091052 | 703002 | (EA) | COUPLER,1-7/8in,2-1/2inCHANNEL,200LB<br>TONGUE, 2,000 LB MGVW,CLASS I; ZINC PLATED<br>**Ship on: 7/3/2006**<br>TONGUE, 2,000 LB MGVW,CLASS I; ZINC PLATED | *$2.880* | $1,152.00 |

| | | |
|---|---|---|
| | **FREIGHT:** | $0.00 |
| | **ORDER TOTAL:** | **$1,152.00** |

^[DO11862167649552*[SBUYERS PRODUCTS^]

Authorized Signature_____

**CONDITIONS**
1. All packing slips and packages must show our purchase order number. 2. Acknowledge price & delivery immediately - any change could result in order cancellation. 3. Do not send partial shipments unless approved by Buyers Products Co. 4. Bills of lading accompany all invoices showing routing of all goods. 5. Seller shall indemify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilites, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.

FORM: bpcpurbm.qrp

ATTORNEY'S EYES ONLY
BUYERS00006



**PRODUCTS COMPANY**

*Quality since 1946*

9049 TYLER BLVD.● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

## PURCHASE ORDER

P.O. Number:
**41549**
Page Number:
**1**

Phone: 011862164908190
Fax: 011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I.  Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | | F.O.B. | |
|---|---|---|---|---|---|
| 35000 | GBUSH | Due on receipt | | CIF CLEVELAND, OHIO | |
| **CONTACT** | **SHIPPING METHOD** | | | **ORDER DATE** | **SHIP DATE** |
| Mr. NICK NI | PHOENIX INTERNATIONAL | | | 5/4/2006 | 8/1/2006 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 2,400 | 0091091 | 0091091 | (EA) | COUPLER, 2in A-FRAME | *$6.450* | $15,480.00 |
| | | | | Ship on: 8/1/2006 | | |

PO Specifications:  ********PLEASE CONFIRM*********

| | | |
|---|---|---|
| | **FREIGHT:** | $0.00 |
| | **ORDER TOTAL:** | $15,480.00 |

^*[D011862167649552*[SBUYERS PRODUCTS*]

Authorized Signature_____

## CONDITIONS
1. All packing slips and packages must show our purchase order number.  2. Acknowledge price & delivery immediately - any change could result in order cancellation.  3. Do not send partial shipments unless approved by Buyers Products Co.  4. Bills of lading accompany all invoices showing routing of all goods.
5. Seller shall indemnify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilities, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.

FORM: bpcpwrfrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00007



**Quality since 1946**

9049 TYLER BLVD. ● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

**PURCHASE ORDER**

P.O. Number:
**42377**
Page Number:
1

Phone: 011862164908190
Fax:   011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I.  Intradin Machinery Co., Ltd.<br>118 Duhul Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | | F.O.B. | |
|---|---|---|---|---|---|
| 35000 | GBUSH | Due on receipt | | CIF CLEVELAND, OHIO | |
| CONTACT | SHIPPING METHOD | | | ORDER DATE | SHIP DATE |
| Mr. NICK NI | PHOENIX INTERNATIONAL | | | 6/5/2006 | 8/1/2006 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 850 | 0091310 | 0091310 | | (EA) JACK,SQ 2-1/2in TUBE,TOP WIND,26in TR DR LG,NO MT,7,000#<br>Ship on: 9/1/2006 | *$16.950* | $14,407.50 |
| | | DR LG,NO MT,7,000# | | | | |
| 150 | 3005222A | 3005222A | | (EA) HANDLE ASSEMBLY,0091310(FOR 1/2in S<br>Ship on: 8/1/2006 | *$0.980* | $147.00 |
| 250 | 3005525A | 3005525A | | (EA) HANDLE ASSEMBLY,SIDE WIND 0091340 (STEP)<br>Ship on: 8/1/2006 | *$0.900* | $225.00 |
| | | STEP) | | | | |

|  | **FREIGHT:** | $0.00 |
|---|---|---|
|  | **ORDER TOTAL:** | $14,779.50 |

^[D011862167649552^][SBUYERS PRODUCTS^]

Authorized Signature_____

**CONDITIONS**
1. All packing slips and packages must show our purchase order number.  2. Acknowledge price & delivery immediately - any change could result in order cancellation.  3. Do not send partial shipments unless approved by Buyers Products Co.  4. Bills of lading accompany all invoices showing routing of all goods.
5. Seller shall indemify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilites, damages, cost and expenses (including attorney fees) arising out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.

FORM: bpcpurfrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00008



**Quality since 1946**

9049 TYLER BLVD. ● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

**PURCHASE ORDER**

P.O. Number:
**42378**
Page Number:
**1**

Phone: 011862164908190
Fax: 011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I. Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | | F.O.B. | |
|---|---|---|---|---|---|
| 35000 | GBUSH | Due on receipt | | CIF CLEVELAND, OHIO | |
| CONTACT | | SHIPPING METHOD | | ORDER DATE | SHIP DATE |
| Mr. NICK NI | | PHOENIX INTERNATIONAL | | 6/5/2006 | 9/1/2006 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 800 | 0091310 | 0091310 | | (EA) JACK,SQ 2-1/2in TUBE,TOP WIND,26in TR<br>DR LG,NO MT,7,000#<br>**Ship on: 10/1/2006** | *16.950* | $13,560.00 |
| | | DR LG,NO MT,7,000# | | | | |
| 1,200 | 0091340 | 0091340 | | (EA) JACK,SQ 2-1/2in TUBE,SIDE WIND,26in TR<br>DR LG,NO MT,7,000#<br>**Ship on: 9/1/2006** | *18.500* | $22,200.00 |
| | | DR LG,NO MT,7,000# | | | | |
| 615 | 0091610 | 701002 | | (EA) JACK,TRAILER,SWING-AWAY MARINE,TR<br>LIFT CAP 1,000 LBS<br>**Ship on: 9/1/2006** | *11.780* | $7,244.70 |
| | | LIFT CAP 1,000 LBS | | | | |

**FREIGHT:** $0.00

**ORDER TOTAL:** $43,004.70

^[D011862167649552^[SBUYERS PRODUCTS^]

Authorized Signature_____

**CONDITIONS**
1. All packing slips and packages must show our purchase order number. 2. Acknowledge price & delivery immediately - any change could result in order cancellation. 3. Do not send partial shipments unless approved by Buyers Products Co. 4. Bills of lading accompany all invoices showing routing of all goods. 5. Seller shall indemnify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilities, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.
FORM: bpcpurfrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00009



**PRODUCTS COMPANY**

*Quality since 1946*

9049 TYLER BLVD. ● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

**PURCHASE ORDER**

P.O. Number:
**42379**
Page Number:
**1**

Phone: 011862164908190
Fax: 011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I.  Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | | F.O.B. | |
|---|---|---|---|---|---|
| 35000 | GBUSH | Due on receipt | | CIF CLEVELAND, OHIO | |
| CONTACT | | SHIPPING METHOD | | ORDER DATE | SHIP DATE |
| Mr. NICK NI | | PHOENIX INTERNATIONAL | | 6/5/2006 | 10/2/2006 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 800 | 0091310 | 0091310 | | (EA) JACK,SQ 2-1/2in TUBE,TOP WIND,26in TR<br>DR LG,NO MT,7,000#<br>**Ship on: 11/1/2006** | *$16.950* | $13,560.00 |
| | | DR LG,NO MT,7,000# | | | | |
| 800 | 0091340 | 0091340 | | (EA) JACK,SQ 2-1/2in TUBE,SIDE WIND,26in TR<br>DR LG,NO MT,7,000#<br>**Ship on: 10/2/2006** | *$18.500* | $14,800.00 |
| | | DR LG,NO MT,7,000# | | | | |

FREIGHT: $0.00

ORDER TOTAL: $28,360.00

^[D011862167649552^[SBUYERS PRODUCTS^]

Authorized Signature_____

**CONDITIONS**
1. All packing slips and packages must show our purchase order number. 2. Acknowledge price & delivery immediately - any change could result in order cancellation. 3. Do not send partial shipments unless approved by Buyers Products Co. 4. Bills of lading accompany all invoices showing routing of all goods. 5. Seller shall indemnify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilites, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.
FORM: bpcpurfrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00010



9049 TYLER BLVD.● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

*Quality since 1946*

**PURCHASE ORDER**

P.O. Number:
**42382**
Page Number:
**1**

Phone: 011862164908190
Fax: 011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I.  Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | F.O.B. |
|---|---|---|---|
| 35000 | GBUSH | Due on receipt | CIF CLEVELAND, OHIO |

| CONTACT | SHIPPING METHOD | ORDER DATE | SHIP DATE |
|---|---|---|---|
| Mr. NICK NI | PHOENIX INTERNATIONAL | 6/5/2006 | 7/3/2006 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 1,000 | 3008618 | 3008618 | | (EA) KNOB,CYLINDRICAL,0091340 JACK | *$0.490* | $490.00 |
| | | | | Ship on: 7/3/2006 | | |
| Drawing | 3008618 | | | Drawing Rev:  A | | |

FREIGHT: $0.00

ORDER TOTAL: $490.00

*[D011862167649552*[SBUYERS PRODUCTS*]

Authorized Signature_____

**CONDITIONS**
1. All packing slips and packages must show our purchase order number.   2. Acknowledge price & delivery immediately - any change could result in order cancellation.   3. Do not send partial shipments unless approved by Buyers Products Co.   4. Bills of lading accompany all invoices showing routing of all goods.
5. Seller shall indemnify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilites, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.

FORM: bpcpurfm.qrp

ATTORNEY'S EYES ONLY
BUYERS00011



**PRODUCTS COMPANY**

*Quality since 1946*

9049 TYLER BLVD. ● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

**PURCHASE ORDER**

P.O. Number:
**44588**
Page Number:
**1**

Phone: 011862164908190
Fax: 011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I.  Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | F.O.B. |
|---|---|---|---|
| 35000 | GBUSH | Due on receipt | CIF CLEVELAND, OHIO |

| CONTACT | SHIPPING METHOD | | ORDER DATE | SHIP DATE |
|---|---|---|---|---|
| Mr. NICK NI | PHOENIX INTERNATIONAL | | 8/2/2006 | 12/1/2006 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 800 | 0091310 | 0091310<br><br>DR LG,NO MT,7,000# | | (EA) JACK,SQ 2-1/2in TUBE,TOP WIND,26in TR<br>DR LG,NO MT,7,000#<br>**Ship on: 12/1/2006** | *$16.950* | $13,560.00 |
| 800 | 0091340 | 0091340<br><br>DR LG,NO MT,7,000# | | (EA) JACK,SQ 2-1/2in TUBE,SIDE WIND,26in TR<br>DR LG,NO MT,7,000#<br>**Ship on: 12/1/2006** | *$18.500* | $14,800.00 |
| 500 | 0091610 | 701002<br><br>LIFT CAP 1,000 LBS | | (EA) JACK,TRAILER,SWING-AWAY MARINE,TR<br>LIFT CAP 1,000 LBS<br>**Ship on: 12/1/2006** | *$11.780* | $5,890.00 |
| 250 | 3005525A | 3005525A<br><br>STEP) | | (EA) HANDLE ASSEMBLY,SIDE WIND 0091340 (<br>STEP)<br>**Ship on: 12/1/2006** | *$0.900* | $225.00 |

**FREIGHT:** $0.00

**ORDER TOTAL:** $34,475.00

^[D011862167649552^|$BUYERS PRODUCTS^]

Authorized Signature_____

**CONDITIONS**
1. All packing slips and packages must show our purchase order number.  2. Acknowledge price & delivery immediately - any change could result in order cancellation.  3. Do not send partial shipments unless approved by Buyers Products Co.  4. Bills of lading accompany all invoices showing routing of all goods.  5. Seller shall indemnify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilites, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.

FORM: bpcpurfrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00012



**PRODUCTS COMPANY**

9049 TYLER BLVD. ● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

*Quality since 1946*

## PURCHASE ORDER

P.O. Number:
**44589**
Page Number:
**1**

Phone: 011862164908190
Fax: 011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I. Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | F.O.B. | |
|---|---|---|---|---|
| 35000 | GBUSH | Due on receipt | CIF CLEVELAND, OHIO | |
| CONTACT | | SHIPPING METHOD | ORDER DATE | SHIP DATE |
| Mr. NICK NI | | PHOENIX INTERNATIONAL | 8/2/2006 | 10/2/2006 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 250 | 3005222A | 3005222A | (EA) | HANDLE ASSEMBLY,0091310(FOR 1/2in S | *$0.980* | $245.00 |

**Ship on:** 10/2/2006

| | | |
|---|---|---|
| | **FREIGHT:** | $0.00 |
| | **ORDER TOTAL:** | $245.00 |

^[D011862167649552^[SBUYERS PRODUCTS^]

Authorized Signature_____

### CONDITIONS
1. All packing slips and packages must show our purchase order number. 2. Acknowledge price & delivery immediately - any change could result in order cancellation. 3. Do not send partial shipments unless approved by Buyers Products Co. 4. Bills of lading accompany all invoices showing routing of all goods. 5. Seller shall indemnify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilities, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.

FORM: bpcpurfrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00013



PRODUCTS COMPANY

*Quality since 1946*

9049 TYLER BLVD. ● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

## PURCHASE ORDER

P.O. Number:
**44594**
Page Number:
**1**

| | |
|---|---|
| Phone: | 011862164908190 |
| Fax: | 011862167649552 |

| Vendor Address | Ship To Address |
|---|---|
| I.T.I. Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | F.O.B. |
|---|---|---|---|
| 35000 | GBUSH | Due on receipt | CIF CLEVELAND, OHIO |

| CONTACT | SHIPPING METHOD | | ORDER DATE | SHIP DATE |
|---|---|---|---|---|
| Mr. NICK NI | PHOENIX INTERNATIONAL | | 8/2/2006 | 10/2/2006 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 400 | 0091052 | 703002 | (EA) | COUPLER,1-7/8in,2-1/2InCHANNEL,200LB<br>TONGUE, 2,000 LB MGVW,CLASS I; ZINC PLATED<br>**Ship on:** 10/2/2006 | *$2.880* | $1,152.00 |
| | | | | TONGUE, 2,000 LB MGVW,CLASS I; ZINC PLATED | | |
| 1,000 | 0091058Z | 0091058Z | (EA) | COUPLER,2inBALL,2in CHANNEL 3500CAP<br>CLASS II<br>**Ship on:** 10/2/2006 | *$3.980* | $3,980.00 |
| | | CLASS II | | | | |

| | | |
|---|---|---|
| | FREIGHT: | $0.00 |
| | ORDER TOTAL: | $5,132.00 |

^[D011862167649552^[SBUYERS PRODUCTS^]

Authorized Signature_____

## CONDITIONS

1. All packing slips and packages must show our purchase order number.  2. Acknowledge price & delivery immediately - any change could result in order cancellation.  3. Do not send partial shipments unless approved by Buyers Products Co.  4. Bills of lading accompany all invoices showing routing of all goods.  5. Seller shall indemnify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilites, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided by seller.

FORM: bcpvrfrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00014



**Quality since 1946**

9049 TYLER BLVD.● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

**PURCHASE ORDER**

P.O. Number:
**44934**
Page Number:
**1**

Phone: 011862164908190
Fax: 011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I. Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | F.O.B. | |
|---|---|---|---|---|
| 35000 | GBUSH | Due on receipt | CIF CLEVELAND, OHIO | |
| CONTACT | | SHIPPING METHOD | ORDER DATE | SHIP DATE |
| Mr. NICK NI | | PHOENIX INTERNATIONAL | 3/24/2006 | 6/16/2006 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 600 | 009131CS | 009131CS | (EA) | JACK,SQ 2-1/2in TUBE,TOP WIND,26in TR DROP LEG,W/ MNT PLATE,7,000 LB.<br>Ship on: 6/16/2006 | $18.570 | $11,142.00 |

PO Specifications: *PLEASE CONFIRM*

FREIGHT: $0.00

^[D011862167649552^[SBUYERS PRODUCTS^]

ORDER TOTAL: **$11,142.00**

Authorized Signature_____

**CONDITIONS**
1. All packing slips and packages must show our purchase order number.  2. Acknowledge price & delivery immediately - any change could result in order cancellation.  3. Do not send partial shipments unless approved by Buyers Products Co.  4. Bills of lading accompany all invoices showing routing of all goods.  5. Seller shall indemnify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilities, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.
FORM: bcpurfrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00015



**Quality since 1946**

9049 TYLER BLVD. • MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

**PURCHASE ORDER**

P.O. Number:
**45076**
Page Number:
**1**

Phone: 011862164908190
Fax: 011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I.  Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | F.O.B. |
|---|---|---|---|
| 35000 | GBUSH | Due on receipt | CIF CLEVELAND, OHIO |

| CONTACT | SHIPPING METHOD | ORDER DATE | SHIP DATE |
|---|---|---|---|
| Mr. NICK NI | PHOENIX INTERNATIONAL | 8/14/2006 | 9/1/2006 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 500 | 3005521A | 701048K | (EA) | KNOB,0091310 HANDLE ASSEMBLY | *$0.390* | $195.00 |

Ship on: 9/1/2006

PO Specifications:  PLEASE CONFIRM

PACKAGE IN INDIVIDUAL BAGS WITH BPC STANDARD LABEL

PACKAGE 250 PER MASTER CARTON WITH BPC  MASTER CARTON LABEL

| | |
|---|---|
| FREIGHT: | $0.00 |
| ORDER TOTAL: | $195.00 |

^[D011862167649552^[SBUYERS PRODUCTS^]

Authorized Signature_____

**CONDITIONS**

1. All packing slips and packages must show our purchase order number.   2. Acknowledge price & delivery immediately - any change could result in order cancellation.   3. Do not send partial shipments unless approved by Buyers Products Co.   4. Bills of lading accompany all invoices showing routing of all goods.
5. Seller shall indemnify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilities, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.

FORM: bpcpurfrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00016



**PRODUCTS COMPANY**

*Quality since 1946*

9049 TYLER BLVD. ● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

**PURCHASE ORDER**

P.O. Number:
**45254**
Page Number:
**1**

| Phone: | 011862164908190 |
|--------|------------------|
| Fax:   | 011862167649552  |

| Vendor Address | Ship To Address |
|----------------|-----------------|
| I.T.I. Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | F.O.B. |
|-----------|-------|-------|--------|
| 35000 | GBUSH | Due on receipt | CIF CLEVELAND, OHIO |

| CONTACT | SHIPPING METHOD | ORDER DATE | SHIP DATE |
|---------|-----------------|------------|-----------|
| Mr. NICK NI | PHOENIX INTERNATIONAL | 8/21/2006 | 12/1/2006 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|-----|---------|----------------|-----|-------------|-----------|---------------|
| 400 | 0091052 | 703002 | | (EA) COUPLER,1-7/8in,2-1/2inCHANNEL,200LB<br>TONGUE, 2,000 LB MGVW,CLASS I; ZINC PLATED<br>Ship on: 12/1/2006 | $2.880 | $1,152.00 |

|  | FREIGHT: | $0.00 |
|--|----------|-------|
|  | ORDER TOTAL: | $1,152.00 |

^[D011862167649552^[SBUYERS PRODUCTS^]

Authorized Signature_____

**CONDITIONS**
1. All packing slips and packages must show our purchase order number.  2. Acknowledge price & delivery immediately - any change could result in order cancellation.  3. Do not send partial shipments unless approved by Buyers Products Co.  4. Bills of lading accompany all invoices showing routing of all goods.
5. Seller shall indemnify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilities, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.

FORM: bpcpurfrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00017



**Quality since 1946**

9049 TYLER BLVD. ● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

**PURCHASE ORDER**

P.O. Number:
**46025**
Page Number:
**1**

Phone: 011862164908190
Fax: 011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I. Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | F.O.B. |
|---|---|---|---|
| 35000 | GBUSH | Due on receipt | CIF CLEVELAND, OHIO |

| CONTACT | SHIPPING METHOD | ORDER DATE | SHIP DATE |
|---|---|---|---|
| Mr. NICK NI | PHOENIX INTERNATIONAL | 9/15/2006 | 12/1/2006 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 400 | 0091052 | 703002 | (EA) | COUPLER,1-7/8in,2-1/2inCHANNEL,200LB<br>TONGUE, 2,000 LB MGVW,CLASS I; ZINC PLATED | $2.880 | $1,152.00 |
| | | | | **Ship on:** 12/1/2006 | | |
| | | | | TONGUE, 2,000 LB MGVW,CLASS I; ZINC PLATED | | |

**FREIGHT:** $0.00

**ORDER TOTAL:** $1,152.00

^[D011862167649552*[SBUYERS PRODUCTS^]

Authorized Signature_____

**CONDITIONS**
1. All packing slips and packages must show our purchase order number.  2. Acknowledge price & delivery immediately - any change could result in order cancellation.  3. Do not send partial shipments unless approved by Buyers Products Co.  4. Bills of lading accompany all invoices showing routing of all goods.
5. Seller shall indemnify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilities, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided by seller.
FORM: bpcpurfrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00018



**Quality since 1946**

9049 TYLER BLVD.● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

# PURCHASE ORDER

P.O. Number:
**46026**
Page Number:
**1**

Phone: 011862164908190
Fax: 011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I.  Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | F.O.B. |
|---|---|---|---|
| 35000 | GBUSH | Due on receipt | CIF CLEVELAND, OHIO |
| CONTACT | SHIPPING METHOD | | ORDER DATE | SHIP DATE |
| Mr. NICK NI | PHOENIX INTERNATIONAL | | 9/15/2006 | 1/2/2007 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 492 | 0091610 | 701002 | (EA) | JACK,TRAILER,SWING-AWAY MARINE,TR<br>LIFT CAP 1,000 LBS<br>Ship on: 1/2/2007 | *$11.780* | $5,795.76 |
| | | | LIFT CAP 1,000 LBS | | | |

| | | |
|---|---|---|
| | FREIGHT: | $0.00 |
| | ORDER TOTAL: | $5,795.76 |

*[DO11862167649552*[SBUYERS PRODUCTS*]

Authorized Signature_____

**CONDITIONS**
1. All packing slips and packages must show our purchase order number.  2. Acknowledge price & delivery immediately - any change could result in order cancellation.  3. Do not send partial shipments unless approved by Buyers Products Co.  4. Bills of lading accompany all invoices showing routing of all goods. 5. Seller shall indemnify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilities, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.
FORM: bpcpurfrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00019



**Quality since 1946**

9049 TYLER BLVD. ● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

### PURCHASE ORDER

P.O. Number:
**505250**
Page Number:
**1**

Phone: 011862164908190
Fax: 011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I. Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | F.O.B. |
|---|---|---|---|
| 35000 | GBUSH | Due on receipt | CIF CLEVELAND, OHIO |

| CONTACT | SHIPPING METHOD | ORDER DATE | SHIP DATE |
|---|---|---|---|
| Mr. NICK NI | PHOENIX INTERNATIONAL | 7/21/2005 | |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 1,296 | 0091096 | 0091096 | (EA) | *DISCONTINUED RPLCD BY 0091097*COU A-FRAME 2-5/16in,10,000 LB MGVW CLASS IV<br>Ship on: 7/2/2005 | $7.650 | $9,914.40 |

FREIGHT: $0.00

ORDER TOTAL: $9,914.40

*[D011862167649552*[SBUYERS PRODUCTS*]

Authorized Signature_____

### CONDITIONS

1. All packing slips and packages must show our purchase order number.  2. Acknowledge price & delivery immediately - any change could result in order cancellation.  3. Do not send partial shipments unless approved by Buyers Products Co.  4. Bills of lading accompany all invoices showing routing of all goods. 5. Seller shall indemify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilites, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.

FORM: bpcpurfrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00020



9049 TYLER BLVD. ● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

*Quality since 1946*

**PURCHASE ORDER**

P.O. Number:
**40183**
Page Number:
**1**

Phone:   011862164908190
Fax:     011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I.  Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | F.O.B. |
|---|---|---|---|
| 35000 | GBUSH | Due on receipt | CIF CLEVELAND, OHIO |

| CONTACT | SHIPPING METHOD | ORDER DATE | SHIP DATE |
|---|---|---|---|
| Mr. NICK NI | PHOENIX INTERNATIONAL | 3/27/2006 | 5/15/2006 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 1,200 | 0091340 | 0091340 | (EA) | JACK,SQ 2-1/2in TUBE,SIDE WIND,26in TR<br>DR LG,NO MT,7,000#<br>Ship on: 5/15/2006 | $18.500 | $22,200.00 |
| | | | | DR LG,NO MT,7,000# | | |

FREIGHT:          $0.00

ORDER TOTAL:     $22,200.00

*[DO11862167649552*][SBUYERS PRODUCTS*]

Authorized Signature_____

**CONDITIONS**
1. All packing slips and packages must show our purchase order number.   2. Acknowledge price & delivery immediately - any change could result in order cancellation.   3. Do not send partial shipments unless approved by Buyers Products Co.   4. Bills of lading accompany all invoices showing routing of all goods.
5. Seller shall indemnify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilites, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided by seller.
FORM: bpcpurfrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00021



**PRODUCTS COMPANY**

*Quality since 1946*

9049 TYLER BLVD. • MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

### PURCHASE ORDER

P.O. Number:
**40132**
Page Number:
**1**

Phone: 011862164908190
Fax: 011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I. Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | | F.O.B. |
|---|---|---|---|---|
| 35000 | GBUSH | Due on receipt | | CIF CLEVELAND, OHIO |
| CONTACT | | SHIPPING METHOD | ORDER DATE | SHIP DATE |
| Mr. NICK NI | | PHOENIX INTERNATIONAL | 3/24/2006 | 7/14/2006 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 600 | 009131CS | 009131CS | (EA) | JACK,SQ 2-1/2in TUBE,TOP WIND,26in TR DROP LEG,W/ MNT PLATE,7,000 LB.<br>Ship on: 7/14/2006 | *$18.570* | $11,142.00 |

PO Specifications: *PLEASE CONFIRM*

FREIGHT: **$0.00**

ORDER TOTAL: **$11,142.00**

*[D011862167649552*[SBUYERS PRODUCTS*]

Authorized Signature_____

**CONDITIONS**
1. All packing slips and packages must show our purchase order number. 2. Acknowledge price & delivery immediately - any change could result in order cancellation. 3. Do not send partial shipments unless approved by Buyers Products Co. 4. Bills of lading accompany all invoices showing routing of all goods. 5. Seller shall indemify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilites, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided by seller.

FORM: bpcpurfrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00022



**Buyers** PRODUCTS COMPANY

*Quality since 1946*

9049 TYLER BLVD.● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

**PURCHASE ORDER**

P.O. Number:
**40180**
Page Number:
**1**

Phone: 011862164908190
Fax: 011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I.  Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | | F.O.B. | |
|---|---|---|---|---|---|
| 35000 | GBUSH | Due on receipt | | CIF CLEVELAND, OHIO | |
| CONTACT | | SHIPPING METHOD | | ORDER DATE | SHIP DATE |
| Mr. NICK NI | | PHOENIX INTERNATIONAL | | 3/27/2006 | 6/15/2006 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 1,000 | 0091310 | 0091310<br><br>DR LG,NO MT,7,000# | | (EA) JACK,SQ 2-1/2in TUBE,TOP WIND,26in TR<br>DR LG,NO MT,7,000#<br>Ship on: 6/15/2006 | *$16.950* | $16,950.00 |
| 1,200 | 0091340 | 0091340<br><br>DR LG,NO MT,7,000# | | (EA) JACK,SQ 2-1/2in TUBE,SIDE WIND,26in TR<br>DR LG,NO MT,7,000#<br>Ship on: 6/15/2006 | *$18.500* | $22,200.00 |

FREIGHT: $0.00

ORDER TOTAL: $39,150.00

^{D011862167649552^{SBUYERS PRODUCTS^{}

Authorized Signature_____

**CONDITIONS**

1. All packing slips and packages must show our purchase order number.  2. Acknowledge price & delivery immediately - any change could result in order cancellation.  3. Do not send partial shipments unless approved by Buyers Products Co.  4. Bills of lading accompany all invoices showing routing of all goods.
5. Seller shall indemnify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilities, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.
FORM: bpcpurfrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00023



9049 TYLER BLVD. • MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

**PURCHASE ORDER**

P.O. Number:
**40182**
Page Number:
**1**

Phone: 011862164908190
Fax: 011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I.  Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | F.O.B. | |
|---|---|---|---|---|
| 35000 | GBUSH | Due on receipt | CIF CLEVELAND, OHIO | |
| CONTACT | SHIPPING METHOD | | ORDER DATE | SHIP DATE |
| Mr. NICK NI | PHOENIX INTERNATIONAL | | 3/27/2006 | 7/14/2006 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 1,000 | 0091310 | 0091310<br><br>DR LG,NO MT,7,000# | | (EA) JACK,SQ 2-1/2in TUBE,TOP WIND,26in TR<br>DR LG,NO MT,7,000#<br>**Ship on: 7/14/2006** | *$16.950* | $16,950.00 |
| 1,200 | 0091340 | 0091340<br><br>DR LG,NO MT,7,000# | | (EA) JACK,SQ 2-1/2in TUBE,SIDE WIND,26in TR<br>DR LG,NO MT,7,000#<br>**Ship on: 7/14/2006** | *$18.500* | $22,200.00 |

|  | FREIGHT: | $0.00 |
|---|---|---|
|  | ORDER TOTAL: | $39,150.00 |

*[D011862167649552*[SBUYERS PRODUCTS*]

Authorized Signature_____

**CONDITIONS**
1. All packing slips and packages must show our purchase order number.  2. Acknowledge price & delivery immediately - any change could result in order cancellation.  3. Do not send partial shipments unless approved by Buyers Products Co.  4. Bills of lading accompany all invoices showing routing of all goods.
5. Seller shall indemnify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilities, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.

FORM: bpcperfrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00024



**Quality since 1946**

9049 TYLER BLVD. ● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

**PURCHASE ORDER**

P.O. Number:
**37782**
Page Number:
**1**

Phone: 011862164908190
Fax: 011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I.  Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | F.O.B. | |
|---|---|---|---|---|
| 35000 | GBUSH | Due on receipt | CIF CLEVELAND, OHIO | |
| CONTACT | SHIPPING METHOD | | ORDER DATE | SHIP DATE |
| Mr. NICK NI | PHOENIX INTERNATIONAL | | 1/17/2006 | 4/17/2006 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 1,000 | 0091310 | 0091310 | | (EA) JACK,SQ 2-1/2in TUBE,TOP WIND,26in TR DR LG,NO MT,7,000#<br>**Ship on:** 4/17/2006 | *$16.950* | $16,950.00 |
| 1,200 | 0091340 | 0091340 | | (EA) JACK,SQ 2-1/2in TUBE,SIDE WIND,26in TR DR LG,NO MT,7,000#<br>**Ship on:** 4/17/2006 | *$18.500* | $22,200.00 |

*PO Specifications: PLEASE CONFIRM*

| | | |
|---|---|---|
| **FREIGHT:** | | $0.00 |
| **ORDER TOTAL:** | | $39,150.00 |

^*[D011862167649552^*[SBUYERS PRODUCTS^*]

Authorized Signature_____

**CONDITIONS**
1. All packing slips and packages must show our purchase order number.   2. Acknowledge price & delivery immediately - any change could result in order cancellation.   3. Do not send partial shipments unless approved by Buyers Products Co.   4. Bills of lading accompany all invoices showing routing of all goods.
5. Seller shall indemify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilites, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.

FORM: bpcpurfrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00025



Quality since 1946

9049 TYLER BLVD.● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

**PURCHASE ORDER**

P.O. Number:
**39563**
Page Number:
1

Phone: 011862164908190
Fax:   011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I.  Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | | F.O.B. | |
|---|---|---|---|---|---|
| 35000 | GBUSH | Due on receipt | | CIF CLEVELAND, OHIO | |
| CONTACT | | SHIPPING METHOD | | ORDER DATE | SHIP DATE |
| Mr. NICK NI | | PHOENIX INTERNATIONAL | | 3/8/2006 | 3/20/2006 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 500 | 3008618 | 3008618 | | (EA) KNOB,CYLINDRICAL,0091340 JACK | $0.490 | $245.00 |
| | | | | Ship on: 3/20/2006 | | |
| | Drawing   3008618 | | | Drawing Rev:     A | | |

*PO Specifications:* PLEASE CONFIRM

SHIP AIR ASAP

ADVISE BEST DELIVERY DATE.

SUBMIT SAMPLE FOR APPROVAL IMMEDIATELY

| | |
|---|---|
| FREIGHT: | $0.00 |
| ORDER TOTAL: | $245.00 |

^[D011862167649552]*[SBUYERS PRODUCTS*]

Authorized Signature_____

**CONDITIONS**
1. All packing slips and packages must show our purchase order number.  2. Acknowledge price & delivery immediately - any change could result in order cancellation.  3. Do not send partial shipments unless approved by Buyers Products Co.  4. Bills of lading accompany all invoices showing routing of all goods.
5. Seller shall indemnify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilities, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.
FORM: bpcpurfrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00026



**PRODUCTS COMPANY**

*Quality since 1946*

9049 TYLER BLVD.● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

**PURCHASE ORDER**

P.O. Number:
**40130**
Page Number:
1

| | |
|---|---|
| Phone: | 011862164908190 |
| Fax: | 011862167649552 |

| Vendor Address | Ship To Address |
|---|---|
| I.T.I. Intradin Machinery Co., Ltd.<br>118 Duhul Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | | F.O.B. | |
|---|---|---|---|---|---|
| 35000 | GBUSH | Due on receipt | | CIF CLEVELAND, OHIO | |
| CONTACT | | SHIPPING METHOD | | ORDER DATE | SHIP DATE |
| Mr. NICK NI | | PHOENIX INTERNATIONAL | | 3/24/2006 | 5/12/2006 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 600 | 009131CS | 009131CS | | (EA) JACK,SQ 2-1/2in TUBE,TOP WIND,26in TR DROP LEG,W/ MNT PLATE,7,000 LB.<br>Ship on: 5/12/2006 | *$18.570* | $11,142.00 |

PO Specifications: *PLEASE CONFIRM*

| | | |
|---|---|---|
| | FREIGHT: | $0.00 |
| | ORDER TOTAL: | $11,142.00 |

^[D011862167649552^[SBUYERS PRODUCTS^]

Authorized Signature_____

**CONDITIONS**
1. All packing slips and packages must show our purchase order number. 2. Acknowledge price & delivery immediately - any change could result in order cancellation. 3. Do not send partial shipments unless approved by Buyers Products Co. 4. Bills of lading accompany all invoices showing routing of all goods. 5. Seller shall indemnify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilities, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.
FORM: bocpurtrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00027



**Buyers** PRODUCTS COMPANY

*Quality since 1946*

9049 TYLER BLVD. ● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

**PURCHASE ORDER**

P.O. Number:
**40131**
Page Number:
**1**

Phone: 011862164908190
Fax: 011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I. Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | F.O.B. |
|---|---|---|---|
| 35000 | GBUSH | Due on receipt | CIF CLEVELAND, OHIO |

| CONTACT | SHIPPING METHOD | ORDER DATE | SHIP DATE |
|---|---|---|---|
| Mr. NICK NI | PHOENIX INTERNATIONAL | 3/24/2006 | 6/16/2006 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 600 | 009131CS | 009131CS | (EA) | JACK,SQ 2-1/2in TUBE,TOP WIND,26in TR<br>DROP LEG,W/ MNT PLATE,7,000 LB.<br>Ship on: 6/16/2006 | $18.570 | $11,142.00 |

PO Specifications: *PLEASE CONFIRM*

FREIGHT: $0.00

ORDER TOTAL: $11,142.00

*[D011862167649552*[$BUYERS PRODUCTS*]

Authorized Signature_____

**CONDITIONS**

1. All packing slips and packages must show our purchase order number. 2. Acknowledge price & delivery immediately - any change could result in order cancellation. 3. Do not send partial shipments unless approved by Buyers Products Co. 4. Bills of lading accompany all invoices showing routing of all goods. 5. Seller shall indemnify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilities, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.

FORM: bpcpurfrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00028



**Quality since 1946**

9049 TYLER BLVD.● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

**PURCHASE ORDER**

P.O. Number:
**28572**
Page Number:
**1**

Phone: 011862164908190
Fax: 011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I.  Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | F.O.B. |
|---|---|---|---|
| 35000 | GBUSH | Due on receipt | CIF CLEVELAND, OHIO |

| CONTACT | SHIPPING METHOD | | ORDER DATE | SHIP DATE |
|---|---|---|---|---|
| Mr. NICK NI | PHOENIX INTERNATIONAL | | 4/11/2005 | 7/1/2005 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 1,100 | 0091340 | 0091340 | (EA) | JACK,SQ 2-1/2in TUBE,SIDE WIND,26in TR DR LG,NO MT,7,000#<br>**Ship on:** 7/1/2005 | *$17.500* | $19,250.00 |
| | | DR LG,NO MT,7,000# | | | | |

| | | |
|---|---|---|
| | **FREIGHT:** | $0.00 |
| | **ORDER TOTAL:** | $19,250.00 |

*[D011862167649552*[SBUYERS PRODUCTS^]

Authorized Signature_____

**CONDITIONS**
1. All packing slips and packages must show our purchase order number.  2. Acknowledge price & delivery Immediately - any change could result in order cancellation.  3. Do not send partial shipments unless approved by Buyers Products Co.  4. Bills of lading accompany all invoices showing routing of all goods.
5. Seller shall indemify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilites, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.
FORM: bpcpurfrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00029



**Buyers** PRODUCTS COMPANY

*Quality since 1946*

9049 TYLER BLVD. • MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

**PURCHASE ORDER**

P.O. Number:
28573
Page Number:
1

Phone: 011862164908190
Fax: 011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I.  Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | | F.O.B. | |
|---|---|---|---|---|---|
| 35000 | GBUSH | Due on receipt | | CIF CLEVELAND, OHIO | |
| CONTACT | | SHIPPING METHOD | | ORDER DATE | SHIP DATE |
| Mr. NICK NI | | PHOENIX INTERNATIONAL | | 4/11/2005 | 8/1/2005 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 1,100 | 0091340 | 0091340 | | (EA) JACK,SQ 2-1/2in TUBE,SIDE WIND,26in TR<br>DR LG,NO MT,7,000#<br>**Ship on:** 8/1/2005 | *$17.500* | $19,250.00 |
| | | DR LG,NO MT,7,000# | | | | |

FREIGHT: $0.00

ORDER TOTAL: $19,250.00

^[DO11862167649552*[SBUYERS PRODUCTS^]

Authorized Signature_____

**CONDITIONS**

1. All packing slips and packages must show our purchase order number.  2. Acknowledge price & delivery immediately - any change could result in order cancellation.  3. Do not send partial shipments unless approved by Buyers Products Co.  4. Bills of lading accompany all invoices showing routing of all goods.
5. Seller shall indemify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilities, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.
FORM: tpcpur6rm.qrp

ATTORNEY'S EYES ONLY
BUYERS00030



PRODUCTS COMPANY

*Quality since 1946*

9049 TYLER BLVD.● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

**PURCHASE ORDER**

P.O. Number:
**28629**
Page Number:
**1**

| Phone: | 011862164908190 |
|---|---|
| Fax: | 011862167649552 |

| Vendor Address | Ship To Address |
|---|---|
| I.T.I.  Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | F.O.B. | |
|---|---|---|---|---|
| **35000** | **GBUSH** | **Due on receipt** | **CIF CLEVELAND, OHIO** | |
| **CONTACT** | | **SHIPPING METHOD** | **ORDER DATE** | **SHIP DATE** |
| **Mr. NICK NI** | | **PHOENIX INTERNATIONAL** | **4/12/2005** | **7/25/2005** |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 2,000 | 0091097 | 0091097 | (EA) | COUPLER,A-FRAME,2-5/16in,10,000 LB MG<br>CLASS IV<br>Ship on: 7/25/2005 | *$7.650* | $15,300.00 |
| | | CLASS IV | | | | |

| | | |
|---|---|---|
| | FREIGHT: | $0.00 |
| | ORDER TOTAL: | $15,300.00 |

^[D011862167649552^[SBUYERS PRODUCTS^]

Authorized Signature_____

**CONDITIONS**

1. All packing slips and packages must show our purchase order number.  2. Acknowledge price & delivery immediately - any change could result in order cancellation.  3. Do not send partial shipments unless approved by Buyers Products Co.  4. Bills of lading accompany all invoices showing routing of all goods.
5. Seller shall indemify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilites, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.

FORM: bpcpurfrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00031



**Quality since 1946**

9049 TYLER BLVD.• MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

**PURCHASE ORDER**

P.O. Number:
28630
Page Number:
1

Phone: 011862164908190
Fax: 011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I.  Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | | F.O.B. | |
|---|---|---|---|---|---|
| 35000 | GBUSH | Due on receipt | | CIF CLEVELAND, OHIO | |
| CONTACT | | SHIPPING METHOD | | ORDER DATE | SHIP DATE |
| Mr. NICK NI | | PHOENIX INTERNATIONAL | | 4/12/2005 | 8/22/2005 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 2,000 | 0091097 | 0091097 | (EA) | COUPLER,A-FRAME,2-5/16in,10,000 LB MG<br>CLASS IV<br>Ship on: 8/22/2005 | *$7.650* | $15,300.00 |
| | | CLASS IV | | | | |

FREIGHT: $0.00

ORDER TOTAL: $15,300.00

^[D011862167649552^[SBUYERS PRODUCTS^]

Authorized Signature_____

**CONDITIONS**

1. All packing slips and packages must show our purchase order number.  2. Acknowledge price & delivery immediately - any change could result in order cancellation.  3. Do not send partial shipments unless approved by Buyers Products Co.  4. Bills of lading accompany all invoices showing routing of all goods.
5. Seller shall indemnify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilites, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.

FORM: bpcpurfrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00032



**PRODUCTS COMPANY**

*Quality since 1946*

9049 TYLER BLVD. ● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

## PURCHASE ORDER

P.O. Number:
**28904**
Page Number:
**1**

Phone:  011862164908190
Fax:    011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I.  Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | F.O.B. |
|---|---|---|---|
| 35000 | GBUSH | Due on receipt | CIF CLEVELAND, OHIO |

| CONTACT | SHIPPING METHOD | ORDER DATE | SHIP DATE |
|---|---|---|---|
| Mr. NICK NI | PHOENIX INTERNATIONAL | 4/19/2005 | 4/12/2005 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 1,400 | 0091340 | 0091340 | (EA) | JACK,SQ 2-1/2in TUBE,SIDE WIND,26in TR DR LG,NO MT,7,000#<br>Ship on: 4/12/2005 | *$0.000* | $0.00 |
| 750 | 0091340 | 0091340 | (EA) | JACK,SQ 2-1/2in TUBE,SIDE WIND,26in TR DR LG,NO MT,7,000#<br>Ship on: 4/12/2005 | *$17.500* | $13,125.00 |

*PO Specifications:*  *PLEASE CONFIRM*

  *PO TO COVER DEFECTIVE 0091340 JACKS TO BE SHIPPED IMMEDIATELY*

FREIGHT:  $0.00

ORDER TOTAL:  $13,125.00

^[D011862167649552^[SBUYERS PRODUCTS^]

Authorized Signature_____

## CONDITIONS
1. All packing slips and packages must show our purchase order number.  2. Acknowledge price & delivery immediately - any change could result in order cancellation.  3. Do not send partial shipments unless approved by Buyers Products Co.  4. Bills of lading accompany all invoices showing routing of all goods. 5. Seller shall indemnify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilites, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.

FORM: bpcpurfrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00033



**PRODUCTS COMPANY**

*Quality since 1946*

9049 TYLER BLVD.● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

## PURCHASE ORDER

P.O. Number:
**30117**
Page Number:
**1**

Phone: 011862164908190
Fax: 011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I.  Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | F.O.B. | |
|---|---|---|---|---|
| 35000 | GBUSH | Due on receipt | CIF CLEVELAND, OHIO | |
| CONTACT | | SHIPPING METHOD | ORDER DATE | SHIP DATE |
| Mr. NICK NI | | PHOENIX INTERNATIONAL | 5/26/2005 | 6/15/2005 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 500 | 3005222A | 3005222A | (EA) | HANDLE ASSEMBLY,0091310(FOR 1/2in S<br>**Ship on: 6/15/2005** | $0.980 | $490.00 |
| 500 | 3005223A | 3005223A | (EA) | BEARING ,THRUST,7K JACK<br>**Ship on: 6/15/2005** | $0.790 | $395.00 |
| 1,000 | 3006636A | 3006636A | (EA) | PIN ASSEMBLY, 7K DROP FOOT JACKS<br>**Ship on: 6/15/2005** | $0.330 | $330.00 |
| 500 | 3005525A | 3005525A | (EA) | HANDLE ASSEMBLY,SIDE WIND 0091340 (<br>STEP)<br>**Ship on: 6/15/2005** | $0.900 | $450.00 |
| 500 | 3005527A | 3005527A | (EA) | GEAR SET,7K SIDE WIND, 0091340<br>**Ship on: 6/15/2005** | $1.930 | $965.00 |
| 1,000 | 3006742A | 3006742A | (EA) | BUSHING,RPLCMNT SQUARE,HANDLE SQ<br>**Ship on: 6/15/2005** | $0.040 | $40.00 |

Authorized Signature_____

**CONDITIONS**
1. All packing slips and packages must show our purchase order number.  2. Acknowledge price & delivery immediately - any change could result in order cancellation.  3. Do not send partial shipments unless approved by Buyers Products Co.  4. Bills of lading accompany all invoices showing routing of all goods.
5. Seller shall indemify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilities, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.

FORM: bpcpurfrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00034



**PRODUCTS COMPANY**

*Quality since 1946*

9049 TYLER BLVD. ● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

**PURCHASE ORDER**

P.O. Number:
**30117**
Page Number:
**2**

Phone: 011862164908190
Fax: 011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I.  Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID. | BUYER | TERMS | F.O.B. |
|---|---|---|---|
| 35000 | GBUSH | Due on receipt | CIF CLEVELAND, OHIO |

| CONTACT | SHIPPING METHOD | ORDER DATE | SHIP DATE |
|---|---|---|---|
| Mr. NICK NI | PHOENIX INTERNATIONAL | 5/26/2005 | 6/15/2005 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|

PO Specifications: *PLEASE CONFIRM*

*ALL KITS  MUST BE PLACED IN PACKAGED IN POLY BAGS, WITH bpc STANDARD LABEL,
INCLUDING UPC CODE*

*ADVISE BEST SHIPPING DATE*

FREIGHT: $0.00

^*[DO11862167649552^*[SBUYERS PRODUCTS^*]

ORDER TOTAL: $2,670.00

Authorized Signature_____

**CONDITIONS**

1. All packing slips and packages must show our purchase order number.  2. Acknowledge price & delivery immediately - any change could result in order cancellation.  3. Do not send partial shipments unless approved by Buyers Products Co.  4. Bills of lading accompany all invoices showing routing of all goods.  5. Seller shall indemnify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilities, damages, cost and expenses (including attorney fees) arising out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.

FORM: bpcpurfrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00035



**Quality since 1946**

9049 TYLER BLVD.● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

**PURCHASE ORDER**

P.O. Number:
**30117**
Page Number:
**1**

Phone: 011862164908190
Fax: 011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I.  Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | F.O.B. | |
|---|---|---|---|---|
| 35000 | GBUSH | Due on receipt | CIF CLEVELAND, OHIO | |
| CONTACT | SHIPPING METHOD | | ORDER DATE | SHIP DATE |
| Mr. NICK NI | PHOENIX INTERNATIONAL | | 5/26/2005 | 6/15/2005 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 500 | 3005222A | 3005222A | (EA) | HANDLE ASSEMBLY,0091310(FOR 1/2in S | $0.980 | $490.00 |
| | | | | **Ship on:  6/15/2005** | | |
| 500 | 3005223A | 3005223A | (EA) | BEARING ,THRUST,7K JACK | $0.790 | $395.00 |
| | | | | **Ship on:  6/15/2005** | | |
| 1,000 | 3006636A | 3006636A | (EA) | PIN ASSEMBLY, 7K DROP FOOT JACKS | $0.330 | $330.00 |
| | | | | **Ship on:  6/15/2005** | | |
| 500 | 3005525A | 3005525A | (EA) | HANDLE ASSEMBLY,SIDE WIND 0091340 (<br>STEP) | $0.900 | $450.00 |
| | | | | **Ship on:  6/15/2005** | | |
| 500 | 3005527A | 3005527A | (EA) | GEAR SET,7K SIDE WIND, 0091340 | $1.930 | $965.00 |
| | | | | **Ship on:  6/15/2005** | | |
| 1,000 | 3006742A | 3006742A | (EA) | BUSHING,RPLCMNT SQUARE,HANDLE SQ | $0.040 | $40.00 |
| | | | | **Ship on:  6/15/2005** | | |

Authorized Signature_____

**CONDITIONS**

1. All packing slips and packages must show our purchase order number.  2. Acknowledge price & delivery immediately - any change could result in order cancellation.  3. Do not send partial shipments unless approved by Buyers Products Co.  4. Bills of lading accompany all invoices showing routing of all goods. 5. Seller shall indemnify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilities, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.

FORM: bpcpurfrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00036



**PRODUCTS COMPANY**

*Quality since 1946*

9049 TYLER BLVD.● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

**PURCHASE ORDER**

P.O. Number:
**30117**
Page Number:
**2**

| Phone: | 011862164908190 |
|--------|-----------------|
| Fax: | 011862167649552 |

| Vendor Address | Ship To Address |
|----------------|-----------------|
| I.T.I.  Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | F.O.B. |
|-----------|-------|-------|--------|
| 35000 | GBUSH | Due on receipt | CIF CLEVELAND, OHIO |
| **CONTACT** | **SHIPPING METHOD** | | **ORDER DATE** | **SHIP DATE** |
| Mr. NICK NI | PHOENIX INTERNATIONAL | | 5/26/2005 | 6/15/2005 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|-----|---------|----------------|-----|-------------|-----------|---------------|

PO Specifications:  *PLEASE CONFIRM*

*ALL KITS  MUST BE PLACED IN PACKAGED IN POLY BAGS, WITH bpc STANDARD LABEL,
INCLUDING UPC CODE*

*ADVISE BEST SHIPPING DATE*

| FREIGHT: | $0.00 |
|----------|-------|
| ORDER TOTAL: | $2,670.00 |

*[D011862167649552*[SBUYERS PRODUCTS*]

Authorized Signature_____

**CONDITIONS**
1. All packing slips and packages must show our purchase order number.  2. Acknowledge price & delivery immediately - any change could result in order cancellation.  3. Do not send partial shipments unless approved by Buyers Products Co.  4. Bills of lading accompany all invoices showing routing of all goods. 5. Seller shall indemnify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilities, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.

FORM: bpcpurfrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00037



**PRODUCTS COMPANY**

*Quality since 1946*

9049 TYLER BLVD. ● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

**PURCHASE ORDER**

P.O. Number:
**30314**
Page Number:
**1**

Phone: 011862164908190
Fax: 011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I. Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | F.O.B. |
|---|---|---|---|
| 35000 | GBUSH | Due on receipt | CIF CLEVELAND, OHIO |

| CONTACT | SHIPPING METHOD | | ORDER DATE | SHIP DATE |
|---|---|---|---|---|
| Mr. NICK NI | PHOENIX INTERNATIONAL | | 6/1/2005 | 9/19/2005 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 2,000 | 0091097 | 0091097 | (EA) | COUPLER,A-FRAME,2-5/16in,10,000 LB MG CLASS IV<br>Ship on: 9/19/2005 | *$8.150* | $16,300.00 |
| | | CLASS IV | | | | |

| | | |
|---|---|---|
| | FREIGHT: | $0.00 |
| | ORDER TOTAL: | $16,300.00 |

^[DO11862167649552*[SBUYERS PRODUCTS^]

Authorized Signature_____

**CONDITIONS**
1. All packing slips and packages must show our purchase order number.   2. Acknowledge price & delivery immediately - any change could result in order cancellation.   3. Do not send partial shipments unless approved by Buyers Products Co.   4. Bills of lading accompany all invoices showing routing of all goods.   5. Seller shall indemify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilites, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.

FORM: bpcpurfrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00038



**PRODUCTS COMPANY**

9049 TYLER BLVD.● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

*Quality since 1946*

**PURCHASE ORDER**

P.O. Number:
**31211**
Page Number:
**1**

Phone: 011862164908190
Fax: 011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I. Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | | F.O.B. | |
|---|---|---|---|---|---|
| 35000 | GBUSH | Due on receipt | | CIF CLEVELAND, OHIO | |
| CONTACT | | SHIPPING METHOD | | ORDER DATE | SHIP DATE |
| Mr. NICK NI | | PHOENIX INTERNATIONAL | | 6/29/2005 | 9/1/2005 |
| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 1,500 | 0091058 | 0091058 | (EA) | COUPLER,2in BALL,2in CHANNEL 3500 LB<br>CLASS II<br>**Ship on:** 9/1/2005 | *$3.980* | $5,970.00 |

*PO Specifications:* PLEASE CONFIRM

NEED ASAP

**FREIGHT:** $0.00

**ORDER TOTAL:** $5,970.00

*[D011862167649552*[SBUYERS PRODUCTS*]

Authorized Signature_____

**CONDITIONS**

1. All packing slips and packages must show our purchase order number. 2. Acknowledge price & delivery immediately - any change could result in order cancellation. 3. Do not send partial shipments unless approved by Buyers Products Co. 4. Bills of lading accompany all invoices showing routing of all goods.
5. Seller shall indemnify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilities, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.

FORM: tpcpurtm.qrp

ATTORNEY'S EYES ONLY
BUYERS00039



**Buyers** PRODUCTS COMPANY

*Quality since 1946*

9049 TYLER BLVD. ● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

**PURCHASE ORDER**

P.O. Number:
**31573**
Page Number:
**1**

Phone: 011862164908190
Fax: 011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I. Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | F.O.B. |
|---|---|---|---|
| 35000 | GBUSH | Due on receipt | CIF CLEVELAND, OHIO |
| **CONTACT** | **SHIPPING METHOD** | | **ORDER DATE** / **SHIP DATE** |
| Mr. NICK NI | PHOENIX INTERNATIONAL | | 7/14/2005 / 8/26/2005 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 5,712 | 0091091 | 0091091 | (EA) | COUPLER, 2in A-FRAME | *$6.450* | $36,842.40 |
| | | | | Ship on: 8/26/2005 | | |

| | | |
|---|---|---|
| | FREIGHT: | $0.00 |
| | ORDER TOTAL: | $36,842.40 |

^[D011862167649552^[SBUYERS PRODUCTS^]

Authorized Signature_____

**CONDITIONS**

1. All packing slips and packages must show our purchase order number. 2. Acknowledge price & delivery immediately - any change could result in order cancellation. 3. Do not send partial shipments unless approved by Buyers Products Co. 4. Bills of lading accompany all invoices showing routing of all goods. 5. Seller shall indemnify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilities, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.

FORM: bpcpurfrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00040



**PRODUCTS COMPANY**

*Quality since 1946*

9049 TYLER BLVD. ● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

### PURCHASE ORDER

P.O. Number:
**31574**
Page Number:
**1**

Phone: 011862164908190
Fax: 011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I.  Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | F.O.B. | |
|---|---|---|---|---|
| 35000 | GBUSH | Due on receipt | CIF CLEVELAND, OHIO | |
| **CONTACT** | **SHIPPING METHOD** | | **ORDER DATE** | **SHIP DATE** |
| Mr. NICK NI | PHOENIX INTERNATIONAL | | 7/14/2005 | 10/10/2005 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 5,712 | 0091091 | 0091091 | (EA) | COUPLER, 2in A-FRAME | *$6.450* | $36,842.40 |

Ship on: 10/10/2005

| | |
|---|---|
| FREIGHT: | $0.00 |
| ORDER TOTAL: | $36,842.40 |

*^[D011862167649552^[SBUYERS PRODUCTS^]

Authorized Signature_____

**CONDITIONS**
1. All packing slips and packages must show our purchase order number.  2. Acknowledge price & delivery immediately - any change could result in order cancellation.  3. Do not send partial shipments unless approved by Buyers Products Co.  4. Bills of lading accompany all invoices showing routing of all goods.
5. Seller shall indemnify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilities, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided by seller.

FORM: bpcpurfrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00041



**Quality since 1946**

9049 TYLER BLVD. ● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

**PURCHASE ORDER**

P.O. Number:
**31686**
Page Number:
**1**

Phone: 011862164908190
Fax: 011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I. Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | F.O.B. | |
|---|---|---|---|---|
| 35000 | GBUSH | Due on receipt | CIF CLEVELAND, OHIO | |
| CONTACT | SHIPPING METHOD | | ORDER DATE | SHIP DATE |
| Mr. NICK NI | PHOENIX INTERNATIONAL | | 7/20/2005 | 10/14/2005 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 1,100 | 0091340 | 0091340 | | (EA) JACK,SQ 2-1/2in TUBE,SIDE WIND,26in TR<br>DR LG,NO MT,7,000#<br>Ship on: 10/14/2005 | *$18.500* | $20,350.00 |

|  | FREIGHT: | $0.00 |
|---|---|---|
|  | ORDER TOTAL: | $20,350.00 |

^[DO11862167649552*[SBUYERS PRODUCTS^]

Authorized Signature_____

**CONDITIONS**
1. All packing slips and packages must show our purchase order number. 2. Acknowledge price & delivery Immediately - any change could result in order cancellation. 3. Do not send partial shipments unless approved by Buyers Products Co. 4. Bills of lading accompany all invoices showing routing of all goods. 5. Seller shall indemnify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilities, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.

FORM: bpcpurfm.qrp

ATTORNEY'S EYES ONLY
BUYERS00042



**PRODUCTS COMPANY**

*Quality since 1946*

9049 TYLER BLVD. ● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

## PURCHASE ORDER

P.O. Number:
**31687**
Page Number:
**1**

Phone: 011862164908190
Fax: 011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I. Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | | F.O.B. | |
|---|---|---|---|---|---|
| 35000 | GBUSH | Due on receipt | | CIF CLEVELAND, OHIO | |
| **CONTACT** | **SHIPPING METHOD** | | | **ORDER DATE** | **SHIP DATE** |
| Mr. NICK NI | PHOENIX INTERNATIONAL | | | 7/20/2005 | 10/1/2005 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 1,100 | 0091340 | 0091340 | (EA) | JACK,SQ 2-1/2in TUBE,SIDE WIND,26in TR DR LG,NO MT,7,000#<br>Ship on: 10/1/2005 | *$18.500* | $20,350.00 |

| | | |
|---|---|---|
| | FREIGHT: | $0.00 |
| | ORDER TOTAL: | $20,350.00 |

^[D011862167649552]^[SBUYERS PRODUCTS^]

Authorized Signature_____

### CONDITIONS
1. All packing slips and packages must show our purchase order number. 2. Acknowledge price & delivery immediately - any change could result in order cancellation. 3. Do not send partial shipments unless approved by Buyers Products Co. 4. Bills of lading accompany all invoices showing routing of all goods. 5. Seller shall indemnify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilities, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided by seller.

FORM: bpcpurfrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00043



**PRODUCTS COMPANY**

*Quality since 1946*

9049 TYLER BLVD. ● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

## PURCHASE ORDER

P.O. Number:
**31818**
Page Number:
**1**

Phone: 011862164908190
Fax: 011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I. Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | F.O.B. |
|---|---|---|---|
| 35000 | GBUSH | Due on receipt | CIF CLEVELAND, OHIO |

| CONTACT | SHIPPING METHOD | ORDER DATE | SHIP DATE |
|---|---|---|---|
| Mr. NICK NI | PHOENIX INTERNATIONAL | 7/22/2005 | 8/22/2005 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 1,500 | 0091610 | 701002 | (EA) | JACK,TRAILER,SWING-AWAY MARINE,TR LIFT CAP 1,000 LBS<br>Ship on: 8/22/2005 | *$11.780* | $17,670.00 |

PO Specifications: *PLEASE CONFIRM*

*MUST BE PACKAGED IN BOX WITH COLORED LABEL DESIGN PROVIDED BY BPC.*

*SAMPLE BOX AND JACK MUST BE APPROVED PRIOR TO PRODUCTION AND SHIPPING.*
*ADVISE EARLIEST SHIP DATE*

FREIGHT: $0.00

*[D011862167649552*[SBUYERS PRODUCTS*]

ORDER TOTAL: $17,670.00

Authorized Signature_____

## CONDITIONS
1. All packing slips and packages must show our purchase order number. 2. Acknowledge price & delivery immediately - any change could result in order cancellation. 3. Do not send partial shipments unless approved by Buyers Products Co. 4. Bills of lading accompany all invoices showing routing of all goods. 5. Seller shall indemnify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilities, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.

FORM: bpcpurfrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00044



**PRODUCTS COMPANY**

*Quality since 1946*

9049 TYLER BLVD. ● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

## PURCHASE ORDER

P.O. Number:
**31842**
Page Number:
**1**

Phone: 011862164908190
Fax: 011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I. Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | F.O.B. |
|---|---|---|---|
| 35000 | GBUSH | Due on receipt | CIF CLEVELAND, OHIO |

| CONTACT | SHIPPING METHOD | ORDER DATE | SHIP DATE |
|---|---|---|---|
| Mr. NICK NI | PHOENIX INTERNATIONAL | 7/25/2005 | 8/15/2005 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 500 | 3006073A | 3006073A | (EA) | DROP FOOT,ONLY,7K JACKS | *$4.190* | $2,095.00 |
| | | | | **Ship on: 8/15/2005** | | |

PO Specifications: *PLEASE SHIP WITH OTHER BPC LOAD*

*PLEASE CONFIRM.*

*ADVISE EARLIEST SHIP DATE*

| | |
|---|---|
| **FREIGHT:** | **$0.00** |
| **ORDER TOTAL:** | **$2,095.00** |

^{D011862167649552*[SBUYERS PRODUCTS*]

Authorized Signature_____

**CONDITIONS**
1. All packing slips and packages must show our purchase order number. 2. Acknowledge price & delivery immediately - any change could result in order cancellation. 3. Do not send partial shipments unless approved by Buyers Products Co. 4. Bills of lading accompany all invoices showing routing of all goods. 5. Seller shall indemnify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilities, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.

FORM: bpcpurfrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00045



**PRODUCTS COMPANY**

*Quality since 1946*

9049 TYLER BLVD. ● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

### PURCHASE ORDER

P.O. Number:
**31876**
Page Number:
**1**

Phone: 011862164908190
Fax: 011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I.  Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | F.O.B. |
|---|---|---|---|
| 35000 | GBUSH | Due on receipt | CIF CLEVELAND, OHIO |

| CONTACT | SHIPPING METHOD | ORDER DATE | SHIP DATE |
|---|---|---|---|
| Mr. NICK NI | PHOENIX INTERNATIONAL | 7/26/2005 | 11/1/2005 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 1,000 | 0091310 | 0091310 | (EA) | JACK,SQ 2-1/2in TUBE,TOP WIND,26in TR DR LG,NO MT,7,000#<br>**Ship on:** 11/1/2005 | *$16.950* | $16,950.00 |
| 300 | 009131CS | 009131CS | (EA) | JACK,SQ 2-1/2in TUBE,TOP WIND,26in TR DROP LEG,W/ MNT PLATE,7,000 LB.<br>**Ship on:** 1/1/2006 | *$18.570* | $5,571.00 |

*PO Specifications: PLEASE CONFIRM*

FREIGHT: $0.00

ORDER TOTAL: $22,521.00

^[D011862167649552^[SBUYERS PRODUCTS^]

Authorized Signature_____

### CONDITIONS
1. All packing slips and packages must show our purchase order number.  2. Acknowledge price & delivery immediately - any change could result in order cancellation.  3. Do not send partial shipments unless approved by Buyers Products Co.  4. Bills of lading accompany all invoices showing routing of all goods. 5. Seller shall indemify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilities, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.

FORM: bpcpurfrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00046



9049 TYLER BLVD. ● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

**Quality since 1946**

**PURCHASE ORDER**

P.O. Number:
**31880**
Page Number:
**1**

| | |
|---|---|
| Phone: | 011862164908190 |
| Fax: | 011862167649552 |

| Vendor Address | Ship To Address |
|---|---|
| I.T.I.  Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | F.O.B. | |
|---|---|---|---|---|
| **35000** | **GBUSH** | **Due on receipt** | **CIF CLEVELAND, OHIO** | |
| CONTACT | SHIPPING METHOD | | ORDER DATE | SHIP DATE |
| **Mr. NICK NI** | **PHOENIX INTERNATIONAL** | | **7/26/2005** | **10/14/2005** |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 3,000 | 0091097 | 0091097 | (EA) | COUPLER,A-FRAME,2-5/16in,10,000 LB MG<br>CLASS IV<br>Ship on: 10/14/2005 | *$8.150* | $24,450.00 |

PO Specifications: *PLEASE CONFIRM*

| | |
|---|---|
| FREIGHT: | $0.00 |

^[DO11862167649552^][SBUYERS PRODUCTS^]

| | |
|---|---|
| ORDER TOTAL: | $24,450.00 |

Authorized Signature_____

**CONDITIONS**
1. All packing slips and packages must show our purchase order number.  2. Acknowledge price & delivery immediately - any change could result in order cancellation.  3. Do not send partial shipments unless approved by Buyers Products Co.  4. Bills of lading accompany all invoices showing routing of all goods.
5. Seller shall indemnify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilities, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.

FORM: bpcpurfrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00047



Quality since 1946

9049 TYLER BLVD. • MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

**PURCHASE ORDER**

P.O. Number:
**31881**
Page Number:
**1**

Phone: 011862164908190
Fax: 011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I. Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | F.O.B. |
|---|---|---|---|
| 35000 | GBUSH | Due on receipt | CIF CLEVELAND, OHIO |
| **CONTACT** | **SHIPPING METHOD** | | **ORDER DATE** / **SHIP DATE** |
| Mr. NICK NI | PHOENIX INTERNATIONAL | | 7/26/2005 · 10/14/2005 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 3,000 | 0091097 | 0091097 | (EA) | COUPLER,A-FRAME,2-5/16in,10,000 LB MG<br>CLASS IV<br>Ship on: 10/14/2005 | *$8.150* | $24,450.00 |

PO Specifications: *PLEASE CONFIRM*

FREIGHT: $0.00

^[D011862167649552^[SBUYERS PRODUCTS^]

ORDER TOTAL: $24,450.00

Authorized Signature_____

**CONDITIONS**
1. All packing slips and packages must show our purchase order number.  2. Acknowledge price & delivery immediately - any change could result in order cancellation.  3. Do not send partial shipments unless approved by Buyers Products Co.  4. Bills of lading accompany all invoices showing routing of all goods.
5. Seller shall indemnify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilities, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.
FORM: bpcpurfrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00048



**Quality since 1946**

9049 TYLER BLVD. ● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

**PURCHASE ORDER**

P.O. Number:
**31882**
Page Number:
**1**

Phone: 011862164908190
Fax: 011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I. Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | | F.O.B. | |
|---|---|---|---|---|---|
| 35000 | GBUSH | Due on receipt | | CIF CLEVELAND, OHIO | |
| CONTACT | | SHIPPING METHOD | | ORDER DATE | SHIP DATE |
| Mr. NICK NI | | PHOENIX INTERNATIONAL | | 7/26/2005 | 12/1/2005 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 3,000 | 0091097 | 0091097 | (EA) | COUPLER,A-FRAME,2-5/16in,10,000 LB MG<br>CLASS IV<br>Ship on: 12/1/2005 | *$8.150* | $24,450.00 |

PO Specifications: *PLEASE CONFIRM*

FREIGHT: $0.00

^[D011862167649552*[SBUYERS PRODUCTS^]

ORDER TOTAL: $24,450.00

Authorized Signature_____

**CONDITIONS**
1. All packing slips and packages must show our purchase order number.  2. Acknowledge price & delivery immediately - any change could result in order cancellation.  3. Do not send partial shipments unless approved by Buyers Products Co.  4. Bills of lading accompany all invoices showing routing of all goods.
5. Seller shall indemnify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilities, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.

FORM: bpcpurfrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00049



**Quality since 1946**

9049 TYLER BLVD.● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

**PURCHASE ORDER**

P.O. Number:
**31882**
Page Number:
**1**

Phone: 011862164908190
Fax: 011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I.  Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | F.O.B. | |
|---|---|---|---|---|
| **35000** | **GBUSH** | **Due on receipt** | **CIF CLEVELAND, OHIO** | |
| CONTACT | | SHIPPING METHOD | ORDER DATE | SHIP DATE |
| Mr. NICK NI | | PHOENIX INTERNATIONAL | 7/26/2005 | 12/1/2005 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 3,000 | 0091097 | 0091097 | (EA) | COUPLER,A-FRAME,2-5/16in,10,000 LB MG<br>CLASS IV<br>Ship on: 12/1/2005 | *$8.150* | $24,450.00 |

PO Specifications:  *PLEASE CONFIRM*

FREIGHT: $0.00

^[D011862167649552^[SBUYERS PRODUCTS^]

ORDER TOTAL: $24,450.00

Authorized Signature_____

**CONDITIONS**
1. All packing slips and packages must show our purchase order number.  2. Acknowledge price & delivery immediately - any change could result in order cancellation.  3. Do not send partial shipments unless approved by Buyers Products Co.  4. Bills of lading accompany all invoices showing routing of all goods.
5. Seller shall indemnify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilities, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.
FORM: bpcpurfrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00050



**PRODUCTS COMPANY**

*Quality since 1946*

9049 TYLER BLVD.● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

**PURCHASE ORDER**

P.O. Number:
**32647**
Page Number:
**1**

| | |
|---|---|
| Phone: | 011862164908190 |
| Fax: | 011862167649552 |

| Vendor Address | Ship To Address |
|---|---|
| I.T.I.  Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | F.O.B. | |
|---|---|---|---|---|
| 35000 | GBUSH | Due on receipt | CIF CLEVELAND, OHIO | |
| CONTACT | SHIPPING METHOD | | ORDER DATE | SHIP DATE |
| Mr. NICK NI | PHOENIX INTERNATIONAL | | 8/16/2005 | 12/1/2005 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 1,200 | 0091310 | 0091310 | | (EA) JACK,SQ 2-1/2in TUBE,TOP WIND,26in TR DR LG,NO MT,7,000#<br>**Ship on:** 1/1/2006 | *$16.950* | $20,340.00 |
| 1,000 | 0091340 | 0091340 | | (EA) JACK,SQ 2-1/2in TUBE,SIDE WIND,26in TR DR LG,NO MT,7,000#<br>**Ship on:** 12/1/2005 | *$18.500* | $18,500.00 |
| 1,200 | 0091058 | 703004 | | (EA) COUPLER,2in BALL,2in CHANNEL 3500 LB CLASS II<br>**Ship on:** 12/1/2005 | *$3.980* | $4,776.00 |
| 1,200 | 0091060 | 703005 | | (EA) COUPLER,2in,2-1/2inCHANNEL,300LB TON 3,500 LB. MGVW,CLASS II<br>**Ship on:** 12/1/2005 | *$3.990* | $4,788.00 |
| 1,000 | 0091065 | 703006 | | (EA) COUPLER,2in,3in CHANNEL,300 LB TONG 3,500 LB MGVW,CLASS II<br>**Ship on:** 12/1/2005 | *$4.100* | $4,100.00 |
| Drawing | 0091065 | | | Drawing Rev:            B | | |

Authorized Signature_____

**CONDITIONS**
1. All packing slips and packages must show our purchase order number.   2. Acknowledge price & delivery immediately - any change could result in order cancellation.   3. Do not send partial shipments unless approved by Buyers Products Co.   4. Bills of lading accompany all invoices showing routing of all goods.
5. Seller shall indemify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilities, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.

FORM: bpcpurfrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00051



**Buyers**
PRODUCTS COMPANY

*Quality since 1946*

9049 TYLER BLVD. ● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

**PURCHASE ORDER**

P.O. Number:
**32647**
Page Number:
**2**

Phone:   011862164908190
Fax:       011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I.  Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | F.O.B. |
|---|---|---|---|
| 35000 | GBUSH | Due on receipt | CIF CLEVELAND, OHIO |

| CONTACT | SHIPPING METHOD | ORDER DATE | SHIP DATE |
|---|---|---|---|
| Mr. NICK NI | PHOENIX INTERNATIONAL | 8/16/2005 | 12/1/2005 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 3,000 | 0091091 | 0091091 | (EA) | COUPLER, 2in A-FRAME | $6.450 | $19,350.00 |

Ship on: 2/1/2006

PO Specifications:   *PLEASE CONFIRM*

*SEND SAMPLES OF 0091058, 0091060, AND 0091065 FOR APPROVALS PRIOR TO FULL PRODUCTION*

FREIGHT:         $0.00

ORDER TOTAL:     $71,854.00

^[D011862167649552^[SBUYERS PRODUCTS^]

Authorized Signature_____

**CONDITIONS**
1. All packing slips and packages must show our purchase order number.   2. Acknowledge price & delivery immediately - any change could result in order cancellation.   3. Do not send partial shipments unless approved by Buyers Products Co.   4. Bills of lading accompany all invoices showing routing of all goods.
5. Seller shall indemnify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilities, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.

FORM: bpcpurfrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00052



**PRODUCTS COMPANY**

*Quality since 1946*

9049 TYLER BLVD. • MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

**PURCHASE ORDER**

P.O. Number:
**33589**
Page Number:
**1**

Phone: 011862164908190
Fax: 011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I.  Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | F.O.B. |
|---|---|---|---|
| 35000 | GBUSH | Due on receipt | CIF CLEVELAND, OHIO |

| CONTACT | SHIPPING METHOD | ORDER DATE | SHIP DATE |
|---|---|---|---|
| Mr. NICK NI | PHOENIX INTERNATIONAL | 9/14/2005 | 11/1/2005 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 400 | 0091052 | 703002 | (EA) | COUPLER,1-7/8in,2-1/2inCHANNEL,200LB<br>TONGUE, 2,000 LB MGVW,CLASS I; ZINC PLATED<br>Ship on: 11/1/2005 | *$2.880* | $1,152.00 |

PO Specifications:  PLEASE CONFIRM

CONFIRM PRICE AND SHIPMENT BY NOVEMBER  1, 2005

NEW PRODUCT FOR BPC.  SUBMIT SAMPLE FOR APPROVAL

| | | |
|---|---|---|
| **FREIGHT:** | | $0.00 |
| **ORDER TOTAL:** | | $1,152.00 |

^[D011862167649552^[SBUYERS PRODUCTS^]

Authorized Signature_____

**CONDITIONS**

1. All packing slips and packages must show our purchase order number.  2. Acknowledge price & delivery immediately - any change could result in order cancellation.  3. Do not send partial shipments unless approved by Buyers Products Co.  4. Bills of lading accompany all invoices showing routing of all goods. 5. Seller shall indemnify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilities, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.

FORM: bpcpurfrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00053



**Quality since 1946**

9049 TYLER BLVD. ● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

### PURCHASE ORDER

P.O. Number:
**33590**
Page Number:
**1**

Phone: 011862164908190
Fax: 011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I.  Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | F.O.B. |
|---|---|---|---|
| 35000 | GBUSH | Due on receipt | CIF CLEVELAND, OHIO |

| CONTACT | SHIPPING METHOD | | ORDER DATE | SHIP DATE |
|---|---|---|---|---|
| Mr. NICK NI | PHOENIX INTERNATIONAL | | 9/14/2005 | 2/3/2006 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 400 | 0091052 | 703002 | (EA) | COUPLER,1-7/8in,2-1/2inCHANNEL,200LB<br>TONGUE, 2,000 LB MGVW,CLASS I; ZINC PLATED<br>Ship on: 2/3/2006 | *$2.880* | $1,152.00 |

PO Specifications:  PLEASE CONFIRM

NEW PRODUCT FOR BPC.  SUBMIT SAMPLE FOR APPROVAL

FREIGHT: $0.00

*[D011862167649552*[SBUYERS PRODUCTS*]

ORDER TOTAL: $1,152.00

Authorized Signature_____

### CONDITIONS
1. All packing slips and packages must show our purchase order number.  2. Acknowledge price & delivery immediately - any change could result in order cancellation.  3. Do not send partial shipments unless approved by Buyers Products Co.  4. Bills of lading accompany all invoices showing routing of all goods. 5. Seller shall indemnify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilities, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.

FORM: bpcpurfrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00054



**Buyers** PRODUCTS COMPANY

*Quality since 1946*

9049 TYLER BLVD.● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

**PURCHASE ORDER**

P.O. Number:
**34027**
Page Number:
**1**

Phone: 011862164908190
Fax: 011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I.  Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | | F.O.B. | |
|---|---|---|---|---|---|
| 35000 | GBUSH | Due on receipt | | CIF CLEVELAND, OHIO | |
| **CONTACT** | | **SHIPPING METHOD** | | **ORDER DATE** | **SHIP DATE** |
| Mr. NICK NI | | PHOENIX INTERNATIONAL | | 9/28/2005 | 1/2/2006 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 1,500 | 0091060 | | | (EA) COUPLER,2in,2-1/2inCHANNEL,300LB TON<br>3,500 LB. MGVW,CLASS II<br>**Ship on:** 1/2/2006 | *3.990* | $5,985.00 |
| 700 | 0091065 | | | (EA) COUPLER,2in,3in CHANNEL,300 LB TONG<br>3,500 LB MGVW,CLASS II<br>**Ship on:** 1/2/2006 | *4.100* | $2,870.00 |
| Drawing | 0091065 | | | Drawing Rev: B | | |
| 2,880 | 0091097 | 0091097 | | (EA) COUPLER,A-FRAME,2-5/16in,10,000 LB MG<br>CLASS IV<br>**Ship on:** 1/2/2006 | *8.150* | $23,472.00 |
| 880 | 0091610 | 701002 | | (EA) JACK,TRAILER,SWING-AWAY MARINE,TR<br>LIFT CAP 1,000 LBS<br>**Ship on:** 1/2/2006 | *11.780* | $10,366.40 |

*PO Specifications: PLEASE CONFIRM*

**FREIGHT:** $0.00

^[D011862167649552^[SBUYERS PRODUCTS^]

**ORDER TOTAL:** $42,693.40

Authorized Signature_____

**CONDITIONS**
1. All packing slips and packages must show our purchase order number.  2. Acknowledge price & delivery immediately - any change could result in order cancellation.  3. Do not send partial shipments unless approved by Buyers Products Co.  4. Bills of lading accompany all invoices showing routing of all goods.
5. Seller shall indemnify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilities, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.

FORM: bpcpurfrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00055



**PRODUCTS COMPANY**

*Quality since 1946*

9049 TYLER BLVD.● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

**PURCHASE ORDER**

P.O. Number:
**34028**
Page Number:
**1**

Phone: 011862164908190
Fax: 011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I. Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | F.O.B. |
|---|---|---|---|
| 35000 | GBUSH | Due on receipt | CIF CLEVELAND, OHIO |

| CONTACT | SHIPPING METHOD | ORDER DATE | SHIP DATE |
|---|---|---|---|
| Mr. NICK NI | PHOENIX INTERNATIONAL | 9/28/2005 | 2/1/2006 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 630 | 0091060 | | | (EA) COUPLER,2in,2-1/2inCHANNEL,300LB TON<br>3,500 LB. MGVW,CLASS II<br>Ship on: 2/1/2006 | *$3.990* | $2,513.70 |
| 800 | 0091065 | | | (EA) COUPLER,2in,3in CHANNEL,300 LB TONG<br>3,500 LB MGVW,CLASS II<br>Ship on: 6/1/2006 | *$3.900* | $3,120.00 |
| Drawing | 0091065 | | | Drawing Rev: B | | |
| 370 | 0091060 | | | (EA) COUPLER,2in,2-1/2inCHANNEL,300LB TON<br>3,500 LB. MGVW,CLASS II<br>Ship on: 2/1/2006 | *$3.990* | $1,476.30 |

*PO Specifications:* *PLEASE CONFIRM*

| | |
|---|---|
| **FREIGHT:** | $0.00 |
| **ORDER TOTAL:** | **$7,110.00** |

^[D011862167649552*[SBUYERS PRODUCTS*]

Authorized Signature_____

**CONDITIONS**
1. All packing slips and packages must show our purchase order number. 2. Acknowledge price & delivery immediately - any change could result in order cancellation. 3. Do not send partial shipments unless approved by Buyers Products Co. 4. Bills of lading accompany all invoices showing routing of all goods. 5. Seller shall indemnify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilities, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.
FORM: bpcpurtm.qrp

ATTORNEY'S EYES ONLY
BUYERS00056



**PRODUCTS COMPANY**

*Quality since 1946*

9049 TYLER BLVD. ● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

### PURCHASE ORDER

P.O. Number:
**34031**
Page Number:
**1**

Phone: 011862164908190
Fax: 011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I. Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | F.O.B. | |
|---|---|---|---|---|
| 35000 | GBUSH | Due on receipt | CIF CLEVELAND, OHIO | |
| CONTACT | | SHIPPING METHOD | ORDER DATE | SHIP DATE |
| Mr. NICK NI | | PHOENIX INTERNATIONAL | 9/29/2005 | 2/1/2006 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 888 | 0091310 | 0091310 | (EA) | JACK,SQ 2-1/2in TUBE,TOP WIND,26in TR DR LG,NO MT,7,000#<br>**Ship on: 2/1/2006** | *$16.950* | $15,051.60 |
| 1,200 | 0091340 | 0091340 | (EA) | JACK,SQ 2-1/2in TUBE,SIDE WIND,26in TR DR LG,NO MT,7,000#<br>**Ship on: 2/1/2006** | *$18.500* | $22,200.00 |

| | |
|---|---|
| **FREIGHT:** | $0.00 |
| **ORDER TOTAL:** | $37,251.60 |

^[D011862167649552^[SBUYERS PRODUCTS^]

Authorized Signature_____

### CONDITIONS

1. All packing slips and packages must show our purchase order number. 2. Acknowledge price & delivery immediately - any change could result in order cancellation. 3. Do not send partial shipments unless approved by Buyers Products Co. 4. Bills of lading accompany all invoices showing routing of all goods. 5. Seller shall indemify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilites, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.

FORM: bpcpurfrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00057



**PRODUCTS** B C **COMPANY**

*Quality since 1946*

9049 TYLER BLVD. ● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

**PURCHASE ORDER**

P.O. Number:
**34841**
Page Number:
**1**

Phone: 011862164908190
Fax: 011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I.  Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | F.O.B. | |
|---|---|---|---|---|
| 35000 | GBUSH | Due on receipt | CIF CLEVELAND, OHIO | |
| CONTACT | SHIPPING METHOD | | ORDER DATE | SHIP DATE |
| Mr. NICK NI | PHOENIX INTERNATIONAL | | 10/21/2005 | 11/25/2005 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 750 | 0091058Z | 0091058Z | (EA) | COUPLER,2inBALL,2in CHANNEL 3500CAP CLASS II<br>Ship on: 11/25/2005 | *$3.980* | $2,985.00 |

|  | FREIGHT: | $0.00 |
|---|---|---|
|  | ORDER TOTAL: | $2,985.00 |

^{D011862167649552^{SBUYERS PRODUCTS^}

Authorized Signature_____

**CONDITIONS**
1. All packing slips and packages must show our purchase order number.  2. Acknowledge price & delivery immediately - any change could result in order cancellation.  3. Do not send partial shipments unless approved by Buyers Products Co.  4. Bills of lading accompany all invoices showing routing of all goods. 5. Seller shall indemify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilities, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.
FORM: bpcpurfrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00058



**PRODUCTS COMPANY**

*Quality since 1946*

9049 TYLER BLVD. ● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

## PURCHASE ORDER

P.O. Number:
**34842**
Page Number:
**1**

Phone: 011862164908190
Fax: 011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I. Intradin Machinery Co., Ltd.<br>118 Duhul Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | F.O.B. |
|---|---|---|---|
| 35000 | GBUSH | Due on receipt | CIF CLEVELAND, OHIO |

| CONTACT | SHIPPING METHOD | ORDER DATE | SHIP DATE |
|---|---|---|---|
| Mr. NICK NI | PHOENIX INTERNATIONAL | 10/21/2005 | 1/2/2006 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 750 | 0091058Z | 0091058Z | (EA) | COUPLER,2inBALL,2in CHANNEL 3500CAP<br>CLASS II<br>**Ship on: 1/2/2006** | *3.980* | $2,985.00 |

FREIGHT: $0.00

ORDER TOTAL: $2,985.00

*[D011862167649552*[SBUYERS PRODUCTS*]

Authorized Signature_____

### CONDITIONS

1. All packing slips and packages must show our purchase order number. 2. Acknowledge price & delivery immediately - any change could result in order cancellation. 3. Do not send partial shipments unless approved by Buyers Products Co. 4. Bills of lading accompany all invoices showing routing of all goods. 5. Seller shall indemify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilities, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.

FORM: bpcpurfrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00059



**Quality since 1946**

9049 TYLER BLVD. ● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

**PURCHASE ORDER**

P.O. Number:
**34844**
Page Number:
**1**

| Phone: | 011862164908190 |
|--------|------------------|
| Fax:   | 011862167649552  |

| Vendor Address | Ship To Address |
|---|---|
| I.T.I. Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | F.O.B. | |
|---|---|---|---|---|
| 35000 | GBUSH | Due on receipt | CIF CLEVELAND, OHIO | |
| CONTACT | | SHIPPING METHOD | ORDER DATE | SHIP DATE |
| Mr. NICK NI | | PHOENIX INTERNATIONAL | 10/21/2005 | 4/14/2006 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 1,125 | 0091058Z | 0091058Z | (EA) | COUPLER,2inBALL,2in CHANNEL 3500CAP<br>CLASS II<br>Ship on: 4/14/2006 | *$3.980* | $4,477.50 |

|  | FREIGHT: | $0.00 |
|---|---|---|
|  | ORDER TOTAL: | $4,477.50 |

^[D011862167649552*[SBUYERS PRODUCTS^]

Authorized Signature_____

**CONDITIONS**
1. All packing slips and packages must show our purchase order number.  2. Acknowledge price & delivery immediately - any change could result in order cancellation.  3. Do not send partial shipments unless approved by Buyers Products Co.  4. Bills of lading accompany all invoices showing routing of all goods.
5. Seller shall indemnify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilities, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.
FORM: bpcpurlrm.q/p

ATTORNEY'S EYES ONLY
BUYERS00060



**Quality since 1946**

9049 TYLER BLVD. ● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

**PURCHASE ORDER**

P.O. Number:
**37042**
Page Number:
**1**

Phone:   011862164908190
Fax:      011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I.  Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | | F.O.B. | |
|---|---|---|---|---|---|
| 35000 | GBUSH | Due on receipt | | CIF CLEVELAND, OHIO | |
| **CONTACT** | | **SHIPPING METHOD** | | **ORDER DATE** | **SHIP DATE** |
| Mr. NICK NI | | PHOENIX INTERNATIONAL | | 12/26/2005 | 4/1/2006 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 1,008 | 0091310 | 0091310 | (EA) | JACK,SQ 2-1/2in TUBE,TOP WIND,26in TR DR LG,NO MT,7,000#<br>**Ship on: 4/1/2006** | *$16.950* | $17,085.60 |
| 1,000 | 0091340 | 0091340 | (EA) | JACK,SQ 2-1/2in TUBE,SIDE WIND,26in TR DR LG,NO MT,7,000#<br>**Ship on: 4/1/2006** | *$18.500* | $18,500.00 |

*PO Specifications:*  *PLEASE CONFIRM*

*DO NOT DUPLICATE*

*REVISED ORDER WITH SHIP DATES*

FREIGHT:         $0.00

ORDER TOTAL:         $35,585.60

^[D011862167649552^[SBUYERS PRODUCTS^]

Authorized Signature_____

**CONDITIONS**
1. All packing slips and packages must show our purchase order number.  2. Acknowledge price & delivery immediately - any change could result in order cancellation.  3. Do not send partial shipments unless approved by Buyers Products Co.  4. Bills of lading accompany all invoices showing routing of all goods.
5. Seller shall indemnify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilites, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.

FORM: bpcpurfrm.q/rp

ATTORNEY'S EYES ONLY
BUYERS00061



**Buyers**
PRODUCTS COMPANY

*Quality since 1946*

9049 TYLER BLVD.● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

**PURCHASE ORDER**

P.O. Number:
**37247**
Page Number:
**1**

| | |
|---|---|
| Phone: | 011862164908190 |
| Fax: | 011862167649552 |

| Vendor Address | Ship To Address |
|---|---|
| I.T.I.   Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | F.O.B. |
|---|---|---|---|
| 35000 | GBUSH | Due on receipt | CIF CLEVELAND, OHIO |

| CONTACT | SHIPPING METHOD | ORDER DATE | SHIP DATE |
|---|---|---|---|
| Mr. NICK NI | PHOENIX INTERNATIONAL | 1/4/2006 | 6/1/2006 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 400 | 0091052 | 703002 | (EA) | COUPLER,1-7/8in,2-1/2inCHANNEL,200LB<br>TONGUE, 2,000 LB MGVW,CLASS I; ZINC PLATED<br>Ship on: 6/1/2006 | *$2.880* | $1,152.00 |

*PO Specifications:*  PLEASE CONFIRM

*NOTE:*  COUPLERS TO BE ZINC PLATED

| | |
|---|---|
| FREIGHT: | $0.00 |
| ORDER TOTAL: | $1,152.00 |

^[D011862167649552^[SBUYERS PRODUCTS^]

Authorized Signature_____

**CONDITIONS**
1. All packing slips and packages must show our purchase order number.   2. Acknowledge price & delivery immediately - any change could result in order cancellation.   3. Do not send partial shipments unless approved by Buyers Products Co.   4. Bills of lading accompany all invoices showing routing of all goods.
5. Seller shall indemnify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilites, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.

FORM: bpcpurfrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00062



**PRODUCTS COMPANY**

*Quality since 1946*

9049 TYLER BLVD. ● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

### PURCHASE ORDER

P.O. Number:
**37750**
Page Number:
**1**

| | |
|---|---|
| Phone: | 011862164908190 |
| Fax: | 011862167649552 |

| Vendor Address | Ship To Address |
|---|---|
| I.T.I.  Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | F.O.B. |
|---|---|---|---|
| 35000 | GBUSH | Due on receipt | CIF CLEVELAND, OHIO |

| CONTACT | SHIPPING METHOD | | ORDER DATE | SHIP DATE |
|---|---|---|---|---|
| Mr. NICK NI | PHOENIX INTERNATIONAL | | 1/16/2006 | 3/13/2006 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 1,602 | 0091610 | 701002 | (EA) | JACK,TRAILER,SWING-AWAY MARINE,TR LIFT CAP 1,000 LBS<br>Ship on: 3/13/2006 | *$11.780* | $18,871.56 |

*PO Specifications:*  PLEASE CONFIRM.

*SHIP WITH OTHER ORDERS TO MAXIMIZE CONTAINER*

| | |
|---|---|
| FREIGHT: | $0.00 |
| ORDER TOTAL: | $18,871.56 |

^[DO11862167649552^[SBUYERS PRODUCTS^]

Authorized Signature_____

### CONDITIONS

1. All packing slips and packages must show our purchase order number.  2. Acknowledge price & delivery immediately - any change could result in order cancellation.  3. Do not send partial shipments unless approved by Buyers Products Co.  4. Bills of lading accompany all invoices showing routing of all goods.  5. Seller shall indemify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilites, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.

FORM: bpcpurfrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00063



**PRODUCTS COMPANY**

*Quality since 1946*

9049 TYLER BLVD. ● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

## PURCHASE ORDER

P.O. Number:
**19302**
Page Number:
**1**

Phone: 011-862164540606-833
Fax: 011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I. Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | F.O.B. | |
|---|---|---|---|---|
| 35000 | GBUSH | Due on receipt | CIF CLEVELAND, OHIO | |
| CONTACT | SHIPPING METHOD | | ORDER DATE | SHIP DATE |
| Mr. NICK NI | PHOENIX INTERNATIONAL | | 5/28/2004 | 8/6/2004 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 1,500 | 0091340 | 0091340 | (EA) | JACK,SQ 2-1/2in TUBE,SIDE WIND,26in TR DR LG,NO MT,7,000#<br>Ship on: 8/6/2004 | *$17.500* | $26,250.00 |
| 1,680 | 0091310 | 0091310 | (EA) | JACK,SQ 2-1/2in TUBE,TOP WIND,26in TR DR LG,NO MT,7,000#<br>Ship on: 8/6/2004 | *$16.250* | $27,300.00 |

*PO Specifications: PLEASE CONFIRM*

| | |
|---|---|
| **FREIGHT:** | $0.00 |
| **ORDER TOTAL:** | $53,550.00 |

^[D011862167649552^[SBUYERS PRODUCTS^]

Authorized Signature_____

**CONDITIONS**
1. All packing slips and packages must show our purchase order number.  2. Acknowledge price & delivery immediately - any change could result in order cancellation.  3. Do not send partial shipments unless approved by Buyers Products Co.  4. Bills of lading accompany all invoices showing routing of all goods.
5. Seller shall indemnify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilities, damages, cost and expenses (including attorney fees) arising out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.

FORM: bpcpurfrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00064



**PRODUCTS COMPANY**

*Quality since 1946*

9049 TYLER BLVD.● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

**PURCHASE ORDER**

P.O. Number:
**19994**
Page Number:
**1**

Phone: 011-862164540606-833
Fax: 011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I. Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | F.O.B. | |
|---|---|---|---|---|
| 35000 | GBUSH | Due on receipt | | |
| CONTACT | SHIPPING METHOD | | ORDER DATE | SHIP DATE |
| Mr. NICK NI | | | 6/21/2004 | 9/3/2004 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 1,152 | 0091096 | 0091096 | (EA) | *DISCONTINUED RPLCD BY 0091097*COU<br>A-FRAME 2-5/16in,10,000 LB MGVW CLASS IV<br>Ship on: 9/3/2004 | $7.650 | $8,812.80 |

*PO Specifications:* PLEASE CONFIRM

^[D011862167649552^][SBUYERS PRODUCTS^]

FREIGHT: $0.00

ORDER TOTAL: $8,812.80

Authorized Signature_____

**CONDITIONS**
1. All packing slips and packages must show our purchase order number. 2. Acknowledge price & delivery immediately - any change could result in order cancellation. 3. Do not send partial shipments unless approved by Buyers Products Co. 4. Bills of lading accompany all invoices showing routing of all goods. 5. Seller shall indemnify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilities, damages, cost and expenses (including attorney fees) arising out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.

FORM: bpcpurfrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00065



**PRODUCTS COMPANY**

*Quality since 1946*

9049 TYLER BLVD. ● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

## PURCHASE ORDER

P.O. Number:
**19994-1**
Page Number:
**1**

Phone: 011-862164540606-833
Fax: 011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I. Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | F.O.B. | |
|---|---|---|---|---|
| 35000 | GBUSH | Due on receipt | | |
| CONTACT | | SHIPPING METHOD | ORDER DATE | SHIP DATE |
| Mr. NICK NI | | | 6/21/2004 | 11/5/2004 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 1,152 | 0091096 | 0091096 | (EA) | *DISCONTINUED RPLCD BY 0091097*COU<br>A-FRAME 2-5/16in,10,000 LB MGVW CLASS IV<br>Ship on: 11/5/2004 | $7.650 | $8,812.80 |

PO Specifications: *PLEASE CONFIRM*

| | |
|---|---|
| FREIGHT: | $0.00 |
| ORDER TOTAL: | $8,812.80 |

*[DO11862167649552*[SBUYERS PRODUCTS*]

Authorized Signature_____

### CONDITIONS

1. All packing slips and packages must show our purchase order number. 2. Acknowledge price & delivery immediately - any change could result in order cancellation. 3. Do not send partial shipments unless approved by Buyers Products Co. 4. Bills of lading accompany all invoices showing routing of all goods. 5. Seller shall indemnify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilities, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.

FORM: hpcpurfrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00066



**PRODUCTS COMPANY**

*Quality since 1946*

9049 TYLER BLVD. • MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

**PURCHASE ORDER**

P.O. Number:
**19994-2**
Page Number:
**1**

Phone: 011-862164540606-833
Fax: 011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I. Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | F.O.B. | |
|---|---|---|---|---|
| 35000 | GBUSH | Due on receipt | | |

| CONTACT | SHIPPING METHOD | | ORDER DATE | SHIP DATE |
|---|---|---|---|---|
| Mr. NICK NI | | | 6/21/2004 | 1/7/2005 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 1,152 | 0091096 | 0091096 | (EA) | *DISCONTINUED RPLCD BY 0091097*COU<br>A-FRAME 2-5/16in,10,000 LB MGVW CLASS IV<br>Ship on: 1/7/2005 | $7.650 | $8,812.80 |

*PO Specifications: PLEASE CONFIRM*

| | |
|---|---|
| **FREIGHT:** | $0.00 |

*^[D011862167649552*[SBUYERS PRODUCTS^]

| | |
|---|---|
| **ORDER TOTAL:** | $8,812.80 |

Authorized Signature_____

**CONDITIONS**

1. All packing slips and packages must show our purchase order number. 2. Acknowledge price & delivery immediately - any change could result in order cancellation. 3. Do not send partial shipments unless approved by Buyers Products Co. 4. Bills of lading accompany all invoices showing routing of all goods. 5. Seller shall indemnify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilities, damages, cost and expenses (including attorney fees) arising out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.

FORM: bpcpurfrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00067



**PRODUCTS COMPANY**

*Quality since 1946*

9049 TYLER BLVD.● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

**PURCHASE ORDER**

P.O. Number:
**20696**
Page Number:
**1**

Phone:  011-862164540606-833
Fax:     011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I.  Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | F.O.B. |
|---|---|---|---|
| 35000 | GBUSH | Due on receipt | CIF CLEVELAND, OHIO |
| **CONTACT** | **SHIPPING METHOD** | | **ORDER DATE** / **SHIP DATE** |
| Mr. NICK NI | PHOENIX INTERNATIONAL | | 7/19/2004 / 10/1/2004 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 1,680 | 0091310 | 0091310 | (EA) | JACK,SQ 2-1/2in TUBE,TOP WIND,26in TR DR LG,NO MT,7,000#<br>Ship on: 10/1/2004 | *$16.250* | $27,300.00 |
| 1,500 | 0091340 | 0091340 | (EA) | JACK,SQ 2-1/2in TUBE,SIDE WIND,26in TR DR LG,NO MT,7,000#<br>Ship on: 10/1/2004 | *$17.500* | $26,250.00 |

*PO Specifications:  PLEASE CONFIRM*

|  |  |
|---|---|
| **FREIGHT:** | $0.00 |
| **ORDER TOTAL:** | $53,550.00 |

^[D011862167649552^[SBUYERS PRODUCTS^]

Authorized Signature_____

**CONDITIONS**
1. All packing slips and packages must show our purchase order number.  2. Acknowledge price & delivery immediately - any change could result in order cancellation.  3. Do not send partial shipments unless approved by Buyers Products Co.  4. Bills of lading accompany all invoices showing routing of all goods.
5. Seller shall indemnify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilities, damages, cost and expenses (including attorney fees) arising out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.

FORM: bpcpurfrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00068



**PRODUCTS COMPANY**

*Quality since 1946*

9049 TYLER BLVD. ● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

**PURCHASE ORDER**

P.O. Number:
**20696-1**
Page Number:
1

Phone:   011-862164540606-833
Fax:      011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I.  Intradin Machinery Co., Ltd.<br>118 Duhul Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | F.O.B. |
|---|---|---|---|
| 35000 | GBUSH | Due on receipt | CIF CLEVELAND, OHIO |

| CONTACT | SHIPPING METHOD | ORDER DATE | SHIP DATE |
|---|---|---|---|
| Mr. NICK NI | PHOENIX INTERNATIONAL | 7/19/2004 | 1/1/2005 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 1,680 | 0091310 | 0091310 | (EA) | JACK,SQ 2-1/2in TUBE,TOP WIND,26in TR DR LG,NO MT,7,000#<br>Ship on: 12/6/2004 | *$16.250* | $27,300.00 |
| 1,500 | 0091340 | 0091340 | (EA) | JACK,SQ 2-1/2in TUBE,SIDE WIND,26in TR DR LG,NO MT,7,000#<br>Ship on: 12/6/2004 | *$17.500* | $26,250.00 |

PO Specifications: *PLEASE CONFIRM*

| | |
|---|---|
| **FREIGHT:** | $0.00 |
| **ORDER TOTAL:** | $53,550.00 |

^[D011862167649552*][SBUYERS PRODUCTS^]

Authorized Signature_____

**CONDITIONS**

1. All packing slips and packages must show our purchase order number.  2. Acknowledge price & delivery immediately - any change could result in order cancellation.  3. Do not send partial shipments unless approved by Buyers Products Co.  4. Bills of lading accompany all invoices showing routing of all goods. 5. Seller shall indemnify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilites, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.

FORM: bpcpurfrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00069



**PRODUCTS** **COMPANY**

*Quality since 1946*

9049 TYLER BLVD.● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

**PURCHASE ORDER**

P.O. Number:
20696-2
Page Number:
1

Phone: 011-862164540606-833
Fax: 011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I.  Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | F.O.B. |
|---|---|---|---|
| 35000 | GBUSH | Due on receipt | CIF CLEVELAND, OHIO |

| CONTACT | SHIPPING METHOD | ORDER DATE | SHIP DATE |
|---|---|---|---|
| Mr. NICK NI | PHOENIX INTERNATIONAL | 7/19/2004 | 3/4/2005 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 1,680 | 0091310 | 0091310 | (EA) | JACK,SQ 2-1/2in TUBE,TOP WIND,26in TR DR LG,NO MT,7,000#<br>Ship on: 3/4/2005 | *$16.250* | $27,300.00 |
| 1,500 | 0091340 | 0091340 | (EA) | JACK,SQ 2-1/2in TUBE,SIDE WIND,26in TR DR LG,NO MT,7,000#<br>Ship on: 1/1/2005 | *$17.500* | $26,250.00 |

PO Specifications:  *PLEASE CONFIRM*

| | | |
|---|---|---|
| | **FREIGHT:** | $0.00 |
| | **ORDER TOTAL:** | $53,550.00 |

^[D011862167649552^[SBUYERS PRODUCTS^]

Authorized Signature_____

**CONDITIONS**
1. All packing slips and packages must show our purchase order number.  2. Acknowledge price & delivery immediately - any change could result in order cancellation.  3. Do not send partial shipments unless approved by Buyers Products Co.  4. Bills of lading accompany all invoices showing routing of all goods.
5. Seller shall indemnify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilities, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.

FORM: bpcpurtm.qrp

ATTORNEY'S EYES ONLY
BUYERS00070



**PRODUCTS COMPANY**

*Quality since 1946*

9049 TYLER BLVD. ● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

**PURCHASE ORDER**

P.O. Number:
**23134**
Page Number:
**1**

Phone: 011862164908190
Fax: 011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I.  Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | F.O.B. | |
|---|---|---|---|---|
| 35000 | GBUSH | Due on receipt | CIF CLEVELAND, OHIO | |
| CONTACT | SHIPPING METHOD | | ORDER DATE | SHIP DATE |
| Mr. NICK NI | PHOENIX INTERNATIONAL | | 10/14/2004 | 12/10/2004 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 2,000 | 0091096 | 0091096 | (EA) | *DISCONTINUED RPLCD BY 0091097*COU<br>A-FRAME 2-5/16in,10,000 LB MGVW CLASS IV<br>Ship on: 12/10/2004 | $7.650 | $15,300.00 |
| 1,000 | 0091091 | 0091091 | (EA) | COUPLER, 2in A-FRAME<br><br>Ship on: 12/10/2004 | $6.000 | $6,000.00 |
| 650 | 0091340 | 0091340 | (EA) | JACK,SQ 2-1/2in TUBE,SIDE WIND,26in TR<br>DR LG,NO MT,7,000#<br>Ship on: 12/10/2004 | $17.500 | $11,375.00 |

PO Specifications:  *PLEASE CONFIRM FULL CONTAINER LOAD.*

*PLACE IN CRATES 31" WIDE ONLY.*

*STACK TWO HIGH IN CONTAINER TO FILL CONTAINER*

FREIGHT: $0.00

^[DO11862167649552^][SBUYERS PRODUCTS^]

ORDER TOTAL: **$32,675.00**

Authorized Signature_____

**CONDITIONS**
1. All packing slips and packages must show our purchase order number.  2. Acknowledge price & delivery immediately - any change could result in order cancellation.  3. Do not send partial shipments unless approved by Buyers Products Co.  4. Bills of lading accompany all invoices showing routing of all goods.
5. Seller shall indemnify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilites, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.

FORM: bpcpurfrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00071



**PRODUCTS COMPANY**

*Quality since 1946*

9049 TYLER BLVD. ● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

**PURCHASE ORDER**

P.O. Number:
24054
Page Number:
1

Phone:   011862164908190
Fax:     011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I.  Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | | F.O.B. | |
|---|---|---|---|---|---|
| 35000 | GBUSH | Due on receipt | | CIF CLEVELAND, OHIO | |
| **CONTACT** | **SHIPPING METHOD** | | | **ORDER DATE** | **SHIP DATE** |
| Mr. NICK NI | PHOENIX INTERNATIONAL | | | 11/9/2004 | 1/15/2005 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 1,680 | 0091310 | 0091310 | (EA) | JACK,SQ 2-1/2in TUBE,TOP WIND,26in TR<br>DR LG,NO MT,7,000#<br>Ship on: 1/15/2005 | *$16.250* | $27,300.00 |
| 1,500 | 0091340 | 0091340 | (EA) | JACK,SQ 2-1/2in TUBE,SIDE WIND,26in TR<br>DR LG,NO MT,7,000#<br>Ship on: 1/15/2005 | *$17.500* | $26,250.00 |

PO Specifications:  *PLEASE CONFIRM*

| | | |
|---|---|---|
| **FREIGHT:** | | $0.00 |
| **ORDER TOTAL:** | | $53,550.00 |

^[D011862167649552*[SBUYERS PRODUCTS*]

Authorized Signature_____

**CONDITIONS**
1. All packing slips and packages must show our purchase order number.  2. Acknowledge price & delivery immediately - any change could result in order cancellation.  3. Do not send partial shipments unless approved by Buyers Products Co.  4. Bills of lading accompany all invoices showing routing of all goods.
5. Seller shall indemnify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilities, damages, cost and expenses (including attorney fees) arising out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.

FORM: bpcpurfrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00072



**PRODUCTS COMPANY**

*Quality since 1946*

9049 TYLER BLVD.● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

**PURCHASE ORDER**

P.O. Number:
**24588**
Page Number:
**1**

Phone: 011862164908190
Fax: 011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I. Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | | TERMS | | F.O.B. | |
|---|---|---|---|---|---|---|
| **35000** | **GBUSH** | | **Due on receipt** | | **CIF CLEVELAND, OHIO** | |
| **CONTACT** | | SHIPPING METHOD | | | **ORDER DATE** | **SHIP DATE** |
| **Mr. NICK NI** | | PHOENIX INTERNATIONAL | | | **11/30/2004** | **1/3/2005** |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 2,736 | 0091096 | 0091096 | (EA) | *DISCONTINUED RPLCD BY 0091097*COU A-FRAME 2-5/16in,10,000 LB MGVW CLASS IV<br>Ship on: 1/3/2005 | *$7.650* | $20,930.40 |
| 1,372 | 0091091 | 0091091 | (EA) | COUPLER, 2in A-FRAME<br><br>Ship on: 1/3/2005 | *$6.000* | $8,232.00 |
| 1,014 | 0091096 | 0091096 | (EA) | *DISCONTINUED RPLCD BY 0091097*COU A-FRAME 2-5/16in,10,000 LB MGVW CLASS IV<br>Ship on: 3/31/2005 | *$7.650* | $7,757.10 |
| | | CLASS IV | | | | |

*PO Specifications: PLEASE CONFIRM*

*FULL CONTAINER LOAD*

**FREIGHT:** $0.00

**ORDER TOTAL:** $36,919.50

^[D011862167649552*[SBUYERS PRODUCTS^]

Authorized Signature_____

**CONDITIONS**
1. All packing slips and packages must show our purchase order number. 2. Acknowledge price & delivery immediately - any change could result in order cancellation. 3. Do not send partial shipments unless approved by Buyers Products Co. 4. Bills of lading accompany all invoices showing routing of all goods. 5. Seller shall indemnify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilities, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.
FORM: bpcpurfrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00073



**Quality since 1946**

9049 TYLER BLVD. ● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

**PURCHASE ORDER**

P.O. Number:
24598
Page Number:
1

Phone:  011862164908190
Fax:    4409740165

| Vendor Address | Ship To Address |
|---|---|
| I.T.I.  Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | F.O.B. | |
|---|---|---|---|---|
| 35000 | GBUSH | Due on receipt | CIF CLEVELAND, OHIO | |
| CONTACT | | SHIPPING METHOD | ORDER DATE | SHIP DATE |
| Mr. NICK NI | | PHOENIX INTERNATIONAL | 12/1/2004 | 2/4/2005 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 6,848 | 0091091 | 0091091 | (EA) | COUPLER, 2in A-FRAME | *$6.000* | $41,088.00 |

Ship on: 2/4/2005

*PO Specifications:  PLEASE CONFIRM*

**FREIGHT:**  $0.00

**ORDER TOTAL:**  $41,088.00

^[04409740165^[SBUYERS PRODUCTS^]

Authorized Signature_____

**CONDITIONS**

1. All packing slips and packages must show our purchase order number.  2. Acknowledge price & delivery immediately - any change could result in order cancellation.  3. Do not send partial shipments unless approved by Buyers Products Co.  4. Bills of lading accompany all invoices showing routing of all goods.
5. Seller shall indemnify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilities, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.

FORM: bpcpurfrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00074



**PRODUCTS COMPANY**

*Quality since 1946*

9049 TYLER BLVD. ● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

**PURCHASE ORDER**

P.O. Number:
26284
Page Number: .
1

Phone: 011862164908190
Fax: 011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I. Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | | F.O.B. | |
|---|---|---|---|---|---|
| 35000 | GBUSH | Due on receipt | | CIF CLEVELAND, OHIO | |
| CONTACT | | SHIPPING METHOD | | ORDER DATE | SHIP DATE |
| Mr. NICK NI | | PHOENIX INTERNATIONAL | | 1/28/2005 | |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 2,586 | 0091096 | 0091096<br><br>CLASS IV | (EA) | *DISCONTINUED RPLCD BY 0091097*COU<br>A-FRAME 2-5/16in,10,000 LB MGVW CLASS IV<br>**Ship on:** 4/1/2005 | *$7.650* | $19,782.90 |
| 3,000 | 0091097 | 0091097<br><br>CLASS IV | (EA) | COUPLER,A-FRAME,2-5/16in,10,000 LB MG<br>CLASS IV<br>**Ship on:** 6/13/2005 | *$7.650* | $22,950.00 |
| 1,032 | 0091097 | 0091097<br><br>CLASS IV | (EA) | COUPLER,A-FRAME,2-5/16in,10,000 LB MG<br>CLASS IV<br>**Ship on:** 6/13/2005 | *$7.650* | $7,894.80 |

PO Specifications:

******* *PLEASE CONFIRM***********

| | FREIGHT: | $0.00 |
|---|---|---|
*[D011862167649552*[SBUYERS PRODUCTS*] | **ORDER TOTAL:** | **$50,627.70** |

Authorized Signature_____

**CONDITIONS**
1. All packing slips and packages must show our purchase order number.  2. Acknowledge price & delivery immediately - any change could result in order cancellation.  3. Do not send partial shipments unless approved by Buyers Products Co.  4. Bills of lading accompany all invoices showing routing of all goods. 5. Seller shall indemnify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilites, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.
FORM: bpcpurfrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00075



**Quality since 1946**

9049 TYLER BLVD. ● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

**PURCHASE ORDER**

P.O. Number:
**27294**
Page Number:
1

Phone: 011862164908190
Fax: 011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I. Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | | F.O.B. | |
|---|---|---|---|---|---|
| 35000 | GBUSH | Due on receipt | | CIF CLEVELAND, OHIO | |
| CONTACT | | SHIPPING METHOD | | ORDER DATE | SHIP DATE |
| Mr. NICK NI | | PHOENIX INTERNATIONAL | | 3/3/2005 | 5/6/2005 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 4,914 | 0091091 | 0091091 | (EA) | COUPLER, 2in A-FRAME | *$6.000* | $29,484.00 |
| | | | | Ship on: 5/6/2005 | | |
| 798 | 0091091 | 0091091 | (EA) | COUPLER, 2in A-FRAME | *$6.450* | $5,147.10 |
| | | | | Ship on: 7/2/2005 | | |

FREIGHT: $0.00

ORDER TOTAL: $34,631.10

*[D011862167649552*[SBUYERS PRODUCTS*]

Authorized Signature_____

**CONDITIONS**
1. All packing slips and packages must show our purchase order number.  2. Acknowledge price & delivery immediately - any change could result in order cancellation.  3. Do not send partial shipments unless approved by Buyers Products Co.  4. Bills of lading accompany all invoices showing routing of all goods.
5. Seller shall indemnify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilities, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.

FORM: bpcpurfrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00076



**PRODUCTS COMPANY**

*Quality since 1946*

9049 TYLER BLVD. ● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

**PURCHASE ORDER**

P.O. Number:
**27295**
Page Number:
**1**

Phone: 011862164908190
Fax: 011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I. Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | | F.O.B. | |
|---|---|---|---|---|---|
| 35000 | GBUSH | Due on receipt | | CIF CLEVELAND, OHIO | |
| CONTACT | | SHIPPING METHOD | | ORDER DATE | SHIP DATE |
| Mr. NICK NI | | PHOENIX INTERNATIONAL | | 3/3/2005 | 6/3/2005 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 3,000 | 0091097 | 0091097 | | (EA) COUPLER,A-FRAME,2-5/16in,10,000 LB MG<br>CLASS IV<br>**Ship on:** 6/27/2005 | *$7.650* | $22,950.00 |
| | | CLASS IV | | | | |
| 2,000 | 0091340 | 0091340 | | (EA) JACK,SQ 2-1/2in TUBE,SIDE WIND,26in TR<br>DR LG,NO MT,7,000#<br>**Ship on:** 6/3/2005 | *$17.500* | $35,000.00 |
| | | DR LG,NO MT,7,000# | | | | |

FREIGHT: $0.00

ORDER TOTAL: $57,950.00

*[D011862167649552*[SBUYERS PRODUCTS*]

Authorized Signature_____

**CONDITIONS**

1. All packing slips and packages must show our purchase order number.   2. Acknowledge price & delivery immediately - any change could result in order cancellation.   3. Do not send partial shipments unless approved by Buyers Products Co.   4. Bills of lading accompany all invoices showing routing of all goods.
5. Seller shall indemnify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilities, damages, cost and expenses (including attorney fees) arising out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.

FORM: bpcpurfrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00077



**Quality since 1946**

9049 TYLER BLVD. ● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

**PURCHASE ORDER**

P.O. Number:
**27296**
Page Number:
**1**

Phone: 011862164908190
Fax: 011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I.  Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | F.O.B. | |
|---|---|---|---|---|
| 35000 | GBUSH | Due on receipt | CIF CLEVELAND, OHIO | |
| CONTACT | SHIPPING METHOD | | ORDER DATE | SHIP DATE |
| Mr. NICK NI | PHOENIX INTERNATIONAL | | 3/3/2005 | 7/1/2005 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 2,000 | 0091310 | 0091310 | | (EA) JACK,SQ 2-1/2in TUBE,TOP WIND,26in TR<br>DR LG,NO MT,7,000#<br>**Ship on: 7/1/2005** | *$16.250* | $32,500.00 |
| | | DR LG,NO MT,7,000# | | | | |
| 1,344 | 0091091 | 0091091 | | (EA) COUPLER, 2in A-FRAME<br><br>**Ship on: 7/1/2005** | *$6.450* | $8,668.80 |
| 1,274 | 0091091 | 0091091 | | (EA) COUPLER, 2in A-FRAME<br><br>**Ship on: 7/1/2005** | *$6.450* | $8,217.30 |
| 3,094 | 0091091 | 0091091 | | (EA) COUPLER, 2in A-FRAME<br><br>**Ship on: 7/1/2005** | *$6.450* | $19,956.30 |

**FREIGHT:** $0.00

**ORDER TOTAL:** $69,342.40

^[D011862167649552^{SBUYERS PRODUCTS^}

Authorized Signature_____

**CONDITIONS**
1. All packing slips and packages must show our purchase order number.   2. Acknowledge price & delivery immediately - any change could result in order cancellation.   3. Do not send partial shipments unless approved by Buyers Products Co.   4. Bills of lading accompany all invoices showing routing of all goods.
5. Seller shall indemnify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilities, damages, cost and expenses (including attorney fees) arising out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.

FORM: bpcpurfrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00078



**Quality since 1946**

9049 TYLER BLVD. ● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

## PURCHASE ORDER

P.O. Number:
**27578**
Page Number:
1

| | |
|---|---|
| Phone: | 011862164908190 |
| Fax: | 011862167649552 |

| Vendor Address | Ship To Address |
|---|---|
| I.T.I.  Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | F.O.B. |
|---|---|---|---|
| 35000 | GBUSH | Due on receipt | CIF CLEVELAND, OHIO |

| CONTACT | SHIPPING METHOD | ORDER DATE | SHIP DATE |
|---|---|---|---|
| Mr. NICK NI | PHOENIX INTERNATIONAL | 3/14/2005 | 9/1/2005 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 5,712 | 0091091 | 0091091 | (EA) | COUPLER, 2in A-FRAME | *$6.000* | $34,272.00 |

Ship on: 9/1/2005

*PO Specifications:*  PLEASE CONFIRM

NOTE:  REVISED SHIP DATE.

| | |
|---|---|
| FREIGHT: | $0.00 |
| ORDER TOTAL: | $34,272.00 |

*[D011862167649552*[SBUYERS PRODUCTS*]

Authorized Signature_____

### CONDITIONS

1. All packing slips and packages must show our purchase order number.   2. Acknowledge price & delivery immediately - any change could result in order cancellation.   3. Do not send partial shipments unless approved by Buyers Products Co.   4. Bills of lading accompany all invoices showing routing of all goods.
5. Seller shall indemnify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilities, damages, cost and expenses (including attorney fees) arising out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.

FORM: bpcpurfrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00079



**Quality since 1946**

9049 TYLER BLVD. ● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

## PURCHASE ORDER

P.O. Number:
27605
Page Number:
1

Phone: 011862164908190
Fax: 011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I.  Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | | F.O.B. | |
|---|---|---|---|---|---|
| 35000 | GBUSH | Due on receipt | | CIF CLEVELAND, OHIO | |
| CONTACT | | SHIPPING METHOD | | ORDER DATE | SHIP DATE |
| Mr. NICK NI | | PHOENIX INTERNATIONAL | | 3/15/2005 | |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 600 | 009131CS | | | (EA) JACK,SQ 2-1/2in TUBE,TOP WIND,26in TR<br>DROP LEG,W/ MNT PLATE,7,000 LB.<br>**Ship on:** 5/1/2005<br>DROP LEG,W/ MNT PLATE,7,000 LB. | *$18.570* | $11,142.00 |
| 600 | 009131CS | | | (EA) JACK,SQ 2-1/2in TUBE,TOP WIND,26in TR<br>DROP LEG,W/ MNT PLATE,7,000 LB.<br>**Ship on:** 6/1/2005<br>DROP LEG,W/ MNT PLATE,7,000 LB. | *$18.570* | $11,142.00 |

PO Specifications:  *PLEASE CONFIRM*

*NEW PRODUCT*

*SEE DRAWINGS FAXED AND EMAIL FOR DETAILS*

**FREIGHT:** $0.00

*^[D011862167649552*[SBUYERS PRODUCTS^]*

**ORDER TOTAL:** $22,284.00

Authorized Signature_____

## CONDITIONS
1. All packing slips and packages must show our purchase order number.   2. Acknowledge price & delivery immediately - any change could result in order cancellation.   3. Do not send partial shipments unless approved by Buyers Products Co.   4. Bills of lading accompany all invoices showing routing of all goods.
5. Seller shall indemify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilites, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.
FORM: bpcpurfrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00080



**9049 TYLER BLVD. ● MENTOR, OHIO 44060**

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

*Quality since 1946*

## PURCHASE ORDER

P.O. Number:
28569
Page Number:
1

Phone: 011862164908190
Fax: 011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I.  Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | | F.O.B. | |
|---|---|---|---|---|---|
| 35000 | GBUSH | Due on receipt | | CIF CLEVELAND, OHIO | |
| CONTACT | | SHIPPING METHOD | | ORDER DATE | SHIP DATE |
| Mr. NICK NI | | PHOENIX INTERNATIONAL | | 4/11/2005 | 6/1/2005 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 750 | 0091310 | 0091310 | (EA) | JACK,SQ 2-1/2in TUBE,TOP WIND,26in TR<br>DR LG,NO MT,7,000#<br>**Ship on:** 6/1/2005 | *$16.250* | $12,187.50 |
| | | DR LG,NO MT,7,000# | | | | |

|  | FREIGHT: | $0.00 |
|---|---|---|
| | **ORDER TOTAL:** | **$12,187.50** |

^[D011862167649552*[SBUYERS PRODUCTS^]

Authorized Signature_____

**CONDITIONS**
1. All packing slips and packages must show our purchase order number.   2. Acknowledge price & delivery immediately - any change could result in order cancellation.   3. Do not send partial shipments unless approved by Buyers Products Co.   4. Bills of lading accompany all invoices showing routing of all goods.
5. Seller shall indemnify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilities, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.

FORM: bpcpurfrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00081



**Quality since 1946**

9049 TYLER BLVD. ● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

**PURCHASE ORDER**

P.O. Number:
28570
Page Number:
1

Phone: 011862164908190
Fax: 011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I.  Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | F.O.B. | |
|---|---|---|---|---|
| 35000 | GBUSH | Due on receipt | CIF CLEVELAND, OHIO | |
| CONTACT | SHIPPING METHOD | | ORDER DATE | SHIP DATE |
| Mr. NICK NI | PHOENIX INTERNATIONAL | | 4/11/2005 | 7/1/2005 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 750 | 0091310 | 0091310 | (EA) | JACK,SQ 2-1/2in TUBE,TOP WIND,26in TR<br>DR LG,NO MT,7,000#<br>Ship on: 7/1/2005 | *$16.250* | $12,187.50 |
| | | DR LG,NO MT,7,000# | | | | |

|  |  |
|---|---|
| FREIGHT: | $0.00 |
| ORDER TOTAL: | $12,187.50 |

^[D011862167649552^[SBUYERS PRODUCTS^]

Authorized Signature_____

**CONDITIONS**
1. All packing slips and packages must show our purchase order number.  2. Acknowledge price & delivery immediately - any change could result in order cancellation.  3. Do not send partial shipments unless approved by Buyers Products Co.  4. Bills of lading accompany all invoices showing routing of all goods.
5. Seller shall indemify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilities, damages, cost and expenses (including attorney fees) arising out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.

FORM: bpcpurfrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00082



**PRODUCTS COMPANY**

*Quality since 1946*

9049 TYLER BLVD. • MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

## PURCHASE ORDER

P.O. Number:
28571
Page Number:
1

Phone:  011862164908190
Fax:      011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I.  Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | | F.O.B. | |
|---|---|---|---|---|---|
| 35000 | GBUSH | Due on receipt | | CIF CLEVELAND, OHIO | |
| CONTACT | | SHIPPING METHOD | | ORDER DATE | SHIP DATE |
| Mr. NICK NI | | PHOENIX INTERNATIONAL | | 4/11/2005 | 8/1/2005 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 750 | 0091310 | 0091310 | | (EA) JACK,SQ 2-1/2in TUBE,TOP WIND,26in TR DR LG,NO MT,7,000#<br>**Ship on: 8/1/2005** | *$16.250* | $12,187.50 |
| | | | | DR LG,NO MT,7,000# | | |

| | | |
|---|---|---|
| | FREIGHT: | $0.00 |
| | ORDER TOTAL: | $12,187.50 |

*^[D011862167649552*[SBUYERS PRODUCTS*]

Authorized Signature_____

### CONDITIONS

1. All packing slips and packages must show our purchase order number.   2. Acknowledge price & delivery immediately - any change could result in order cancellation.   3. Do not send partial shipments unless approved by Buyers Products Co.   4. Bills of lading accompany all invoices showing routing of all goods.
5. Seller shall Indemify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilites, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.

FORM: bpcpurfrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00083



**PRODUCTS COMPANY**

*Quality since 1946*

9049 TYLER BLVD. • MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

**PURCHASE ORDER**

P.O. Number:
18934
Page Number:
1

Phone: 011-862164540606-833
Fax:    011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I.  Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | | F.O.B. | |
|---|---|---|---|---|---|
| 35000 | GBUSH | Due on receipt | | CIF CLEVELAND, OHIO | |
| CONTACT | | SHIPPING METHOD | | ORDER DATE | SHIP DATE |
| Mr. NICK NI | | PHOENIX INTERNATIONAL | | 5/14/2004 | 8/1/2004 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 1,152 | 0091096 | 0091096 | (EA) | *DISCONTINUED RPLCD BY 0091097*COU A-FRAME 2-5/16in,10,000 LB MGVW CLASS IV<br>**Ship on:** 8/1/2004 | *$7.650* | $8,812.80 |
| 600 | 0091310 | | (EA) | JACK,SQ 2-1/2in TUBE,TOP WIND,26in TR DR LG,NO MT,7,000#<br>**Ship on:** 8/1/2004 | *$16.250* | $9,750.00 |
| 500 | 0091340 | | (EA) | JACK,SQ 2-1/2in TUBE,SIDE WIND,26in TR DR LG,NO MT,7,000#<br>**Ship on:** 8/1/2004 | *$17.500* | $8,750.00 |

*PO Specifications:*  PLEASE CONFIRM

ADJUSTED ORDER FOR PART NUMBER CHANGES

FULL CONTAINER LOAD

FREIGHT:                    $0.00

ORDER TOTAL:        $27,312.80

*[DO11862167649552*[SBUYERS PRODUCTS*]

Authorized Signature_____

**CONDITIONS**
1. All packing slips and packages must show our purchase order number.  2. Acknowledge price & delivery immediately - any change could result in order cancellation.  3. Do not send partial shipments unless approved by Buyers Products Co.  4. Bills of lading accompany all invoices showing routing of all goods.
5. Seller shall indemnify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilities, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.
FORM: bpcpurfrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00084



**Buyers** PRODUCTS COMPANY

*Quality since 1946*

9049 TYLER BLVD. ● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

**PURCHASE ORDER**

P.O. Number:
**15378-3**
Page Number:
**1**

Phone: 011-862164540606-833
Fax: 011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I. Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | F.O.B. |
|---|---|---|---|
| 35000 | LPROSEN | Due on receipt | |
| CONTACT | SHIPPING METHOD | ORDER DATE | SHIP DATE |
| Mr. NICK NI | | 1/15/2004 | 1/1/2005 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 5,096 | 0091091 | 0091091 | (EA) | COUPLER, 2in A-FRAME | *$6.000* | $30,576.00 |

Ship on: 1/1/2005

FREIGHT: $0.00

ORDER TOTAL: $30,576.00

^[D011862167649552^[SBUYERS PRODUCTS^]

Authorized Signature_____

**CONDITIONS**
1. All packing slips and packages must show our purchase order number. 2. Acknowledge price & delivery immediately - any change could result in order cancellation. 3. Do not send partial shipments unless approved by Buyers Products Co. 4. Bills of lading accompany all invoices showing routing of all goods. 5. Seller shall indemify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilites, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.
FORM: bpcpurirm.qrp

ATTORNEY'S EYES ONLY
BUYERS00085



**PRODUCTS COMPANY**

*Quality since 1946*

9049 TYLER BLVD. • MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

**PURCHASE ORDER**

P.O. Number:
15378-2
Page Number:
1

Phone: 011-862164540606-833
Fax: 011862164856185

| Vendor Address | Ship To Address |
|---|---|
| I.T.I. Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | F.O.B. |
|---|---|---|---|
| 35000 | LPROSEN | Due on receipt | |

| CONTACT | SHIPPING METHOD | ORDER DATE | SHIP DATE |
|---|---|---|---|
| Mr. NICK NI | | 1/15/2004 | 10/1/2004 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 5,712 | 0091091 | 0091091 | (EA) | COUPLER, 2in A-FRAME | *$6.000* | $34,272.00 |

Ship on: 10/1/2004

FREIGHT: $0.00

ORDER TOTAL: $34,272.00

^[D011862164856185^][SBUYERS PRODUCTS^]

Authorized Signature_____

**CONDITIONS**
1. All packing slips and packages must show our purchase order number. 2. Acknowledge price & delivery immediately - any change could result in order cancellation. 3. Do not send partial shipments unless approved by Buyers Products Co. 4. Bills of lading accompany all invoices showing routing of all goods. 5. Seller shall indemnify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilities, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.

FORM: bpcparlrim.qrp

ATTORNEY'S EYES ONLY
BUYERS00086



**Quality since 1946**

9049 TYLER BLVD.● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

**PURCHASE ORDER**

P.O. Number:
**15378-1**
Page Number:
**1**

Phone: 011-862164540606-833
Fax: 011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I. Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | | F.O.B. |
|---|---|---|---|---|
| 35000 | LPROSEN | Due on receipt | | |

| CONTACT | SHIPPING METHOD | | ORDER DATE | SHIP DATE |
|---|---|---|---|---|
| Mr. NICK NI | | | 1/15/2004 | 7/1/2004 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 5,460 | 0091091 | 0091091 | (EA) | COUPLER, 2in A-FRAME | *$6.000* | $32,760.00 |
| | | | | Ship on: 7/1/2004 | | |

FREIGHT: $0.00

ORDER TOTAL: $32,760.00

^[D011862167649552^[SBUYERS PRODUCTS^]

Authorized Signature_____

**CONDITIONS**
1. All packing slips and packages must show our purchase order number.  2. Acknowledge price & delivery immediately - any change could result in order cancellation.  3. Do not send partial shipments unless approved by Buyers Products Co.  4. Bills of lading accompany all invoices showing routing of all goods.
5. Seller shall indemnify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilities, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.

FORM: bpcpurfrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00087



**PRODUCTS COMPANY**

*Quality since 1946*

9049 TYLER BLVD. ● MENTOR, OHIO 44060

PHONE (440) 974-8888 / FAX (440) 974-0165

VOICEMAIL (440) 974-7766

## PURCHASE ORDER

P.O. Number:
**15378**
Page Number:
1

Phone: 011-862164540606-833
Fax: 011862167649552

| Vendor Address | Ship To Address |
|---|---|
| I.T.I.  Intradin Machinery Co., Ltd.<br>118 Duhui Road<br>Minhang District<br>Shanghai 201109<br>CN | BUYERS PRODUCTS<br>9049 TYLER BLVD<br>MENTOR, OH 44060<br>US |

| VENDOR ID | BUYER | TERMS | F.O.B. |
|---|---|---|---|
| 35000 | LPROSEN | Due on receipt | |

| CONTACT | SHIPPING METHOD | | ORDER DATE | SHIP DATE |
|---|---|---|---|---|
| Mr. NICK NI | | | 1/15/2004 | 4/1/2004 |

| QTY | PART ID | VENDOR PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|---|
| 5,460 | 0091091 | | | (EA) COUPLER, 2in A-FRAME | *$6.000* | $32,760.00 |
| | | | | Ship on: 4/1/2004 | | |

| | |
|---|---|
| **FREIGHT:** | $0.00 |
| **ORDER TOTAL:** | $32,760.00 |

*[D011862167649552*[SBUYERS PRODUCTS*]

Authorized Signature_____

## CONDITIONS

1. All packing slips and packages must show our purchase order number.   2. Acknowledge price & delivery immediately - any change could result in order cancellation.   3. Do not send partial shipments unless approved by Buyers Products Co.   4. Bills of lading accompany all invoices showing routing of all goods.
5. Seller shall indemify and hold Buyers Products Co. harmless from and against any and all claims, actions, liabilites, damages, cost and expenses (including attorney fees) arriving out of or related to any bodily injury, property damage or other harm causes by or related to products or services provided be seller.

FORM: bpcpurfrm.qrp

ATTORNEY'S EYES ONLY
BUYERS00088