10/12/06

## CONVERT-A-BALL ITI PRODUCT LIST

| CAB PART NUMBER | ITI PART NUMBER | DESCRIPTION |
|---|---|---|
| N/A | 704000P | 1 7/8" WELD-ON BALL, POLISHE W/O CHROME |
| N/A | 704003P | 2" WELD-ON BALL, POLISHE W/O CHROME |
| N/A | 704009P | 2 5/16" WELD-ON BALL, POLISHE W/O CHROME |
| TK4002 | 704002 | CHROMED HITCH BALL, BALL 1 7/8", DIA 1", LENGTH 2 1/4", 2,000lbs STANDARD |
| TK4004 | 704004 | CHROMED HITCH BALL, BALL 2", DIA 3/4" |
| TK4005 | 704005 | CHROMED HITCH BALL, BALL 2", DIA 1", LENGTH 2 1/4", 5,000lbs STANDARD |
| TK4009 | 704009 | CHROMED HITCH BALL, BALL 2 5/16", DIA 1", LENGTH 2", 6,000lbs STANDARD |
| TK4010 | 704010 | CHROMED HITCH BALL, BALL 2 5/16", DIA 1 1/4", LENGTH 2 1/4", 10,000lbs STANDARD |
| TK4012 | 704012 | CHROMED HITCH BALL, BALL 2 5/16", DIA 1 1/4", LENGTH 2 1/4", 10,000lbs, 2" LIFT |
| TK4013 | 704013 | STAINLESS STEEL BALL, BALL 1 7/8", DIA 3/4" |
| TK4014 | 704014 | STAINLESS STEEL BALL, BALL 1 7/8", DIA 1", LENGTH 2 1/8", 3,500lbs STANDARD |
| TK4016 | 704016 | STAINLESS STEEL BALL, BALL 2", DIA 1", LENGTH 2 1/8", 6,000lbs STANDARD |
| TK4017 | 704017 | STAINLESS STEEL BALL, BALL 2 5/16", DIA 1", LENGTH 2 1/8", 10,000lbs STANDARD |
| TK5000 | 705000 | HEAVY DUTY BALL MOUNT, DROP 2", RISE 3/4", SHANK LENGTH 8 1/4", GTW 6,000lbs |
| TK5001 | 705001 | HEAVY DUTY BALL MOUNT, DROP 2", RISE 3/4", SHANK LENGTH 10 1/4", GTW 6,000lbs |
| TK5002 | 705002 | HEAVY DUTY BALL MOUNT, DROP 4", RISE 2", SHANK LENGTH 8 1/3", GTW 6,000lbs |
| TK5003 | 705003 | HEAVY DUTY BALL MOUNT, DROP 6", RISE 4", SHANK LENGTH 8 1/4", GTW 6,000lbs |
| TK5007 | 705007 | ADJUST BALL MOUNT |
| TK5013 | 705013 | LIGHT DUTY BALL MOUNT, DROP 3 1/2", RISE 3", SHANK LENGTH 8", GTW 3,500lbs |
| TK5018 | 705022 (705018) | BALL MOUNT KITS, DROP 2", RISE 3/4", SHANK 8 1/4", GTW 6,000lbs |
| TK5019 | 705023 (705019) | BALL MOUNT KITS, DROP 4", RISE 2", SHANK 8 1/4", GTW 6,000lbs |
| TK5020 | 705020 | STEEL CLEVIS MOUNTS |
| TK6000 | 706000 | STEP BUMPER RECEIVER |
| N/A | 706003 | HITCH PIN, 7/8 * 4 3/4 |
| N/A | TK7080012 | BLANK KEYS FOR 708001C |
| TK8001 | 708001 | 5/8" RECEIVER LOCK AND COUPLER LOCK COMBO |
| TC-3 | 708001C | COUPLER LOCK W/ 3/8 * 3 1/2" SPAN FROM #708001, ROUND KEY |
| TK8002 | 708002 | STAINLESS STEEL 5/8" RECEIVER LOCK |
| TK8002C | 708002C | CHROMED 5/8" RECEIVER LOCK FROM 708002 |
| TK8003 | 708003 | 5/8" RECIEVER LOCK AND COUPLER LOCK COMBO |
| TK8004 | 708004 | 1/2" RECEIVER LOCK |
| N/A | 708005 | BLACK POWDER COATED TRAILER COUPLER LOCK-BULK |
| KG | 710007 | KWIK GATE, POWDER COATED, FLAT BLACK COLOR, 1 PC/CTN |

## CONVERT-A-BALL PURCHASES FROM ITI

INVOICE #35634
12/11/04

| CAB PART NUMBER | ITI PART NUMBER | UNITS | PRICE (EACH) | TOTAL |
|---|---|---|---|---|
| N/A | 704000P | 2500 | $1.63 | $4,075.00 |
| N/A | 704003P | 2500 | 1.70 | 4,250.00 |
| N/A | 704009P | 2500 | 2.17 | 5,425.00 |

**CONFIDENTIAL**  CEQ 01690

| CAB PART NUMBER | ITI PART NUMBER | UNITS | PRICE (EACH) | TOTAL |
|---|---|---|---|---|
| TK4002 | 704002 | 200 | 1.71 | 342.00 |
| TK4005 | 704005 | 600 | 1.83 | 1,098.00 |
| TK4009 | 704009 | 200 | 2.29 | 458.00 |
| TK4010 | 704010 | 200 | 2.40 | 480.00 |
| TK4012 | 704012 | 200 | 4.10 | 820.00 |
| TK4014 | 704014 | 60 | 5.29 | 317.40 |
| TK4016 | 704016 | 200 | 5.95 | 1,190.00 |
| TK4017 | 704017 | 60 | 6.88 | 412.80 |
| TK5000 | 705000 | 400 | 3.29 | 1,316.00 |
| TK5001 | 705001 | 200 | 4.21 | 842.00 |
| TK5002 | 705002 | 216 | 3.99 | 861.84 |
| TK5003 | 705003 | 144 | 5.74 | 826.56 |
| TK5007 | 705007 | 52 | 10.15 | 527.80 |
| TK5013 | 705013 | 200 | 3.92 | 784.00 |
| TK5018 | 705022 (705018) | 378 | 6.29 | 2,377.62 |
| TK5019 | 705023 (705019) | 216 | 7.67 | 1,656.72 |
| TK6000 | 706000 | 52 | 7.95 | 413.40 |
| N/A | 706003 | 1040 | 0.95 | 988.00 |
| TK8001 | 708001 | 200 | 5.74 | 1,148.00 |
| TK8002 | 708002 | 280 | 6.20 | 1,736.00 |
| TK8002C | 708002C | 400 | 4.19 | 1,676.00 |
| TK8003 | 708003 | 280 | 4.06 | 1,136.80 |
| TK8004 | 708004 | 160 | 3.56 | 569.60 |
| TOTAL | | 13438 | | $35,728.54 |

INVOICE #35904
02/09/05

| CAB PART NUMBER | ITI PART NUMBER | UNITS | PRICE (EACH) | TOTAL |
|---|---|---|---|---|
| TK4002 | 704002 | 500 | 1.71 | 855.00 |
| TK4005 | 704005 | 2200 | 1.83 | 4,026.00 |
| TK4009 | 704009 | 800 | 2.29 | 1,832.00 |
| TK4010 | 704010 | 288 | 2.40 | 691.20 |
| TK4013 | 704013 | 60 | 5.02 | 301.20 |
| TK4014 | 704014 | 108 | 5.29 | 571.32 |
| TK4016 | 704016 | 108 | 5.95 | 642.60 |
| TK4017 | 704017 | 100 | 6.88 | 688.00 |
| TK5000 | 705000 | 2568 | 3.29 | 8,448.72 |
| TK5001 | 705001 | 300 | 4.21 | 1,263.00 |
| TK5002 | 705002 | 276 | 3.99 | 1,101.24 |
| TK5003 | 705003 | 276 | 5.74 | 1,584.24 |
| TK5007 | 705007 | 100 | 10.15 | 1,015.00 |
| TK5013 | 705013 | 152 | 3.92 | 595.84 |
| TK6000 | 706000 | 52 | 7.95 | 413.40 |
| TK8001C | 708001C | 1050 | 4.20 | 4,410.00 |
| | | 8938 | | $28,438.76 |

INVOICE #36314
04/29/05

**CONFIDENTIAL**  CEQ 01691

| CAB PART NUMBER | ITI PART NUMBER | UNITS | PRICE (EACH) | TOTAL |
|---|---|---|---|---|
| TK4002 | 704002 | 300 | 1.71 | 513.00 |
| TK4005 | 704005 | 1500 | 1.83 | 2,745.00 |
| TK4009 | 704009 | 600 | 2.29 | 1,374.00 |
| TK4010 | 704010 | 1500 | 2.40 | 3,600.00 |
| TK4014 | 704014 | 108 | 5.29 | 571.32 |
| TK4016 | 704016 | 108 | 5.95 | 642.60 |
| TK4017 | 704017 | 108 | 6.88 | 743.04 |
| TK5000 | 705000 | 1252 | 3.29 | 4,119.08 |
| TK5001 | 705001 | 200 | 4.21 | 842.00 |
| TK5002 | 705002 | 352 | 3.99 | 1,404.48 |
| TK5003 | 705003 | 352 | 5.74 | 2,020.48 |
| TK5007 | 705007 | 200 | 10.15 | 2,030.00 |
| TK5013 | 705013 | 352 | 3.92 | 1,379.84 |
| TK6000 | 706000 | 100 | 7.95 | 795.00 |
| TK8002 | 708002 | 260 | 6.20 | 1,612.00 |
| TK8002C | 708002C | 496 | 4.19 | 2,078.24 |
|  |  | 7788 |  | $26,470.08 |

**INVOICE #36409**
**05/14/05**

| CAB PART NUMBER | ITI PART NUMBER | UNITS | PRICE (EACH) | TOTAL |
|---|---|---|---|---|
| KG | 710007 | 1250 | 24.80 | 31,000.00 |
|  |  | 1250 |  | $31,000.00 |

**INVOICE #36424**
**05/28/05**

| CAB PART NUMBER | ITI PART NUMBER | UNITS | PRICE (EACH) | TOTAL |
|---|---|---|---|---|
| KG | 710007 | 1056 | 24.80 | 26,188.80 |
|  |  | 1056 |  | $26,188.80 |

**INVOICE #36425**
**05/22/05**

| CAB PART NUMBER | ITI PART NUMBER | UNITS | PRICE (EACH) | TOTAL |
|---|---|---|---|---|
| TK5007 | 705007 | 96 | 10.15 | 974.40 |
| TC-3 | 708001C | 2000 | 4.99 | 9,980.00 |
| TK8002C | 708002C | 4 | 4.19 | 16.76 |
|  |  | 2100 |  | $10,971.16 |



**CONFIDENTIAL**

CEQ 01692

INVOICE #36423
06/03/05

| CAB PART NUMBER | ITI PART NUMBER | UNITS | PRICE (EACH) | TOTAL |
|---|---|---:|---:|---:|
| TK4002 | 704002 | 612 | 2.06 | 1,260.72 |
| TK4009 | 704009 | 2016 | 2.73 | 5,503.68 |
| TK4013 | 704013 | 204 | 6.74 | 1,374.96 |
| TK4016 | 704016 | 168 | 8.13 | 1,365.84 |
| TK4017 | 704017 | 252 | 8.69 | 2,189.88 |
| TK5001 | 705001 | 160 | 5.89 | 942.40 |
| TK5002 | 705002 | 1360 | 5.39 | 7,330.40 |
| TK5003 | 705003 | 740 | 7.99 | 5,912.60 |
| TK5007 | 705007 | 400 | 12.54 | 5,016.00 |
| TK6000 | 706000 | 120 | 9.83 | 1,179.60 |
| TK8001 | 708001 | 200 | 6.68 | 1,336.00 |
| | | 6232 | | $33,412.08 |

INVOICE #????  PO#05-303-51
06/28/05

| CAB PART NUMBER | ITI PART NUMBER | UNITS | PRICE (EACH) | TOTAL |
|---|---|---:|---:|---:|
| KG | 710007 | 1056 | 24.80 | 26,188.80 |
| | | 1056 | | $26,188.80 |

INVOICE #37693
01/27/06

| CAB PART NUMBER | ITI PART NUMBER | UNITS | PRICE (EACH) | TOTAL |
|---|---|---:|---:|---:|
| N/A | 704000P | 4800 | $1.69 | $8,112.00 |
| N/A | 704003P | 4800 | 1.88 | 9,024.00 |
| N/A | 704009P | 2592 | 2.46 | 6,376.32 |
| TK4013 | 704013 | 108 | 6.74 | 727.92 |
| TK5018 | 705022 | 300 | 8.68 | 2,604.00 |
| TK5019 | 705023 | 300 | 10.84 | 3,252.00 |
| N/A | 706003 | 4779 | 0.79 | 3,775.41 |
| TK8004 | 708004 | 180 | 4.14 | 745.20 |
| | | 17859 | | $34,616.85 |

INVOICE #38230
05/19/06

| CAB PART NUMBER | ITI PART NUMBER | UNITS | PRICE (EACH) | TOTAL |
|---|---|---|---|---|

**CONFIDENTIAL**

CEQ 01693

| | | | | |
|---|---|---|---|---|
| TK4004 | 704004 | 600 | 1.99 | 1,194.00 |
| TK4013 | 704013 | 132 | 6.74 | 889.68 |
| N/A | 706003 | 21 | 0.79 | 16.59 |
| N/A | TK7080012 | 2000 | 0.30 | 600.00 |
| N/A | 708005 | 720 | 1.47 | 1,058.40 |
| KG | 710007 | 1200 | 20.37 | 24,444.00 |
| | | 4673 | | $28,202.67 |

**CONFIDENTIAL**

CEQ 01694