| SKU | Description | Vendor Product Number | Cost | Units Purchased |
|---|---|---|---|---|
| 10374804 | PROMO GANDER DRAW BAR | 705025 | $10.43 | 12,490 |
| 10398756 | BOLT-THRU SWIVEL JACK 1000#S | 701002 | $10.28 | 3,045 |
| 10398758 | TRAILER JACK WITH FOOT PLATE 1000 LBS | 701064 | $10.49 | 1,406 |

**Intradin (Shanghai) Totals** 16,941