# OPPENHEIMER

OPPENHEIMER WOLFF & DONNELLY LLP
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402-1609
www.Oppenheimer.com

Direct:   (612) 607-7337
Main:    (612) 607-7000
Fax:     (612) 607-7100
E-Mail:  MOlson@oppenheimer.com

11-30-06A09:29 RCVD

November 27, 2006

**VIA FACSIMILE, ELECTRONIC AND FIRST CLASS MAIL**

David B. Cupar, Esq.
McDONALD HOPKINS CO., LPA
600 Superior Avenue East
Suite 2100
Cleveland, Ohio 44114
Email: dcupar@mcdonaldhopkins.com

Re:   *Cequent Trailer's Subpoena to Northern Tool & Equipment Co.*
      *Cequent Products, Inc. v. Intradin (Shanghi) Machinery Co., Ltd.*
      *Civ. No. 1:05 CV 02566-JG*

Dear Mr. Cupar:

Pursuant to our several discussions concerning your Subpoena, enclosed please find documents responsive to the Subpoena labeled NT000001–NT000009 which I understand represents invoices for Northern Tool's purchases of product from Intradin that falls within the scope of your Subpoena. I also understand that my client has made a reasonable and diligent search for any correspondence or e-mails between it and Intradin that relate to the categories or topics you provided to me on Friday, November 11, 2006 at 12:04 p.m. by e-mail. My client's search for documents responsive to those categories revealed that it does not have any such documents responsive to the Subpoena in that regard.

If you have any questions regarding this production of documents responsive to your Subpoena, please feel free to contact me.

Very truly yours,

Mark S. Olson

MSO:drb

Enclosure

cc:   Todd R. Tucker, Esq. (w/ enclosures) (via facsimile, electronic and First Class Mail)

| Order<br>Number | Order<br>Date | NTE Item<br>Number | Item<br>Description | Quantity<br>Received | Dollars<br>Received |
|---|---|---|---|---|---|
| 642646 | 6/03/04 | 125564 | Universal Coupler Lock | 1680 | 11,424.00 |
|  |  |  | TOTAL | 1680 | 11,424.00 |

ITI INTRADIN CO. LTD.

NT000001

Northern Tool & Equipment Co.
Purchase Order Listing
For Item# 125564

| Order Number | Order Date | NTE Item Number | Item Description | Quantity Received | Dollars Received |
|---|---|---|---|---|---|
| 664065 | 11/15/04 | 125564 | Universal Coupler Lock | 240 | 1,632.00 |
|  |  |  | TOTAL | 240 | 1,632.00 |

ITI INTRADIN CO. LTD.

NT000002

| Order Number | Order Date | NTE Item Number | Item Description | Quantity Received | Dollars Received |
|---|---|---|---|---|---|
| 667057 | 12/03/04 | 125564 | Universal Coupler Lock | 720 | 4,896.00 |
| | | | TOTAL | 720 | 4,896.00 |

ITI INTRADIN CO. LTD.

NT000003

```
11/21/06  16:10:13                    Northern Tool & Equipment Co.                                   PAGE    4
                                       Purchase Order Listing
                                          For Item# 125564

Order     Order      NTE Item          Item                         Quantity                      Dollars
Number    Date       Number            Description                  Received                      Received
------    -----      --------          -----------                  --------                      --------
669949    12/21/04   125564            Universal Coupler Lock            240                      1,632.00

                                                        TOTAL            240                      1,632.00
```

ITI INTRADIN CO. LTD.

NTI000004

```
11/21/06  16:10:13                    Northern Tool & Equipment Co.                              PAGE    5
                                      Purchase Order Listing
                                          For Item# 125564

Order    Order   NTE Item            Item                                 Quantity           Dollars
Number   Date    Number              Description                          Received           Received
------   -----   --------            -----------                          --------           --------

671943   1/05/05 125564              Universal Coupler Lock                    240           1,632.00
                                                           TOTAL               240           1,632.00
```

ITI INTRADIN CO. LTD.
NT000005

| Order Number | Order Date | NTE Item Number | Item Description | Quantity Received | Dollars Received |
|---|---|---|---|---|---|
| 677541 | 2/01/05 | 125564 | Universal Coupler Lock | 960 | 6,528.00 |
|  |  |  | TOTAL | 960 | 6,528.00 |

ITI INTRADIN CO. LTD.

NT000006

```
11/21/06  16:10:13                    Northern Tool & Equipment Co.                              PAGE     7
                                        Purchase Order Listing
                                         For Item# 125564

Order      Order    NTE Item          Item                        Quantity              Dollars
Number     Date     Number            Description                 Received              Received
--------   ------   ----------------  ---------------------       ----------------      ----------------

 678436    2/07/05  125564            Universal Coupler Lock           960                  6,528.00

                                                         TOTAL         960                  6,528.00
```

ITI INTRADIN CO. LTD.

NT000007

```
11/21/06  16:10:13                    Northern Tool & Equipment Co.                              PAGE    8
                                      Purchase Order Listing
                                          For Item# 125564

Order     Order    NTE Item           Item                                Quantity         Dollars
Number    Date     Number             Description                         Received         Received
-------   ------   --------           -----------                         --------         --------

678721    2/08/05  125564             Universal Coupler Lock                   240         1,632.00

                                                          TOTAL                240         1,632.00
```

ITI INTRADIN CO. LTD.

| Order<br>Number | Order<br>Date | NTE Item<br>Number | Item<br>Description | Quantity<br>Received | Dollars<br>Received |
|---|---|---|---|---|---|
| | | | FINAL TOTALS<br>TOTAL | 5280 | 35,904.00 |

*** E N D  O F  R E P O R T ****

ITI INTRADIN CO. LTD.

NT000009