

# RIGID
## HITCH INCORPORATED

Manufacturers of Trailer Hitches & Towing Products · Distributors of Leading Trailer Hitch, Trailer Parts & Truck Accessory Lines

McDonald Hopkins Co.
David B. Cupar, Esq.
600 Superior Ave. Ste. 2100
Cleveland, OH 44114

Mr. David Cupar,

I have enclosed the documents we discussed yesterday with regards to Cequent Trailer Products – V – Intradin Machinery Co. , LTD.

Copies of Proforma Invoices – Commercial Invoices – Packing Slips

Copies of email correspondence with the Intradin Companies.

If you require further documentation or clarification on what I have enclosed please feel free to call me personally. I will provide whatever I can to support your efforts.

Respectfully,

Blane H. Wirth
Vice President – Rigid Hitch Inc.
952-736-2220     Direct Line



RIGID
HITCH INCORPORATED

RIGID HITCH INCORPORATED
3301 WEST BURNSVILLE PARKWAY
BURNSVILLE, MN 55337
(800) 624-7630
FAX (952) 895-0443
DIRECT LINE (952) 736-2220
blawir@rigidhitch.com

BLANE WIRTH
Vice President - General Manager

# ITI Intradin (Shanghai) Machinery Co., Ltd.

118 Duhui Road, Minhang District, Shanghai 201109, China
Tel: 86-21-64908190        Fax:8 6-21-6764 9552
E-mail: towking@intradinchina.com

## PROFORMA INVOICE

| | | |
|---|---|---|
| To: | Rigid Hitch Incorporated | P.O.Number: |
| | 3301 W Burnsville Pkwy Burnsville | Our Ref.:   TA05-088-RH-002 |
| | MN 55337-4290, USA | Date:        10-Oct-05 |
| Attn: | **Mr. Blane Wirth** | |
| | Tel:952-895-5001 | **Shipping Mark** |
| | Fax:952-895-5001 | **Rigid Hitch / ITI** |
| Shipping Date: | **55 days after L/C receipt** | **Minnesota, USA** |
| Packing: | According to Rigid Hitch's Design | P/O:   TA05-088-RH-00: |
| Payment: | L/C atS ight | P/N.: |
| Insurance: | By Seller's Account | C/NO.: |
| Total Page: | 1 page | MADE IN CHINA |
| Total Items: | 6 Items | |

| TowKing(ITI) Item No. | DESCRIPTION | Q'TY | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| *Loading from Shanghai, 1*20' Container* | | | | **Door to Door MN,U SA** | |
| 705008 | Tri-Ball Hitch Receiver,  Power coated with chromed ball | 1,500 | pcs | $21.30 | $31,950.00 |
| 708002 | 5/8" Stainless Steel Receiver Lock | 900 | pcs | $7.18 | $6,462.00 |
| 708005 | Trailer Coupler Lock | 960 | pcs | $1.59 | $1,526.40 |
| 704029 | Hitch Ball ofS way Control(711004) | 1,000 | pcs | $1.69 | $1,690.00 |
| 707003 | Recessed Floor/Wall Tie-Down Ring | 900 | pcs | $2.35 | $2,115.00 |
| 707004 | 4-Pack Recessed Mounted Ring | 900 | pcs | $2.60 | $2,340.00 |
| **TOTAL** | | **6,160** | **pcs** | | **$46,083.40** |

SAY TOTAL U.S. DOLLARS FORTY SIX THOUSAND EIGHTY THREE AND CENTS FORTY ONLY.

Remarks:

The seller will be responsible for the transportation fee,i ncluding the sea freight from China to USA and the US local truck transportation.

All other cost happened in US local place, including the customs' clearance fee & importd uty will be for the buyer's account.

Accepted By Buyer

Rigid Hitch Incorporated

Confirmed By Seller

Intradin (Shanghai) Machinery Co., Ltd.

*Ronna*

AUTHORIZED SIGNATURE                        AUTHORIZED SIGNATURE

PDF 文件使用 "FinePrint pdfFactory Pro" 试用版本创建 www.fineprint.com.cn

# *ITI* ITI CO., LTD.

7F-2, NO.79, HSIN TAI WU ROAD SEC.1. HIS-CHIH TAIPEI HSIEN
Tel: 886-2-2698-9606,   Fax: 886-2-2698-9575 ,   E-Mail: iti@ms8.hinet.net

## COMMERCIAL INVOICE

| | | | |
|---|---|---|---|
| Invoice No.: | IV-37751 | Date: | FEB. 27,2006 |
| Shipped Via: | UNI-ACCORD V.0157-200S | On/about: | FEB. 27,2006 |
| From: | SHANGHAI,CHINA | Destination: | BURNSVILLE,MINNESOTA,USA |
| M/S: | RIGID HITCH INC | | |
| | 3301 WEST BURNSVILLE PARKWAY | | |
| | BURNSVILLE,MINNESOTA 55337 | | |

| Marks & Nos | Item No | Description | Q'ty | Unit Price | Amount |
|---|---|---|---|---|---|
| | | | | | CIP BURNSVILLE,MINNESOTA,USA |
| | | **TRAILER PARTS** | | | |
| | | **PO#102805BW** | | | |
| RIGID HITCH/ITI | 705008 | Tri-Ball Hitch Receiver， Power coated with chromed ball | 1,500 EA | $21.30 | $31,950.00 |
| IN REC | 707004 | 4-Pack Recessed Mounted Ring | 900 EA | $2.60 | $2,340.00 |
| MINNESOTA,USA | 708005 | Trailer Coupler Lock | 960 EA | $1.59 | $1,526.40 |
| P/O.:102805BW | 704029 | Hitch Ball of Sway Control(711004) | 1,000 EA | $1.69 | $1,690.00 |
| P/N.: | 707003 | Recessed Floor/Wall Tie-Down Ring | 900 EA | $2.35 | $2,115.00 |
| C/NO.: | | | | | |
| MADE IN CHINA | | | | | |

| **TOTAL:** | | | **5,260 EA** | | **$39,621.40** |
|---|---|---|---|---|---|

SAY TOTAL U.S. DOLLARS THIRTY NINE THOUSAND SIX HUNDRED TWENTY ONE AND
CENTS FORTY ONLY

WE CERTIFY MERCHANDISE CONFORMS TO PURCHASE ORDER 102805BW
COUNTRY OF ORIGIN: CHINA

L/C NO.IM 37221

ITI CO., LTD

# *ITI* ITI CO., LTD.

7F-2, NO.79, HSIN TAI WU ROAD SEC.1. HIS-CHIH TAIPEI HSIEN
Tel: 886-2-2698-9606,   Fax: 886-2-2698-9575 ,   E-Mail: iti@ms8.hinet.net

# PACKING LIST

| | |
|---|---|
| Invoice No.: | IV-37751 |
| Shipped Via: | UNI-ACCORD V.0157-200S |
| From: | SHANGHAI, CHINA |
| M/S: | RIGID HITCH INC |
| | 3301 WEST BURNSVILLE PARKWAY |
| | BURNSVILLE,MINNESOTA 55337 |

| | |
|---|---|
| Date: | FEB. 27,2006 |
| On/about: | FEB. 27,2006 |
| Destination: | BURNSVILLE,MINNESOTA,USA |

| Marks & Nos | | Description | Q'ty | G.W. KGS | N.W. KGS | Meast CBM |
|---|---|---|---|---|---|---|
| | | **TRAILER PARTS** | | | | |
| | | **PO#102805BW** | | | | |
| 375 PKGS | 705008 | Tri-Ball Hitch Receiver, Power coated with chromed ball | 1,500 EA | 12300.00 | 11925.00 | 18.63 |
| 45 PKGS | 707004 | 4-Pack Recessed Mounted Ring | 900 EA | 540.00 | 495.00 | 1.55 |
| 8 PKGS | 708005 | Trailer Coupler Lock | 960 EA | 164.00 | 156.00 | 0.28 |
| 10 PKGS | 704029 | Hitch Ball of Sway Control(711004) | 1,000 EA | 300.00 | 290.00 | 0.18 |
| 18 PKGS | 707003 | Recessed Floor/Wall Tie-Down Ring | 900 EA | 495.00 | 477.00 | 0.36 |
| **TOTAL:456 PKGS** | | | 5,260 EA | 13,799.00 | 13,343.00 | 21.00 |

SAY TOTAL FOUR HUNDRED FIFTY SIX (456)PKGS ONLY.

RIGID HITCH/ITI
IN.REC
MINNESOTA,USA
P/O.:102805BW
P/N.:
C/NO.:
MADE IN CHINA

ONE  CONTAINER ONLY

COUNTRY OF ORIGIN: CHINA

L/C NO.IM 37221

ITI CO., LTD

Helen Lin

| 1. Exporter | Certificate No. CCPIT 051710499 |
|---|---|

**1. Exporter**

Intradin (Shanghai) Machinery Co., Ltd.
No. 118, Duhui Road, Minhang District.
Shanghai, China
VIA ITI CO., LTD.

# CERTIFICATE OF ORIGIN
## OF
## THE PEOPLE'S REPUBLIC OF CHINA

**2. Consignee**

TO ORDER OF RIGID HITCH INC.
3301 WEST BURNSVILLE PARKWAY
BURNSVILLE, MN 55337
ATTN:BLANE WIRTH PH:952-736-2220
FAX:952-736-2221

**3. Means of transport and route**

FROM SHANGHAI CHINA TO BURNSVILLE, MINNESOTA, USA
BY SEA

**5. For certifying authority use only**

**4. Country / region of destination**

UNITED STATES

| 6. Marks and numbers | 7. Number and kind of packages; description of goods | 8. H.S.Code | 9. Quantity | 10. Number and date of invoices |
|---|---|---|---|---|
| RIGID HITCH/ITI IN REC MINNESOTA, USA P/O:102805BW P/N: C/NO. : MADE IN CHINA | TRAILER PARTS TERMS:CIP BURNSVILLE, MINNESOTA, U.S.A. PO NO. :102805BW L/C NO. :IM 37221 SAY TOTAL PACKED IN FOUR HUNDRED AND FIFTY SIX (456) PACKAGES ONLY. ******************************************* | 8716 | 5260EA | IV-3775E FEB.27.2006 |

**11. Declaration by the exporter**

The undersigned hereby declares that the above details and statements are correct, that all the goods were produced in China and that they comply with the Rules of Origin of the People's Republic of China.

**12. Certification**

It is hereby certified that the declaration by the exporter is correct.

# ITI Intradin (Shanghai) Machinery Co., Ltd.

3-3,No. 1755 South Hongmei Road 200237 Shanghai, China
Tel: 86-21-67649769        Fax: 86-21-6764 9552
E-mail: towking@intradinchina.com

## PROFORMA INVOICE

To:  Rigid Hitch Incorporated
     3301 W Burnsville Pkwy Burnsville
     MN 55337-4290, USA

Attn: **Mr. Blane Wirth**
     Tel:952-895-5001
     Fax:952-895-5001

| | |
|---|---|
| P.O.Number: | 120104BW |
| Our Ref.: | TA04-110-Rh-001 |
| Date: | 03/Dec/04 |

**Shipping Mark**
**Rigid Hitch / ITI**

**Minnesota, USA**
P/O: 120104BW
P/N.:
C/NO.:
MADE IN CHINA

| | |
|---|---|
| Shipping Date: | **45 days after L/C receipt** |
| Packing: | According to Rigid Hitch's Design |
| Payment: | L/C at Sight |
| Insurance: | By Seller's Account |
| Total Page: | 1 page |
| Total Items: | 10 Items |

| TowKing(ITI) Item No. | Rigid Hitch's Item No. | DESCRIPTION | Q'TY | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| **Loading from Shanghai, 1*20' Container** | | | | | | **Door to Door MN, USA** |
| 705008 | | Tri-Ball Hitch Receiver☐ Power coated with chromed ball | 800 | pcs | $19.62 | $15,696.00 |
| 708000 | | Adjustable Receiver Lock | 960 | pcs | $4.38 | $4,204.80 |
| 708001 | | 5/8" Receiver Lock & Coupler Lock Combo | 480 | pcs | $7.17 | $3,441.60 |
| 708002 | | 5/8" Stainless Steel Receiver Lock | 720 | pcs | $6.39 | $4,600.80 |
| 708003 | | 5/8" Receiver Lock & Coupler Lock Combo | 720 | pcs | $4.17 | $3,002.40 |
| 708005 | | Trailer Coupler Lock | 960 | pcs | $1.42 | $1,363.20 |
| 705007 | | Adjustable Ball Mount | 400 | pcs | $13.20 | $5,280.00 |
| 703016 | | 2" A-Frame Coupler | 546 | pcs | $7.41 | $4,045.86 |
| 703017 | | 2 5/16" A-Frame Coupler | 768 | pcs | $10.35 | $7,948.80 |
| 708013 | | Trailer Coupler Lock (#708003B), Black | 1,000 | pcs | $3.59 | $3,590.00 |
| **TOTAL** | | | **7,354** | **pcs** | | **$53,173.46** |

/2.

# *ITI* Intradin (Shanghai) Machinery Co., Ltd.

118 Duhui Road, Minghang District, Shanghai, 201100 China.
Fax: 86-21-67649552    ☎ 86-21-64908190
**E-mail:Towking@intradinchina.com**

| | | | |
|---|---|---|---|
| To | : Rigid Hitch Incorporated | Pages | : 1/6 |
| Attn. | : Mr. Blane Wirth | Date | : Feb. 19, 2005 |
| C.c | : | Tel | : 1-952-895-0443 |
| Sub | : Shipping Documents | Fax | : 1-952-895-9150 |

Dear Mr. Blane Wirth

How are you?  We returned from the Chinese New Year holiday yesterday and hope you are doing very well in your side.

Enclosed please find the copy of the shipping documents for your PO 120104BW. We have sent the original to the bank.

Any questions, please do feel free to let us know.

Best Regards

*Ronna*

Ronna Luo
Sales & Marketing Manager

Intradin (Shanghai) Machinery Co., Ltd.
118 Duhui Road, Minhang District, Shanghai, 201100, China
Tel: 86-21-64908190
Fax: 86-21-67649552
Email: tcwking@intradinchina.com

# *ITI* ITI CO., LTD.

7F-2, NO.79, HSIN TAI WU ROAD SEC.1. HIS-CHIH TAIPEI HSIEN
Tel: 886-2-2698-9606;  · Fax: 886-2-2698-9575 ,  E-Mail: iti@ms8.hinet.net

## COMMERCIAL INVOICE

| | | | |
|---|---|---|---|
| Invoice No.: | IV:35901 | Date: | Feb.09,2005 |
| Shipped Via: | EVER GRADE 0149-026E | On/about: | Feb.09,2005 |
| From: | SHANGHAI, CHINA | Destination: | BURNSVILLE, MINNESOTA,USA |
| M/S: | Rigid Hitch Incorporated | | TACOMA,WA |
| | 3301 W Burnsville Pkwy Burnsville | | |
| | MN 55337-4290, USA | | |
| ΛNNT: | Mr. Blane Wirth | | |

| Marks & Nos | Item No | Description | Q'ty | | Unit Price | Amount |
|---|---|---|---|---|---|---|
| | | TRAILER PARTS | | | | |
| N/M | | TERMS:  CIP BURNSVILLE, MINNESOTA, USA | | | Door to Door MN, USA | |
| | | WE CERTIFY MERCHANDISE CONFORMS TO 120104BW | | | | |
| | | **PO#120104BW** | | | | |
| | 705008 | Tri-Ball Hitch Receiver.  Power coated with chromed ball | 800 | EA | $19.62 | $15,696.00 |
| | 708000 | Adjustable Receiver Lock | 960 | EA | $4.38 | $4,204.80 |
| | 708001 | 5/8" Receiver Lock & Coupler Lock Combo | 480 | EA | $7.17 | $3,441.60 |
| | 708002 | 5/8" Stainless Steel Receiver Lock | 720 | EA | $6.39 | $4,600.80 |
| | 708003 | 5/8" Receiver Lock & Coupler Lock Combo | 720 | EA | $4.17 | $3,002.40 |
| | 708005 | Trailer Coupler Lock | 960 | EA | $1.42 | $1,363.20 |
| | 705007 | Adjustable Ball Mount | 400 | EA | $13.20 | $5,280.00 |
| | 703016 | 2" A-Frame Coupler | 546 | EA | $7.41 | $4,045.86 |
| | 703017 | 2 5/16" A-Frame Coupler | 768 | EA | $10.35 | $7,948.80 |
| | 708013 | Trailer Coupler Lock (#708003B), Black | 1,000 | EA | $3.59 | $3,590.00 |
| **TOTAL:** | | | **7,354 EA** | | | **$53,173.46** |

SAY TOTAL U.S. DOLLARS FIFTY THREE THOUSAND ONE HUNDRED SEVENTY THREE
AND CENTS FORTY SIX ONLY

<u>COUNTRY OF ORIGIN: CHINA</u>

MARLUS44 MAND 1 MARSHALL AND ILSLEY BANK MILWAUKEE,WI
L/C 1M36385

ITI CO., LTD

## ORIGINAL

| 1. Exporter | Certificate No. **CCPIT 050624111** |
|---|---|
| YANCHENG TIANDI INTERNATIONAL TRADE CO., LTD. 12 EAST YANHE ROAD, YANCHENG, JIANGSU, CHINA | **CERTIFICATE OF ORIGIN** **OF** **THE PEOPLE'S REPUBLIC OF CHINA** |

| 2. Consignee | |
|---|---|
| TO ORDER OF RIGID HITCH INC., 3301 W BURNSVILLE PKWY BURNSVILLE MN 55337-4290, USA ATTN:MR. BLANE WIRTH FAX:9521895-0443 | |

| 3. Means of transport and route | 5. For certifying authority use only |
|---|---|
| FROM SHANGHAI, CHINA TO BURNSVILLE, MINNESOTA, USA BY SEA | |

| 4. Country / region of destination | |
|---|---|
| UNITED STATES | |

| 6. Marks and numbers | 7. Number and kind of packages; description of goods | 8. H.S.Code | 9. Quantity | 10. Number and date of invoices |
|---|---|---|---|---|
| N/M | TRAILER PARTS TERMS:CIP BURNSILLE, MINNESOTA, USA L/C IM36385 SAY TOTAL PACKED IN FOUR HUNDRED AND SEVENTY EIGHT(478)PKGS ONLY. ***************************************** | 87169000 | 7354EA | IV-35901 FEB. 07, 2005 |

| 11. Declaration by the exporter | 12. Certification |
|---|---|
| The undersigned hereby declares that the above details and statements are correct, that all the goods were produced in China and that they comply with the Rules of Origin of the People's Republic of China. | It is hereby certified that the declaration by the exporter is correct. |
| YANCHENG JIANGSU CHINA    FEB. 07, 2005 Place and date, signature and stamp of authorized signatory | YANCHENG  FEB. 07, 2005 Place and date, signature and stamp of certifying authority |

# EVERLINK INTERNATIONAL

**BILL OF LADING**
NOT NEGOTIABLE UNLESS CONSIGNED "TO ORDER"

| | |
|---|---|
| ER/EXPORTER (Name, Address and IRS No.) | BILL OF LADING NO.: |
| ITI CO.,LTD. <br> F-2 NO.79 HSIN TAI WU ROAD,SEC 1, <br> HSI CHIH,TAIPEI HSIEN,TAIWAN | **EISU142580185445** <br><br> EXPORT REFERENCES: |
| 3NEE (Name and Address) <br> TO ORDER OF RIGID HITCH INC. <br> 3301 WEST BURNSVILLE PKWY BURNSVILLE, <br> MN 55337 <br> ATTN:BLAIN WIRTH,FAX:952/895-0443 | FORWARDING AGENT - REFERENCES: <br><br> PLACE OF RECEIPT (Point and Country of Origin): |
| PARTY (Name & Address) <br> RIGID HITCH INC <br> 3301 WEST BURNSVILLE PKWY BURNSVILLE, <br> MN 55337 <br> ATTN:BLAIN WIRTH,FAX:952/895-0443 | FOR DELIVERY APPLY TO: <br><br> EVERLINK INTERNATIONAL <br> 2570 CORPORATE PL #E209, MONTEREY PARK, <br> CA 91754 <br> TEL: (323)980-8181; FAX: (323)980-8189 |

| ARRIAGE BY | *PLACE OF RECEIPT |
|---|---|
| TING CARRIER (Vessel) <br> **EVER GRADE 0149-026E** | PORT OF LOADING <br> SHANGHAI,CHINA | PLACE OF DELIVERY: (Onward Inland Routing): |
| OF DISCHARGE <br> TACOMA,WA | PLACE OF DELIVERY <br> BURNSVILLE,MINNESOTA,USA | |

| Marks & Numbers <br> Container No. | No. of Pkgs. or <br> Shipping Units | Description of Goods & Pkgs. <br> PARTICULAR FURNISHED BY SHIPPER | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| N/M <br><br><br> TGHU2106160/74334 | 478 PACKAGES | TRAILER PARTS <br> TERMS:CIP BURNSVILLE,MINNESOTA,USA <br> PO#:120104BW <br> L/C:1M36385 <br><br> NO SWPM <br><br> 1X20' <br> CY TO DOOR <br> FREIGHT PREPAID <br><br><br> SAY FOUR HUNDRED AND SEVENTY EIGHT PACKAGES ONLY. | 17454KGS | 26.67CBM |

| Freight Details, Charges etc. | PREPAID | COLLECT | |
|---|---|---|---|
| **ON BOARD** <br> *Galton* <br> ) 9 FEB 2005 | | | RECEIVED by the Carrier the Goods as specified above in apparent good order and condition unless otherwise stated to be transported to such place as agreed, authorized or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this Bill of Lading to which the Merchant agrees by accepting this Bill of Lading, any local privileges and customers notwithstanding. <br><br> The particulars given above as stated by shipper and the weight, measure, quantity, condition, contents and value of the Goods <br><br> IN WITNESS WHERE OF the Carrier or Agent of said vessel has <br><br> signed _____ THREE _____ bills of lading, all of the same <br><br> tenor and date, one of which being accomplished, the others to stand void. |

SHANGHAI  FEB .09, 2005

By _____ *Galton* _____
Authorized Signature(s)
as Carrier

lace and date of issue

# *ITI* Intradin (Shanghai) Machinery Co., Ltd.

1755 South Hong Mei Road, Minghang District, Shanghai, 200237 China.

Fax: 86-21-67649552    ☎ 86-21-67648095

**E-mail:Towking@intradinchina.com**

| | | | |
|---|---|---|---|
| To | : Rigid Hitch Incorporated | Pages : | |
| Attn. | : Mr. Blane Wirth | Date : | June 26, 2004 |
| C.c | : | Tel : | 001-952-895-5001 |
| Sub | :Towing Project—ITI & Rigid | Fax : | 001-952-895-9150 |

Dear Mr. Blane Wirth

We are taking the liberty to present more detail materials for your reference as enclosed, hope you have time to evaluate it earlier and start our "win-win" business relationship!

Best Regards

*Ronna*

Ronna Luo
Sales & Marketing Manager

Intradin (Shanghai) Machinery Co., Ltd.
1755 South Hongmei Road, Shanghai, 200237, China
Tel: 86-21-67649551
Fax: 86-21-67649552
Email: towking@intradinchina.com

Towking

发件人： "Towking" <towking@intradinchina.com>
收件人： <blawir@rigidhitch.com>
发送时间： 2004年6月25日 21:15
附件： Lock Series.doc
主题： Towing Project -- ITI & Rigid

Dear Mr. Blane Wirth,

Thank you very much receiving my call yesterday, it was very nice to talk to you!

Attached please find our quotation. Meanwhile, to assist you with a quicker decision, we take the liberty to prepare samples specially for Rigid Hitch's evaluation today:

#703016    *2" A-Frame Coupler*
#708000    *Receiver Lock*
#705008    *Tri-Ball Hitch*

The samples will be available and express to you by July 10. Please do feel free to let us know if you want any other preferences. The samples will be free of charge for you. Do you have any international account number to collect the shipment (UPS, DHL, FedEx...)?

While presenting our project to you, we hope to establish our partnership by a brief introduction as below:

Though starting with hardware trading business, ITI has become a wide-scaled manufacturer of many products. Through years of efforts, we are proud to grow up as the foremost manufacturer in China of a most complete line of towing accessories.

ITI sells products through OEM to our customers, while many of them are among the best known and trusted in the industry. These products are innovatively produced to our customers' specific requirements, and then marketed using the customers' particular colors and brand names.

ITI has been serving automotive, marine and industrial market for years under many well-established trademarks. Since you are located in Burnsville, you may just talk to Mr. Bob Lusty in Northern Tool & Equipment directly by phone#: 952-895-6811 for reference information of ITI.

We understand you have been impacted by the steel increases on the steel products. Besides, we believe all distributors of Reese group are now forced to wait for longer deliveries. ITI will be glad if Rigid Hitch could take us as your alternative supplier to back you up under this situation. We look forward to working with your esteemed company and hope to devote our efforts for your long-term development.

Best regards and have a nice weekend!

Ronna Luo
Sales & Marketing Manager

Intradin (Shanghai) Machinery Co., Ltd.
1755 South Hongmei Road, Shanghai, 200237, China
Tel: 86-21-67648501 Ext.: 23    86-21-67649551 (Direct Line)
Fax: 86-21-67649552
Email: towking@intradinchina.com
Http://www.intradinchina.com/towing

# *III* Intradin (Shanghai) Machinery Co., Ltd.

1755, Hongmei Road (s), Shanghai 200237, China.
Tel: 86-21-67649769, Fax: 86-21-67649552

# INVOICE

| | | | |
|---|---|---|---|
| TO | Rigid Hitch Incorporated | YOUR REF. | Sample Request |
| | 3301 W Burnsville Pkwy | OUR REF. : TASP-04-109 |
| | Burnsville, MN 55337-4290 | DATE : 10-Aug-04 |
| | Tel: 1-952-895-5001 | SHIPPING By UPS |
| PACKING | By Standard Export Packaging | FREIGHT : Perpaid |

**\*\*\* SAMPLES FOR EVALUATION PURPOSE, NO COMMERCIAL VALUE \*\*\***

| ITEM NO. | DESCRIPTION & SPECS. | Q'TY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | | | **FOB CHINA USD** | |
| 704013 | 1 7/8" Stainless Steel Hitch Ball | 1 PC | $5.88 | $5.88 |
| 705004 | Chrome Plated Ball Mount, 6,000lbs | 1 PC | $6.12 | $6.12 |
| 705002 | Power Coated Ball Mount, 6,000lbs | 1 PC | $4.85 | $4.85 |
| 708002 | 5/8" Stainless Steel Receiver Lock | 1 PC | $6.20 | $6.20 |
| 708003 | 5/8" Receiver Lock and Coupler Lock Combo | 1 PC | $3.97 | $3.97 |
| 708001 | 5/8" Receiver Lock and Coupler Lock Combo | 1 PC | $6.97 | $6.97 |
| **TOTAL :** | | **6 PCS** | | **$33.99** |

**SAY TOTAL US DOLLARS THIRTY THREE AND CENTS NINETY NINE ONLY**

REMARKS:

**INTRADIN (SHANGHAI) MACHINERY CO., LTD.**

*Ronna*

AUTHORIZED SIGNATURE

# *ITI* Intradin (Shanghai) Machinery Co., Ltd.

1755, Hongmei Road (s), Shanghai 200237, China.
Tel: 86-21-67649769, Fax: 86-21-67649552

# INVOICE

TO      Rigid Hitch Incorporated
       3301 W Burnsville Pkwy
       Burnsville, MN 55337-4290
       Tel: 1-952-895-5001

PACKING    By Standard Export Packaging

YOUR REF.   Sample Request
OUR REF.   : TASP-04-067
DATE      : 22-Jul-04
SHIPPING    By UPS
FREIGHT   : Perpaid

**\*\*\* SAMPLES FOR EVALUATION PURPOSE, NO COMMERCIAL VALUE \*\*\***

| ITEM NO. | DESCRIPTION & SPECS. | Q'TY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | | | **FOB CHINA USD** | |
| 703016 | 2" A-Frame Coupler, 5,000LBS | 1 PC | $6. 68 | $6.68 |
| 708000 | 5/8" Receiver Lock | 1 PC | $4. 19 | $4.19 |
| 705008 | Tri-Ball Hitch | 1 PC | $16. 26 | $16.26 |
| **TOTAL :** | | **3 PCS** | | **$27.13** |

SAY TOTAL US DOLLARS TWENTY SEVEN AND CENTS THIRTEEN ONLY

REMARKS:

SHIPPER RECEIPT (TRACKING NO.)
W352 1655 860

EXPORT-1

M147 6876 166

INTRADIN (SHANGHAI) MACHINERY CO., LTD.

*Donna*

AUTHORIZED SIGNATURE

# Blane Wirth

**From:** "Towking" <towking@intradinchina.com>
**To:** "Blane Wirth" <blawir@rigidhitch.com>
**Sent:** Monday, November 01, 2004 8:00 PM
**Subject:** Re: Additional item to quote

Dear Blane,

It is very nice to have your e-mail this morning!

## Re: Universal Coupler Lock

Sorry that as this design was filed into the patent, we can not offer it at this moment. We hope we can redesign it and quote you later.

## Re: PLI

Thank you for the company name with adress. I will work with the insurance company to work out the certificate for Rigid Hitch and will express to you later. Can we do some help on your setup credit form with ITI? Thank you very much to welcome David Wang & Ronna Luo in your office next week.

Best Regards,

Nick Ni
Product Manager

Add:118, Duhui Road, Minhang District, Shanghai, China 201109
Tel: 86-21-6490-8190
Fax: 86-21-6764-9552
    86-21-6485-6185
E-mail:Towking@intradinchina.com
Http://www.intradinchina.com

----- Original Message -----
**From:** Blane Wirth
**To:** Ronna Luo
**Sent:** Tuesday, November 02, 2004 5:53 AM
**Subject:** Additional item to quote

Ronna,
Hope you are doing well and your business is good.
I ask that you please quote on your part number 708006 Universal coupler lock.
Please add it to the quote you sent me on 12-Aug-04 which shows Door To Door Pricing and the minimums required.
Thank you very much,
Blane Wirth

## Blane Wirth

| | |
|---|---|
| **From:** | "TowKing" <towking@intradinchina.com> |
| **To:** | "Blane Wirth" <blawir@rigidhitch.com> |
| **Sent:** | Wednesday, December 14, 2005 10:49 AM |
| **Subject:** | Rigid patent issuel |

Dear Blane,

I would like to appologize that I have to share with you a "no good" news.

We just received a patent letter from Cequent. We are astonished about it and did not have any idea that these products were patented products till now.

As requested, we were informed that we should disclose q'ty and customer's name to the side of patent ownership. Could you please let me know if I should pass all the below information to Cequent or if there any advice from you on how to release the information? Our records show the quantities and items as below, please correct me if I made a mistake.

| | Pending order Q'ty | Shipped Q'ty |
|---|---|---|
| Item#708000  receiver lock | / | 960pcs |
| Item#708001  receiver lock | / | 480pcs |
| Item#708002  receiver lock | 900pcs | 720pcs |
| Item#703016  2" A-Frame Coupler | / | 546pcs |
| Item#703017  2-5/16"A-Frame Coupler | / | 768pcs |

==========================================================

Snce we are in this situation, we hope we could both work through it and minimize our both loss to the minimum. Through our engineer's hard effort, we have already redesigned the patent. We will supply you the redesigned products for your future orders. Please let me know if you would like to see our new samples.

Again, I am sorry for this unexpected inconvenience brought to you. I will wait for your advice.


Best Regards,

Ronna Luo
Sales & Marketing Manager


Intradin (Shanghai) Machinery Co., Ltd.
118 Duhui Road, Minhang District, Shanghai, 201109 China
Tel: 86-21-64908190
Fax: 86-21-67649552 / 64856185
Email: towking@intradinchina.com
Web: www.intradinchina.com/towking

"Towking manufactures the most complete line of quality towing accessories in China."

## Blane Wirth

**From:**     "ITI-Towing Accessories" <towking@intradinchina.com>
**To:**       "Blane Wirth" <blawir@rigidhitch.com>
**Sent:**     Thursday, December 15, 2005 2:29 AM
**Subject:**  Re: Rigid patent issuel

Dear Blane,

We are sorry to make you surprised. For you pending order, don't worry, we will ship them as schedule. As for patent issue, we will reply to you early next week as we do not want to miss any possible better solving way. So that we could both work through it and minimize our both loss to the minimum during this process. Thank you for your patience.

Best Regards,

Ronna Luo
Sales & Marketing Manager

Intradin (Shanghai) Machinery Co., Ltd.
118 Duhui Road, Minhang District, Shanghai, 201109 China
Tel: 86-21-64908190
Fax: 86-21-67649552 / 64856185
Email: towking@intradinchina.com
Web: www.intradinchina.com/towking

"Towking manufactures the most complete line of quality towing accessories in China."

----- Original Message -----
**From:** Blane Wirth
**To:** TowKing
**Sent:** Thursday, December 15, 2005 1:48 AM
**Subject:** (ÈðÐÇíáÊ¾-´ËÓÊ¼þ¿ÉÄÜÊÇÀ¬»øÓÊ¼þ)Re: Rigid patent issuel

Ronna,
This is very troubling news.
I know that when you and Mr. David Wang visited Rigid Hitch this question was raised and you both assured me that you had done your due diligence in checking for patent infringement. This appears to not have been done.
What directive has been issued by Cequent with regards to previously sold products?
You most certainly need to disclose all purchasers of these products - Rigid Hitch included.
Cancel my pending order for the part# 708002 - qty 900 - I will expect you to not delay my shipment or in any way adjust my container quantities because of this issue. Order should be shipping very soon (55 days from 10.29.05) - please check its status and advise.
We will then need you to prepare a credit in the form of a bank draft on a US bank against our letter of credit in the amount of $ 6,462.00 US dollars.
How these issues are handled will greatly affect our business and the business of many of your "new" hitch customers going forward.
I will await additional information from you - regarding status of our order and the issuance of our credit.

Respectfully,
Blane Wirth

----- Original Message -----
**From:** TowKing
**To:** Blane Wirth
**Sent:** Wednesday, December 14, 2005 10:49 AM
**Subject:** Rigid patent issuel

Dear Blane,

I would like to appologize that I have to share with you a "no good" news.

We just received a patent letter from Cequent. We are astonished about it and did not have any idea that these products were patented products till now.

As requested, we were informed that we should disclose q'ty and customer's name to the side of patent ownership. Could you please let me know if I should pass all the below information to Cequent or if there any advice from you on how to release the information? Our records show the quantities and items as below, please correct me if I made a mistake.

| | Pending order Q'ty | Shipped Q'ty |
|---|---|---|
| Item#708000 receiver lock | / | 960pcs |
| Item#708001 receiver lock | / | 480pcs |
| Item#708002 receiver lock | 900pcs | 720pcs |
| Item#703016 2" A-Frame Coupler | / | 546pcs |
| Item#703017 2-5/16"A-Frame Coupler | / | 768pcs |

Snce we are in this situation, we hope we could both work through it and minimize our both loss to the minimum. Through our engineer's hard effort, we have already redesigned the patent. We will supply you the redesigned products for your future orders. Please let me know if you would like to see our new samples.

Again, I am sorry for this unexpected inconvenience brought to you. I will wait for your advice.


Best Regards,

Ronna Luo
Sales & Marketing Manager


Intradin (Shanghai) Machinery Co., Ltd.
118 Duhui Road, Minhang District, Shanghai, 201109 China
Tel: 86-21-64908190
Fax: 86-21-67649552 / 64856185
Email: towking@intradinchina.com
Web: www.intradinchina.com/towking

"Towking manufactures the most complete line of quality towing accessories in China."

11/16/2006

## Blane Wirth

**From:** "David G Wang" <david@intradinchina.com>
**To:** <blawir@rigidhitch.com>
**Cc:** "ITI-Towing Accessories" <towking@intradinchina.com>
**Sent:** Tuesday, December 20, 2005 10:38 AM
**Subject:** Patent Issue

blawir@rigidhitch.com

Dear Blane,

This is David. How are you doing? Wish everything goes well with you.

I am writing to you specially for the lock issue. We are in the process of actively defending the indictment from Cequent, as there are many unreasonable aspects. However, I am sorry for the trouble we brought to you.

As for these locks that are involved in the patent issue, we indeed made the investigation in order to find out whether they have the patent or not. We also specially consulted our customer with rich experience in this trade in order to confirm it. It's not our original desirability to make these troubles for you. Sorry for the inconvenience caused by this again.

No matter how the discussion with Cequent goes on, we would like to present that ITI is a responsible company to take care of our customers and business. Therefore, we agree with you to cancel the pending order for # 708002 with 900pcs, though these products are already in our warehouse and return the amount by transfer to you. We would like to pay the fees and take responsibilities caused by the patent issue, if needed. We hope the loss might be decreased to the minimum by our mutual efforts. We will let you be updated of the status of our discussing with Cequent.

Furthermore, we have redesigned the locks part # 708001 & 708002 against the patent locks. We hope that we have the chance to share our redesigned samples with you if you are interested in the future.

Again, I appologize for the inconvenience. Please let us know what we could do for you further.


Best Regards,

David Wang
Vice President

Intradin (Shanghai) Machinery Co., Ltd.
118 Duhui Road, Minhang District, Shanghai, 201109, China
Tel: 86-21-64908190
Fax: 86-21-67649552 / 64856185
Email: towking@intradinchina.com
Web: www.intradinchina.com/towking

"Towking manufactures the most complete line of quality towing accessories in China."

----- Original Message -----
**From:** Blane Wirth
**To:** TowKing
**Sent:** Thursday, December 15, 2005 1:48 AM
**Subject:** Re: Rigid patent issuel

Ronna,
This is very troubling news.
I know that when you and Mr. David Wang visited Rigid Hitch this question was raised and you both assured me that you had done your due diligence in checking for patent infringement. This appears to not have been done. What directive has been issued by Cequent with regards to previously sold products?
You most certainly need to disclose all purchasers of these products - Rigid Hitch included.
Cancel my pending order for the part# 708002 - qty 900 - I will expect you to not delay my shipment or in any way adjust my container quantities because of this issue. Order should be shipping very soon (55 days from 10.29.05)

- please check its status and advise.
We will then need you to prepare a credit in the form of a bank draft on a US bank against our letter of credit in the amount of $ 6,462.00 US dollars.
How these issues are handled will greatly affect our business and the business of many of your "new" hitch customers going forward.
I will await additional information from you - regarding status of our order and the issuance of our credit.

Respectfully,
Blane Wirth

----- Original Message -----
**From:** TowKing
**To:** Blane Wirth
**Sent:** Wednesday, December 14, 2005 10:49 AM
**Subject:** Rigid patent issue!

Dear Blane,

I would like to appologize that I have to share with you a "no good" news.

We just received a patent letter from Cequent. We are astonished about it and did not have any idea that these products were patented products till now.

As requested, we were informed that we should disclose q'ty and customer's name to the side of patent ownership. Could you please let me know if I should pass all the below information to Cequent or if there any advice from you on how to release the information? Our records show the quantities and items as below, please correct me if I made a mistake.

| | Pending order Q'ty | Shipped Q'ty |
|---|---|---|
| Item#708000 receiver lock | / | 960pcs |
| Item#708001 receiver lock | / | 480pcs |
| Item#708002 receiver lock | 900pcs | 720pcs |
| Item#703016 2" A-Frame Coupler | / | 546pcs |
| Item#703017 2-5/16"A-Frame Coupler | / | 768pcs |

==========================================================

Snce we are in this situation, we hope we could both work through it and minimize our both loss to the minimum. Through our engineer's hard effort, we have already redesigned the patent. We will supply you the redesigned products for your future orders. Please let me know if you would like to see our new samples.

Again, I am sorry for this unexpected inconvenience brought to you. I will wait for your advice.

Best Regards,

Ronna Luo
Sales & Marketing Manager

Intradin (Shanghai) Machinery Co., Ltd.
118 Duhui Road, Minhang District, Shanghai, 201109 China
Tel: 86-21-64908190
Fax: 86-21-67649552 / 64856185
Email: towking@intradinchina.com
Web: www.intradinchina.com/towking

"Towking manufactures the most complete line of quality towing accessories in China."

## Blane Wirth

| | |
|---|---|
| **From:** | "TowKing" <towking@intradinchina.com> |
| **To:** | "Blane Wirth" <blawir@rigidhitch.com> |
| **Sent:** | Tuesday, January 10, 2006 4:28 AM |
| **Subject:** | Re: Rigid patent issuel |

Dear Blane,

How are you ? We called you yesterday, however, it's very pity that we could not talk with you as no one answers the phone. Hoping everything is going well with you.

As for the Patent Issue of receiver locks and couplers, it's being solved by our American lawyer and is smoothly getting along now. Furthermore, the goods of PO #102805BW will be on boat about on Jan. 20, 2006. We will keep you informed for the situations in time.

Any questions, please let us know.

Best Regards,

Ronna Luo

Sales & Marketing Manager

Intradin (Shanghai) Machinery Co., Ltd.
118 Duhui Road, Minhang District, Shanghai, 201109 China
Tel: 86-21-64908190
Fax: 86-21-67649552 / 64856185
Email: towking@intradinchina.com
Web: www.intradinchina.com/towking

"Towking manufactures the most complete line of quality towing accessories in China."

----- Original Message -----
From: Blane Wirth
To: TowKing
Sent: Thursday, December 15, 2005 1:48 AM
Subject: Re: Rigid patent issuel

Ronna,
This is very troubling news.
I know that when you and Mr. David Wang visited Rigid Hitch this question was raised and you both assured me that you had done your due diligence in checking for patent infringement. This appears to not have been done.
What directive has been issued by Cequent with regards to previously sold products?
You most certainly need to disclose all purchasers of these products - Rigid Hitch included.
Cancel my pending order for the part# 708002 - qty 900 - I will expect you to not delay my shipment or in any way adjust my container quantities because of this issue. Order should be shipping very soon (55 days from 10.29.05) - please check its status and advise.
We will then need you to prepare a credit in the form of a bank draft on a US bank against our letter of credit in the amount of $ 6,462.00 US dollars.
How these issues are handled will greatly affect our business and the business of many of your "new" hitch customers going forward.
I will await additional information from you - regarding status of our order and the issuance of our credit.

Respectfully,
Blane Wirth

----- Original Message -----
**From:** TowKing
**To:** Blane Wirth
**Sent:** Wednesday, December 14, 2005 10:49 AM
**Subject:** Rigid patent issue!

Dear Blane,

I would like to appologize that I have to share with you a "no good" news.

We just received a patent letter from Cequent. We are astonished about it and did not have any idea that these products were patented products till now.

As requested, we were informed that we should disclose q'ty and customer's name to the side of patent ownership. Could you please let me know if I should pass all the below information to Cequent or if there any advice from you on how to release the information? Our records show the quantities and items as below, please correct me if I made a mistake.

| | Pending order Q'ty | Shipped Q'ty |
|---|---|---|
| Item#708000 receiver lock | / | 960pcs |
| Item#708001 receiver lock | / | 480pcs |
| Item#708002 receiver lock | 900pcs | 720pcs |
| Item#703016 2" A-Frame Coupler | / | 546pcs |
| Item#703017 2-5/16"A-Frame Coupler | / | 768pcs |

Snce we are in this situation, we hope we could both work through it and minimize our both loss to the minimum. Through our engineer's hard effort, we have already redesigned the patent. We will supply you the redesigned products for your future orders. Please let me know if you would like to see our new samples.

Again, I am sorry for this unexpected inconvenience brought to you. I will wait for your advice.


Best Regards,

Ronna Luo
Sales & Marketing Manager


Intradin (Shanghai) Machinery Co., Ltd.
118 Duhui Road, Minhang District, Shanghai, 201109 China
Tel: 86-21-64908190
Fax: 86-21-67649552 / 64856185
Email: towking@intradinchina.com
Web: www.intradinchina.com/towking

"Towking manufactures the most complete line of quality towing accessories in China."

11/16/2006

# Blane Wirth

**From:** "TowKing" <towking@intradinchina.com>
**To:** "Blane Wirth" <blawir@rigidhitch.com>
**Sent:** Wednesday, March 01, 2006 8:16 PM
**Subject:** Re: Shipping Status on PO#102805BW

Blane,

PO#102805BW was shipped on Feb 27. And we are preparing the shipping documents for the bank, but we found that as 900pcs #708002 was cancelled, then the actual amount will be $6,462.00 less than the L/C amount of $46,038.00. If we show the actual amount, then there will be discrepency with the L/C, it will result that we will be charged $300.00 from the bank. We are manufacuturer, our profit margin is very lean, $300.00 is very important for us. Our suggestion is that you revise the L/C amount to be $46,083.40-$6462.00=$39621.40 as quickly as possible. Please kindly advise your thoughts.

Ronna

> ----- Original Message -----
> **From:** Blane Wirth
> **To:** Ronna Luo
> **Sent:** Tuesday, February 07, 2006 11:55 PM
> **Subject:** Shipping Status
>
> Ronna,
> Please advise when we will receive our order, it is very delayed.
> Blane

## Blane Wirth

| | |
|---|---|
| **From:** | "towking" <towking@intradinchina.com> |
| **To:** | <blawir@rigidhitch.com> |
| **Sent:** | Tuesday, July 04, 2006 3:42 AM |
| **Attach:** | Couplers.pdf |
| **Subject:** | New products Recommendation |

# THE UNIQUE MANUFACTURER IN CHINA PASS SAE J684 ON COUPLER

## We provide the most safe coupler with the best services at the most competitive prices to market your products.

Dear Blane,

It seems long time not get in touch, hope this mail find you well.

We take the liberty of recommending you our coupler series and hope there will be helpful to enrich your products line.

Firstly, we¡¯d like to emphasis the safety of coupler, since we have got SAE approval by Third Party in US. That¡¯s most important point for the towing products.

Secondly, cost saving is your concern; we believe our price is most competitive for the same quality coupler.

Samples are available if you have any interested in these items and we are looking forward your comments.

Regards,

Ronna Luo
Sales & Marketing Manager

Intradin (Shanghai) Machinery Co., Ltd.
118 Duhui Road, Minhang District, Shanghai, 201109 China
Tel: 86-21-64908190
Fax: 86-21-67649552 / 64856185
Email: towking@intradinchina.com
Web: www.intradinchina.com/towking
"Towking manufactures the most complete line of quality towing accessories in China."

# Quick-Lock Couplers

## Meet or exceed SAE J684 Standards

Safety Selection!

**Safe Coupler**

- SAE approval by the third party testing institution in U.S.A
- Strict in-house testing system assure consistent quality
- Stable quality guaranteed by ISO9001 Quality System

**PLI**

Guaranteed by USD\$ 2 million Product Liability Insurance

**Cost Saving**

Same Safe Couplers. Lower Price!

**Finish Choice**
- Super-Coating available for marine market
- Pass over 500 hours of salt spray test
- Normal zinc plated
- Primed or oiled finish available

**Package Choice**
- Bulk package
- Color label
- Color box
- Clam shell









## Specification

| Item No. | Ball Size | Chanel Width | Trailer GVW | SAE Class | Q'ty of 20' |
|----------|-----------|--------------|-------------|-----------|-------------|
| 703001 | | | 2,000 lbs | | 10,080pcs |
| 703002 | 1-7/8" | 2-1/2" | 2,000 lbs | I | 10,080pcs |
| 703003 | 1-7/8" | | 2,000 lbs | I | 10,080pcs |
| 703004 | 2" | 2" | 3,500 lbs | II | 7,200pcs |
| 703005 | | 2-1/2" | 3,500 lbs | | 7,200pcs |
| 703006 | 2" | 3" | 3,500 lbs | II | 7,200pcs |

**TOWKING™**

Email: towking@intradinchina.com
Tel: 86-21-64908190
Fax: 86-21-67649552

# ITI Intradin (Shanghai) Machinery Co., Ltd.

118 Duhui Road, Minhang District, Shanghai 201109, China
Tel: 86-21-64908190          Fax:8 6-21-6764 9552
E-mail: towking@intradinchina.com

## PROFORMA INVOICE

| | | | |
|---|---|---|---|
| To: | Rigid Hitch Incorporated | P.O.Number: | |
| | 3301 W Burnsville Pkwy Burnsville | Our Ref.: | TA05-088-RH-002 |
| | MN 55337-4290, USA | Date: | 10-Oct-05 |
| Attn: | **Mr. Blane Wirth** | | |

Tel:952-895-5001

Fax:952-895-5001

**Shipping Mark**

| Rigid Hitch / ITI |

**Minnesota, USA**

| | |
|---|---|
| Shipping Date: | **55 days after L/C receipt** |
| Packing: | According to Rigid Hitch's Design |
| Payment: | L/C atS ight |
| Insurance: | By Seller's Account |
| Total Page: | 1 page |
| Total Items: | 6 Items |

P/O:   TA05-088-RH-002
P/N.:
C/NO.:
MADE IN CHINA

| TowKing(ITI) Item No. | DESCRIPTION | Q'TY | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| *Loading from Shanghai, 1*20' Container* | | | | **Door to Door MN,U SA** | |
| 705008 | Tri-Ball Hitch Receiver，Power coated with chromed ball | 1,500 | pcs | $21.30 | $31,950.00 |
| 708002 | 5/8" Stainless Steel Receiver Lock | 900 | pcs | $7.18 | $6,462.00 |
| 708005 | Trailer Coupler Lock | 960 | pcs | $1.59 | $1,526.40 |
| 704029 | Hitch Ball ofS way Control(711004) | 1,000 | pcs | $1.69 | $1,690.00 |
| 707003 | Recessed Floor/Wall Tie-Down Ring | 900 | pcs | $2.35 | $2,115.00 |
| 707004 | 4-Pack Recessed Mounted Ring | 900 | pcs | $2.60 | $2,340.00 |
| **TOTAL** | | **6,160** | **pcs** | | **$46,083.40** |

SAY TOTAL U.S. DOLLARS FORTY SIX THOUSAND EIGHTY THREE AND CENTS FORTY ONLY.

Remarks:

The seller will be responsible for the transportation fee,i ncluding the sea freight from China to USA and the US local truck transportation.

All other cost happened in US local place, including the customs' clearance fee & importd uty will be for the buyer's account.

Accepted By Buyer

Rigid Hitch Incorporated

Confirmed By Seller

Intradin (Shanghai) Machinery Co., Ltd.

*Ronna*

_____
AUTHORIZED SIGNATURE

_____
AUTHORIZED SIGNATURE

PDF 文件使用 "FinePrint pdfFactory Pro" 试用版本创建 www.fireprint.com.cn

# *ITI* ITI CO., LTD.

7F-2, NO.79, HSIN TAI WU ROAD SEC.1. HIS-CHIH TAIPEI HSIEN
Tel: 886-2-2698-9606, Fax: 886-2-2698-9575, E-Mail: iti@ms8.hinet.net

## COMMERCIAL INVOICE

| | | | |
|---|---|---|---|
| Invoice No.: | IV-37751 | Date: | FEB. 27,2006 |
| Shipped Via: | UNI-ACCORD V.0157-200S | On/about: | FEB. 27,2006 |
| From: | SHANGHAI,CHINA | Destination: | BURNSVILLE,MINNESOTA,USA |
| M/S: | RIGID HITCH INC | | |
| | 3301 WEST BURNSVILLE PARKWAY | | |
| | BURNSVILLE,MINNESOTA 55337 | | |

| Marks & Nos | Item No | Description | Q'ty | Unit Price | Amount |
|---|---|---|---|---|---|
| | | | | | CIP BURNSVILLE,MINNESOTA,USA |
| | | **TRAILER PARTS** | | | |
| | | **PO#102805BW** | | | |
| RIGID HITCH/ITI | 705008 | Tri-Ball Hitch Receiver, Power coated with chromed ball | 1,500 EA | $21.30 | $31,950.00 |
| IN REC | 707004 | 4-Pack Recessed Mounted Ring | 900 EA | $2.60 | $2,340.00 |
| MINNESOTA,USA | 708005 | Trailer Coupler Lock | 960 EA | $1.59 | $1,526.40 |
| P/O.:102805BW | 704029 | Hitch Ball of Sway Control(711004) | 1,000 EA | $1.69 | $1,690.00 |
| P/N.: | 707003 | Recessed Floor/Wall Tie-Down Ring | 900 EA | $2.35 | $2,115.00 |
| C/NO.: | | | | | |
| MADE IN CHINA | | | | | |

| **TOTAL:** | | | **5,260 EA** | | **$39,621.40** |
|---|---|---|---|---|---|

SAY TOTAL U.S. DOLLARS THIRTY NINE THOUSAND SIX HUNDRED TWENTY ONE AND
CENTS FORTY ONLY

WE CERTIFY MERCHANDISE CONFORMS TO PURCHASE ORDER 102805BW
COUNTRY OF ORIGIN: CHINA

L/C NO.IM 37221

ITI CO., LTD

Helen Lin

# *ITI* ITI CO., LTD.

7F-2, NO.79, HSIN TAI WU ROAD SEC.1. HIS-CHIH TAIPEI HSIEN
Tel: 886-2-2698-9606,   Fax: 886-2-2698-9575 ,   E-Mail: iti@ms8.hinet.net

# PACKING LIST

| | |
|---|---|
| Invoice No.: | IV-37751 |
| Shipped Via: | UNI-ACCORD V.0157-200S |
| From: | SHANGHAI, CHINA |
| M/S: | RIGID HITCH INC |
| | 3301 WEST BURNSVILLE PARKWAY |
| | BURNSVILLE,MINNESOTA 55337 |

| | |
|---|---|
| Date: | FEB. 27,2006 |
| On/about: | FEB. 27,2006 |
| Destination: | BURNSVILLE,MINNESOTA,USA |

| Marks & Nos | | Description | Qty | G.W. KGS | N.W. KGS | Meast CBM |
|---|---|---|---|---|---|---|
| | | **TRAILER PARTS** | | | | |
| | | **PO#102805BW** | | | | |
| 375 PKGS | 705008 | Tri-Ball Hitch Receiver，Power coated with chromed ball | 1,500 EA | 12300.00 | 11925.00 | 18.63 |
| 45 PKGS | 707004 | 4-Pack Recessed Mounted Ring | 900 EA | 540.00 | 495.00 | 1.55 |
| 8 PKGS | 708005 | Trailer Coupler Lock | 960 EA | 164.00 | 156.00 | 0.28 |
| 10 PKGS | 704029 | Hitch Ball of Sway Control(711004) | 1,000 EA | 300.00 | 290.00 | 0.18 |
| 18 PKGS | 707003 | Recessed Floor/Wall Tie-Down Ring | 900 EA | 495.00 | 477.00 | 0.36 |
| **TOTAL:456 PKGS** | | | **5,260 EA** | **13,799.00** | **13,343.00** | **21.00** |

SAY TOTAL FOUR HUNDRED FIFTY SIX (456)PKGS ONLY.

| | |
|---|---|
| RIGID HITCH/ITI | |
| IN·REC | ONE  CONTAINER ONLY |
| MINNESOTA,USA | |
| P/O.:102805BW | COUNTRY OF ORIGIN: CHINA |
| P/N.: | |
| C/NO.: | L/C NO.IM 37221 |
| MADE IN CHINA | |
| | ITI CO., LTD |

Helen Lin

| 1. Exporter | Certificate No. |
|---|---|
| Intradin (Shanghai) Machinery Co., Ltd.<br>No. 118, Duhui Road, Minhang District.<br>Shanghai, China<br>VIA ITI CO., LTD. | **CCPIT** 051710499 |

**CERTIFICATE OF ORIGIN**
**OF**
**THE PEOPLE'S REPUBLIC OF CHINA**

| 2. Consignee | |
|---|---|
| TO ORDER OF RIGID HITCH INC.<br>3301 WEST BURNSVILLE PARKWAY<br>BURNSVILLE MN 55337<br>ATTN:BLANE WIRTH PH:952-736-2220<br>FAX:952- | |

| 3. Means of transport and route | 5. For certifying authority use only |
|---|---|
| FROM SHANGHAI CHINA TO BURNSVILLE,MINNESOTA,USA<br>BY SEA | |

| 4. Country / region of destination |
|---|
| UNITED STATES |

| 6. Marks and numbers | 7. Number and kind of packages; description of goods | 8. H.S.Code | 9. Quantity | 10. Number and date of invoices |
|---|---|---|---|---|
| RIGID HITCH/ITI<br>IN-REC<br>MINNESOTA,USA<br>P/O:102805BW<br>P/N:<br>C/NO.:<br>MADE IN CHINA | TRAILER PARTS<br>TERMS:CIP BURNSVILLE,MINNESOTA,U.S.A.<br>PO-NO.:102805BW<br>L/C NO.:IM 37221<br>SAY TOTAL PACKED IN FOUR HUNDRED AND<br>FIFTY SIX (456)PACKAGES ONLY.<br>***************************************** | 8716 | 5360EA | IV-3775E<br>FEB.27,2006 |

| 11. Declaration by the exporter | 12. Certification |
|---|---|
| The undersigned hereby declares that the above details and statements are correct; that all the goods were produced in China and that they comply with the Rules of Origin of the People's Republic of China. | It is hereby certified that the declaration by the exporter is correct |

# *ITI* Intradin (Shanghai) Machinery Co., Ltd.

B-3,No. 1755 South Hongmei Road 200237 Shanghai, China
Tel: 86-21-67649769          Fax: 86-21-6764 9552
E-mail: towking@intradinchina.com

## PROFORMA INVOICE

To:    Rigid Hitch Incorporated
3301 W Burnsville Pkwy Burnsville
MN 55337-4290, USA

Attn:  **Mr. Blane Wirth**
Tel:952-895-5001
Fax:952-895-5001

P.O.Number:    120104BW
Our Ref.:    TA04-110-Rh-001
Date:    03/Dec/04

**Shipping Mark**

| **Rigid Hitch / ITI** |
|---|

**Minnesota, USA**

Shipping Date:  **45 days after L/C receipt**
Packing:  According to Rigid Hitch's Design
Payment:  L/C at Sight
Insurance:  By Seller's Account
Total Page:  1 page
Total Items:  10 Items

P/O:  120104BW
P/N.:
C/NO.:
MADE IN CHINA

| TowKing(ITI) Item No. | Rigid Hitch's Item No. | DESCRIPTION | Q'TY | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| *Loading from Shanghai, 1\*20' Container* | | | | | **Door to Door MN, USA** | |
| 705008 | | Tri-Ball Hitch Receiver☐ Power coated with chromed ball | 800 | pcs | $19.62 | $15,696.00 |
| 708000 | | Adjustable Receiver Lock | 960 | pcs | $4.38 | $4,204.80 |
| 708001 | | 5/8" Receiver Lock & Coupler Lock Combo | 480 | pcs | $7.17 | $3,441.60 |
| 708002 | | 5/8" Stainless Steel Receiver Lock | 720 | pcs | $6.39 | $4,600.80 |
| 708003 | | 5/8" Receiver Lock & Coupler Lock Combo | 720 | pcs | $4.17 | $3,002.40 |
| 708005 | | Trailer Coupler Lock | 960 | pcs | $1.42 | $1,363.20 |
| 705007 | | Adjustable Ball Mount | 400 | pcs | $13.20 | $5,280.00 |
| 703016 | | 2" A-Frame Coupler | 546 | pcs | $7.41 | $4,045.86 |
| 703017 | | 2 5/16" A-Frame Coupler | 768 | pcs | $10.35 | $7,948.80 |
| 708013 | | Trailer Coupler Lock (#708003B), Black | 1,000 | pcs | $3.59 | $3,590.00 |
| **TOTAL** | | | **7,354** | **pcs** | | **$53,173.46** |

/2

## ORIGINAL

| | |
|---|---|
| **1. Exporter**<br><br>YANCHENG TIANDI INTERNATIONAL TRADE CO., LTD.<br>12 EAST YANHE ROAD, YANCHENG, JIANGSU, CHINA | Certificate No. **CCPIT 050624111**<br><br>**CERTIFICATE OF ORIGIN**<br>**OF**<br>**THE PEOPLE'S REPUBLIC OF CHINA** |
| **2. Consignee**<br><br>TO ORDER OF RIGID HITCH INC.,<br>3301 W BURNSVILLE PKWY BURNSVILLE<br>MN 55337-4290, USA<br>ATTN:MR. BLANE WIRTH FAX:9521895-0443 | |
| **3. Means of transport and route**<br><br>FROM SHANGHAI, CHINA TO BURNSVILLE, MINNESOTA, USA<br>BY SEA | **5. For certifying authority use only** |
| **4. Country / region of destination**<br><br>UNITED STATES | |

| 6. Marks and numbers | 7. Number and kind of packages; description of goods | 8. H.S.Code | 9. Quantity | 10. Number and date of invoices |
|---|---|---|---|---|
| N/M | TRAILER PARTS<br>TERMS:CIP BURNSVILLE, MINNESOTA, USA<br>L/C IM36385<br>SAY TOTAL PACKED IN FOUR HUNDRED AND<br>SEVENTY EIGHT (478) PKGS ONLY.<br><br>********************************i**** | 87169000 | 7354EA | IV-35901<br>FEB. 07, 2005 |

| **11. Declaration by the exporter**<br>The undersigned hereby declares that the above details and statements are correct, that all the goods were produced in China and that they comply with the Rules of Origin of the People's Republic of China. | **12. Certification**<br>It is hereby certified that the declaration by the exporter is correct. |
|---|---|
| YANCHENG, JIANGSU, CHINA   FEB. 07, 2005<br>Place and date, signature and stamp of authorized signatory | YANCHENG  FEB. 07, 2005<br>Place and date, signature and stamp of certifying authority |

# EVERLINK INTERNATIONAL

**BILL OF LADING**
NOT NEGOTIABLE UNLESS CONSIGNED "TO ORDER"

| | |
|---|---|
| **EXPORTER (Name, Address and IRS No.)**<br><br>ITI CO.,LTD.<br>3F-2 NO.39 HSIN TAI WU ROAD,SEC 1,<br>HSI CHIH,TAIPEI HSIEN,TAIWAN | **BILL OF LADING NO.:**　**EISU142580185445**<br><br>**EXPORT REFERENCES:** |
| **ONEE. (Name and Address)**<br><br>TO ORDER OF RIGID HITCH INC.<br>3301 WEST BURNSVILLE PKWY BURNSVILLE,<br>MN 55337<br>ATTN:BLAIN WIRTH,FAX:952/895-0443 | **FORWARDING AGENT - REFERENCES:**<br><br><br>**PLACE OF RECEIPT: (Point and Country of Origin):** |
| **PARTY: (Name & Address)**<br><br>RIGID HITCH INC<br>3301 WEST BURNSVILLE PKWY BURNSVILLE,<br>MN 55337<br>ATTN:BLAIN WIRTH,FAX:952/895-0443 | **FOR DELIVERY APPLY TO:**<br><br>EVERLINK INTERNATIONAL<br>2570 CORPORATE PL #B209, MONTEREY PARK,<br>CA 91754<br>TEL: (323)980-8181, FAX: (323)980-8189 |

| ARRIAGE BY | PLACE OF RECEIPT | |
|---|---|---|
| **TING CARRIER (Vessel)**<br>EVER GRADE 0149-026E | **PORT OF LOADING**<br>SHANGHAI,CHINA | **PLACE OF DELIVERY: (Onward Inland Routing):** |
| **F DISCHARGE**<br>TACOMA,WA | **PLACE OF DELIVERY**<br>BURNSVILLE,MINNESOTA,USA | |

| Marks & Numbers<br>Container No. | No. of Pkgs. or<br>Shipping Units | Description of Goods & Pkgs.<br>PARTICULAR FURNISHED BY SHIPPER | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| N/M<br><br><br><br>TGHU2106160/74334 | 478 PACKAGES | TRAILER PARTS<br>TERMS:CIP BURNSVILLE,MINNESOTA,USA<br>PO#120104BW<br>L/C: 1M36385<br><br>NO SWPM<br><br>1X20'<br>CY TO DOOR<br>FREIGHT PREPAID<br><br>SAY FOUR HUNDRED AND SEVENTY EIGHT PACKAGES ONLY. | 17454KGS | 26.67CBM |

| Freight Details, Charges etc: | PREPAID | COLLECT | |
|---|---|---|---|
| **ON BOARD**<br><br>*Galton*<br>- - - - - - - - -<br>1 9 FEB 2005 | | | RECEIVED by the Carrier the Goods as specified above in apparent good order and condition unless otherwise stated to be transported to such place as agreed, authorized or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this Bill of Lading to which the Merchant agrees by accepting this Bill of Lading, any local privileges and customers notwithstanding.<br><br>The particulars given above as stated by shipper and the weight, measure, quantity, condition, contents and value of the Goods<br><br>IN WITNESS WHERE OF the Carrier or Agent of said vessel has signed　　THREE　　bills of lading, all of the same tenor and date, one of which being accomplished, the others to stand void.<br><br>*Galton*<br>By _____<br>Authorized Signature(s)<br>as Carrier |
| Place and date of issue: | SHANGHAI　FEB .09, 2005 | | |

# *ITI* Intradin (Shanghai) Machinery Co., Ltd.

1755 South Hong Mei Road, Minghang District, Shanghai, 200237 China.

Fax: 86-21-67649552 ☎ 86-21-67648095

**E-mail:Towking@intradinchina.com**

| | | | | |
|---|---|---|---|---|
| To | : Rigid Hitch Incorporated | Pages | : | |
| Attn. | : Mr. Blane Wirth | Date | : | June 26, 2004 |
| C.c | : | Tel | : | 001-952-895-5001 |
| Sub | :Towing Project—ITI & Rigid | Fax | : | 001-952-895-9150 |

Dear Mr. Blane Wirth

We are taking the liberty to present more detail materials for your reference as enclosed, hope you have time to evaluate it earlier and start our "win-win" business relationship!


Best Regards



*Ronna*

Ronna Luo
Sales & Marketing Manager

Intradin (Shanghai) Machinery Co., Ltd.
1755 South Hongmei Road, Shanghai, 200237, China
Tel: 86-21-67649551
Fax: 86-21-67649552
Email: towking@intradinchina.com

## Towking

发件人： "Towking" <towking@intradinchina.com>
收件人： <blawir@rigidhitch.com>
发送时间： 2004年6月25日 21:15
附件： Lock Series.doc
主题： Towing Project -- ITI & Rigid

Dear Mr. Blane Wirth,

Thank you very much receiving my call yesterday, it was very nice to talk to you!

Attached please find our quotation. Meanwhile, to assist you with a quicker decision, we take the liberty to prepare samples specially for Rigid Hitch's evaluation today:

#703016    2" A-Frame Coupler
#708000    Receiver Lock
#705008    Tri-Ball Hitch

The samples will be available and express to you by July 10. Please do feel free to let us know if you want any other preferences. The samples will be free of charge for you. Do you have any international account number to collect the shipment (UPS, DHL, FedEx...)?

While presenting our project to you, we hope to establish our partnership by a brief introduction as below:

Though starting with hardware trading business, ITI has become a wide-scaled manufacturer of many products. Through years of efforts, we are proud to grow up as the foremost manufacturer in China of a most complete line of towing accessories.

ITI sells products through OEM to our customers, while many of them are among the best known and trusted in the industry. These products are innovatively produced to our customers' specific requirements, and then marketed using the customers' particular colors and brand names.

ITI has been serving automotive, marine and industrial market for years under many well-established trademarks. Since you are located in Burnsville, you may just talk to Mr. Bob Lusty in Northern Tool & Equipment directly by phone#: 952-895-6811 for reference information of ITI.

We understand you have been impacted by the steel increases on the steel products. Besides, we believe all distributors of Reese group are now forced to wait for longer deliveries. ITI will be glad if Rigid Hitch could take us as your alternative supplier to back you up under this situation. We look forward to working with your esteemed company and hope to devote our efforts for your long-term development.

Best regards and have a nice weekend!

Ronna Luo
Sales & Marketing Manager

Intradin (Shanghai) Machinery Co., Ltd.
1755 South Hongmei Road, Shanghai, 200237, China
Tel: 86-21-67648501 Ext.: 23      86-21-67649551 (Direct Line)
Fax: 86-21-67649552
Email: towking@intradinchina.com
Http://www.intradinchina.com/towing

# *ITI* Intradin (Shanghai) Machinery Co., Ltd.

1755, Hongmei Road (s), Shanghai 200237, China.
Tel: 86-21-67649769, Fax: 86-21-67649552

# INVOICE

| | | | |
|---|---|---|---|
| TO | Rigid Hitch Incorporated | YOUR REF. | Sample Request |
| | 3301 W Burnsville Pkwy | OUR REF. | :TASP-04-109 |
| | Burnsville, MN 55337-4290 | DATE | :10-Aug-04 |
| | Tel: 1-952-895-5001 | SHIPPING | By UPS |
| PACKING | By Standard Export Packaging | FREIGHT | :Perpaid |

**\*\*\* SAMPLES FOR EVALUATION PURPOSE, NO COMMERCIAL VALUE \*\*\***

| ITEM NO. | DESCRIPTION & SPECS. | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | | | **FOB CHINA USD** | |
| 704013 | 1 7/8" Stainless Steel Hitch Ball | 1 PC | $5.88 | $5.88 |
| 705004 | Chrome Plated Ball Mount, 6,000lbs | 1 PC | $6.12 | $6.12 |
| 705002 | Power Coated Ball Mount, 6,000lbs | 1 PC | $4.85 | $4.85 |
| 708002 | 5/8" Stainless Steel Receiver Lock | 1 PC | $6.20 | $6.20 |
| 708003 | 5/8" Receiver Lock and Coupler Lock Combo | 1 PC | $3.97 | $3.97 |
| 708001 | 5/8" Receiver Lock and Coupler Lock Combo | 1 PC | $6.97 | $6.97 |
| **TOTAL :** | | **6 PCS** | | **$33.99** |

**SAY TOTAL US DOLLARS THIRTY THREE AND CENTS NINETY NINE ONLY**

REMARKS:

INTRADIN (SHANGHAI) MACHINERY CO., LTD.

*Ronna*

AUTHORIZED SIGNATURE

# *ITI* Intradin (Shanghai) Machinery Co., Ltd.

1755, Hongmei Road (s), Shanghai 200237, China.
Tel: 86-21-67649769, Fax: 86-21-67649552

# INVOICE

| | | | |
|---|---|---|---|
| TO | Rigid Hitch Incorporated | YOUR REF. | Sample Request |
| | 3301 W Burnsville Pkwy | OUR REF. : | TASP-04-067 |
| | Burnsville, MN 55337-4290 | DATE | :22-Jul-04 |
| | Tel: 1-952-895-5001 | SHIPPING | By UPS |
| PACKING | By Standard Export Packaging | FREIGHT | :Perpaid |

**\*\*\* SAMPLES FOR EVALUATION PURPOSE, NO COMMERCIAL VALUE \*\*\***

| ITEM NO. | DESCRIPTION & SPECS. | Q'TY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | | | **FOB CHINA USD** | |
| 703016 | 2" A-Frame Coupler, 5,000LBS | 1 PC | $6. 68 | $6.68 |
| 708000 | 5/8" Receiver Lock | 1 PC | $4. 19 | $4.19 |
| 705008 | Tri-Ball Hitch | 1 PC | $16. 26 | $16.26 |
| **TOTAL :** | | **3 PCS** | | **$27.13** |

**SAY TOTAL US DOLLARS TWENTY SEVEN AND CENTS THIRTEEN ONLY**

REMARKS:

SHIPPER RECEIPT (TRACKING NO.)
W352 1655 860

M147 6876 166

INTRADIN (SHANGHAI) MACHINERY CO., LTD.

AUTHORIZED SIGNATURE

## Blane Wirth

**From:** "Towking" <towking@intradinchina.com>
**To:** "Blane Wirth" <blawir@rigidhitch.com>
**Sent:** Monday, November 01, 2004 8:00 PM
**Subject:** Re: Additional item to quote

Dear Blane,

It is very nice to have your e-mail this morning!

### Re: Universal Coupler Lock
Sorry that as this design was filed into the patent, we can not offer it at this moment. We hope we can redesign it and quote you later.

### Re: PLI
Thank you for the company name with adress. I will work with the insurance company to work out the certificate for Rigid Hitch and will express to you later. Can we do some help on your setup credit form with ITI? Thank you very much to welcome David Wang & Ronna Luo in your office next week.

Best Regards,

Nick Ni
Product Manager

Add:118, Duhui Road, Minhang District, Shanghai, China 201109
Tel: 86-21-6490-8190
Fax: 86-21-6764-9552
    86-21-6485-6185
E-mail:Towking@intradinchina.com
Http://www.intradinchina.com

> ----- Original Message -----
> **From:** Blane Wirth
> **To:** Ronna Luo
> **Sent:** Tuesday, November 02, 2004 5:53 AM
> **Subject:** Additional item to quote
>
> Ronna,
> Hope you are doing well and your business is good.
> I ask that you please quote on your part number 708006 Universal coupler lock.
> Please add it to the quote you sent me on 12-Aug-04 which shows Door To Door Pricing and the minimums required.
> Thank you very much,
> Blane Wirth

# Blane Wirth

**From:** "TowKing" <towking@intradinchina.com>
**To:** "Blane Wirth" <blawir@rigidhitch.com>
**Sent:** Wednesday, December 14, 2005 10:49 AM
**Subject:** Rigid patent issuel

Dear Blane,

I would like to appologize that I have to share with you a "no good" news.

We just received a patent letter from Cequent. We are astonished about it and did not have any idea that these products were patented products till now.

As requested, we were informed that we should disclose q'ty and customer's name to the side of patent ownership. Could you please let me know if I should pass all the below information to Cequent or if there any advice from you on how to release the information? Our records show the quantities and items as below, please correct me if I made a mistake.

| | Pending order Q'ty | Shipped Q'ty |
|---|---|---|
| Item#708000 receiver lock | / | 960pcs |
| Item#708001 receiver lock | / | 480pcs |
| Item#708002 receiver lock | 900pcs | 720pcs |
| Item#703016 2" A-Frame Coupler | / | 546pcs |
| Item#703017 2-5/16"A-Frame Coupler | / | 768pcs |

============================================================

Snce we are in this situation, we hope we could both work through it and minimize our both loss to the minimum. Through our engineer's hard effort, we have already redesigned the patent. We will supply you the redesigned products for your future orders. Please let me know if you would like to see our new samples.

Again, I am sorry for this unexpected inconvenience brought to you. I will wait for your advice.

Best Regards,

Ronna Luo
Sales & Marketing Manager


Intradin (Shanghai) Machinery Co., Ltd.
118 Duhui Road, Minhang District, Shanghai, 201109 China
Tel: 86-21-64908190
Fax: 86-21-67649552 / 64856185
Email: towking@intradinchina.com
Web: www.intradinchina.com/towking

"Towking manufactures the most complete line of quality towing accessories in China."

11/16/2006

## Blane Wirth

**From:** "ITI-Towing Accessories" <towking@intradinchina.com>
**To:** "Blane Wirth" <blawir@rigidhitch.com>
**Sent:** Thursday, December 15, 2005 2:29 AM
**Subject:** Re: Rigid patent issuel

Dear Blane,

We are sorry to make you surprised. For you pending order, don't worry, we will ship them as schedule. As for patent issue, we will reply to you early next week as we do not want to miss any possible better solving way. So that we could both work through it and minimize our both loss to the minimum during this process. Thank you for your patience.

Best Regards,

Ronna Luo
Sales & Marketing Manager

Intradin (Shanghai) Machinery Co., Ltd.
118 Duhui Road, Minhang District, Shanghai, 201109 China
Tel: 86-21-64908190
Fax: 86-21-67649552 / 64856185
Email: towking@intradinchina.com
Web: www.intradinchina.com/towking

"Towking manufactures the most complete line of quality towing accessories in China."

----- Original Message -----
**From:** Blane Wirth
**To:** TowKing
**Sent:** Thursday, December 15, 2005 1:48 AM
**Subject:** (ËðÐÇÌáÊ¾-´ËÓÊ¼þ¿ÉÄÜÊÇÀ¬»øÓÊ¼þ)Re: Rigid patent issuel

Ronna,
This is very troubling news.
I know that when you and Mr. David Wang visited Rigid Hitch this question was raised and you both assured me that you had done your due diligence in checking for patent infringement. This appears to not have been done.
What directive has been issued by Cequent with regards to previously sold products?
You most certainly need to disclose all purchasers of these products - Rigid Hitch included.
Cancel my pending order for the part# 708002 - qty 900 - I will expect you to not delay my shipment or in any way adjust my container quantities because of this issue. Order should be shipping very soon (55 days from 10.29.05) - please check its status and advise.
We will then need you to prepare a credit in the form of a bank draft on a US bank against our letter of credit in the amount of $ 6,462.00 US dollars.
How these issues are handled will greatly affect our business and the business of many of your "new" hitch customers going forward.
I will await additional information from you - regarding status of our order and the issuance of our credit.

Respectfully,
Blane Wirth

----- Original Message -----
**From:** TowKing
**To:** Blane Wirth
**Sent:** Wednesday, December 14, 2005 10:49 AM
**Subject:** Rigid patent issuel

Dear Blane,

I would like to appologize that I have to share with you a "no good" news.

We just received a patent letter from Cequent. We are astonished about it and did not have any idea that these products were patented products till now.

As requested, we were informed that we should disclose q'ty and customer's name to the side of patent ownership. Could you please let me know if I should pass all the below information to Cequent or if there any advice from you on how to release the information? Our records show the quantities and items as below, please correct me if I made a mistake.

| | Pending order Q'ty | Shipped Q'ty |
|---|---|---|
| Item#708000 receiver lock | / | 960pcs |
| Item#708001 receiver lock | / | 480pcs |
| Item#708002 receiver lock | 900pcs | 720pcs |
| Item#703016 2" A-Frame Coupler | / | 546pcs |
| Item#703017 2-5/16"A-Frame Coupler | / | 768pcs |

===========================================================

Snce we are in this situation, we hope we could both work through it and minimize our both loss to the minimum. Through our engineer's hard effort, we have already redesigned the patent. We will supply you the redesigned products for your future orders. Please let me know if you would like to see our new samples.

Again, I am sorry for this unexpected inconvenience brought to you. I will wait for your advice.


Best Regards,

Ronna Luo
Sales & Marketing Manager


Intradin (Shanghai) Machinery Co., Ltd.
118 Duhui Road, Minhang District, Shanghai, 201109 China
Tel: 86-21-64908190
Fax: 86-21-67649552 / 64856185
Email: towking@intradinchina.com
Web: www.intradinchina.com/towking

"Towking manufactures the most complete line of quality towing accessories in China."

11/16/2006

## Blane Wirth

| | |
|---|---|
| **From:** | "David G Wang" <david@intradinchina.com> |
| **To:** | <blawir@rigidhitch.com> |
| **Cc:** | "ITI-Towing Accessories" <towking@intradinchina.com> |
| **Sent:** | Tuesday, December 20, 2005 10:38 AM |
| **Subject:** | Patent Issue |

blawir@rigidhitch.com

Dear Blane,

This is David. How are you doing? Wish everything goes well with you.

I am writing to you specially for the lock issue. We are in the process of actively defending the indictment from Cequent, as there are many unreasonable aspects. However, I am sorry for the trouble we brought to you.

As for these locks that are involved in the patent issue, we indeed made the investigation in order to find out whether they have the patent or not. We also specially consulted our customer with rich experience in this trade in order to confirm it. It's not our original desirability to make these troubles for you. Sorry for the inconvenience caused by this again.

No matter how the discussion with Cequent goes on, we would like to present that ITI is a responsible company to take care of our customers and business. Therefore, we agree with you to cancel the pending order for # 708002 with 900pcs, though these products are already in our warehouse and return the amount by transfer to you. We would like to pay the fees and take responsibilities caused by the patent issue, if needed. We hope the loss might be decreased to the minimum by our mutual efforts. We will let you be updated of the status of our discussing with Cequent.

Furthermore, we have redesigned the locks part # 708001 & 708002 against the patent locks. We hope that we have the chance to share our redesigned samples with you if you are interested in the future.

Again, I appologize for the inconvenience. Please let us know what we could do for you further.


Best Regards,

David Wang
Vice President

Intradin (Shanghai) Machinery Co., Ltd.
118 Duhui Road, Minhang District, Shanghai, 201109, China
Tel: 86-21-64908190
Fax: 86-21-67649552 / 64856185
Email: towking@intradinchina.com
Web: www.intradinchina.com/towking

"Towking manufactures the most complete line of quality towing accessories in China."

----- Original Message -----
**From:** Blane Wirth
**To:** TowKing
**Sent:** Thursday, December 15, 2005 1:48 AM
**Subject:** Re: Rigid patent issuel

Ronna,
This is very troubling news.
I know that when you and Mr. David Wang visited Rigid Hitch this question was raised and you both assured me that you had done your due diligence in checking for patent infringement. This appears to not have been done.
What directive has been issued by Cequent with regards to previously sold products?
You most certainly need to disclose all purchasers of these products - Rigid Hitch included.
Cancel my pending order for the part# 708002 - qty 900 - I will expect you to not delay my shipment or in any way adjust my container quantities because of this issue. Order should be shipping very soon (55 days from 10.29.05)

11/16/2006

- please check its status and advise.
We will then need you to prepare a credit in the form of a bank draft on a US bank against our letter of credit in the amount of $ 6,462.00 US dollars.
How these issues are handled will greatly affect our business and the business of many of your "new" hitch customers going forward.
I will await additional information from you - regarding status of our order and the issuance of our credit.


Respectfully,
Blane Wirth



----- Original Message -----
**From:** TowKing
**To:** Blane Wirth
**Sent:** Wednesday, December 14, 2005 10:49 AM
**Subject:** Rigid patent issue!

Dear Blane,

I would like to appologize that I have to share with you a "no good" news.

We just received a patent letter from Cequent. We are astonished about it and did not have any idea that these products were patented products till now.

As requested, we were informed that we should disclose q'ty and customer's name to the side of patent ownership. Could you please let me know if I should pass all the below information to Cequent or if there any advice from you on how to release the information? Our records show the quantities and items as below, please correct me if I made a mistake.

|  | Pending order Q'ty | Shipped Q'ty |
|---|---|---|
| Item#708000  receiver lock | / | 960pcs |
| Item#708001  receiver lock | / | 480pcs |
| Item#708002  receiver lock | 900pcs | 720pcs |
| Item#703016  2" A-Frame Coupler | / | 546pcs |
| Item#703017  2-5/16"A-Frame Coupler | / | 768pcs |

====================================================

Snce we are in this situation, we hope we could both work through it and minimize our both loss to the minimum. Through our engineer's hard effort, we have already redesigned the patent. We will supply you the redesigned products for your future orders. Please let me know if you would like to see our new samples.

Again, I am sorry for this unexpected inconvenience brought to you. I will wait for your advice.


Best Regards,

Ronna Luo
Sales & Marketing Manager


Intradin (Shanghai) Machinery Co., Ltd.
118 Duhui Road, Minhang District, Shanghai, 201109 China
Tel: 86-21-64908190
Fax: 86-21-67649552 / 64856185
Email: towking@intradinchina.com
Web: www.intradinchina.com/towking

"Towking manufactures the most complete line of quality towing accessories in China."

## Blane Wirth

**From:** "TowKing" <towking@intradinchina.com>
**To:** "Blane Wirth" <blawir@rigidhitch.com>
**Sent:** Tuesday, January 10, 2006 4:28 AM
**Subject:** Re: Rigid patent issuel

Dear Blane,

How are you ? We called you yesterday, however, it's very pity that we could not talk with you as no one answers the phone. Hoping everything is going well with you.

As for the Patent Issue of receiver locks and couplers, it's being solved by our American lawyer and is smoothly getting along now. Furthermore, the goods of PO #102805BW will be on boat about on Jan. 20, 2006. We will keep you informed for the situations in time.

Any questions, please let us know.

Best Regards,

Ronna Luo

Sales & Marketing Manager

Intradin (Shanghai) Machinery Co., Ltd.
118 Duhui Road, Minhang District, Shanghai, 201109 China
Tel: 86-21-64908190
Fax: 86-21-67649552 / 64856185
Email: towking@intradinchina.com
Web: www.intradinchina.com/towking

"Towking manufactures the most complete line of quality towing accessories in China."

----- Original Message -----
**From:** Blane Wirth
**To:** TowKing
**Sent:** Thursday, December 15, 2005 1:48 AM
**Subject:** Re: Rigid patent issuel

Ronna,
This is very troubling news.
I know that when you and Mr. David Wang visited Rigid Hitch this question was raised and you both assured me that you had done your due diligence in checking for patent infringement. This appears to not have been done.
What directive has been issued by Cequent with regards to previously sold products?
You most certainly need to disclose all purchasers of these products - Rigid Hitch included.
Cancel my pending order for the part# 708002 - qty 900 - I will expect you to not delay my shipment or in any way adjust my container quantities because of this issue. Order should be shipping very soon (55 days from 10.29.05) - please check its status and advise.
We will then need you to prepare a credit in the form of a bank draft on a US bank against our letter of credit in the amount of $ 6,462.00 US dollars.
How these issues are handled will greatly affect our business and the business of many of your "new" hitch customers going forward.
I will await additional information from you - regarding status of our order and the issuance of our credit.

Respectfully,
Blane Wirth

11/16/2006

----- Original Message -----
**From:** TowKing
**To:** Blane Wirth
**Sent:** Wednesday, December 14, 2005 10:49 AM
**Subject:** Rigid patent issue!

Dear Blane,

I would like to appologize that I have to share with you a "no good" news.

We just received a patent letter from Cequent. We are astonished about it and did not have any idea that these products were patented products till now.

As requested, we were informed that we should disclose q'ty and customer's name to the side of patent ownership. Could you please let me know if I should pass all the below information to Cequent or if there any advice from you on how to release the information? Our records show the quantities and items as below, please correct me if I made a mistake.

| | | Pending order Q'ty | Shipped Q'ty |
|---|---|---|---|
| Item#708000 | receiver lock | / | 960pcs |
| Item#708001 | receiver lock | / | 480pcs |
| Item#708002 | receiver lock | 900pcs | 720pcs |
| Item#703016 | 2" A-Frame Coupler | / | 546pcs |
| Item#703017 | 2-5/16"A-Frame Coupler | / | 768pcs |

Snce we are in this situation, we hope we could both work through it and minimize our both loss to the minimum. Through our engineer's hard effort, we have already redesigned the patent. We will supply you the redesigned products for your future orders. Please let me know if you would like to see our new samples.

Again, I am sorry for this unexpected inconvenience brought to you. I will wait for your advice.


Best Regards,

Ronna Luo
Sales & Marketing Manager


Intradin (Shanghai) Machinery Co., Ltd.
118 Duhui Road, Minhang District, Shanghai, 201109 China
Tel: 86-21-64908190
Fax: 86-21-67649552 / 64856185
Email: towking@intradinchina.com
Web: www.intradinchina.com/towking

"Towking manufactures the most complete line of quality towing accessories in China."

# Blane Wirth

**From:** "TowKing" <towking@intradinchina.com>
**To:** "Blane Wirth" <blawir@rigidhitch.com>
**Sent:** Wednesday, March 01, 2006 8:16 PM
**Subject:** Re: Shipping Status on PO#102805BW

Blane,

PO#102805BW was shipped on Feb 27. And we are preparing the shipping documents for the bank, but we found that as 900pcs #708002 was cancelled, then the actual amount will be $6,462.00 less than the L/C amount of $46,038.00. If we show the actual amount, then there will be discrepency with the L/C, it will result that we will be charged $300.00 from the bank. We are manufacuturer, our profit margin is very lean, $300.00 is very important for us. Our suggestion is that you revise the L/C amount to be $46,083.40-$6462.00=$39621.40 as quickly as possible. Please kindly advise your thoughts.

Ronna

----- Original Message -----
**From:** Blane Wirth
**To:** Ronna Luo
**Sent:** Tuesday, February 07, 2006 11:55 PM
**Subject:** Shipping Status

Ronna,
Please advise when we will receive our order, it is very delayed.
Blane

**Blane Wirth**

**From:** "towking" <towking@intradinchina.com>
**To:** <blawir@rigidhitch.com>
**Sent:** Tuesday, July 04, 2006 3:42 AM
**Attach:** Couplers.pdf
**Subject:** New products Recommendation

# THE UNIQUE MANUFACTURER IN CHINA PASS SAE J684 ON COUPLER

## We provide the most safe coupler with the best services at the most competitive prices to market your products.

Dear Blane,

It seems long time not get in touch, hope this mail find you well.

We take the liberty of recommending you our coupler series and hope there will be helpful to enrich your products line.

Firstly, we¡¯d like to emphasis the safety of coupler, since we have got SAE approval by Third Party in US. That¡¯s most important point for the towing products.

Secondly, cost saving is your concern; we believe our price is most competitive for the same quality coupler.

Samples are available if you have any interested in these items and we are looking forward your comments.

Regards,

Ronna Luo
Sales & Marketing Manager

Intradin (Shanghai) Machinery Co., Ltd.
118 Duhui Road, Minhang District, Shanghai, 201109 China
Tel: 86-21-64908190
Fax: 86-21-67649552 / 64856185
Email: towking@intradinchina.com
Web: www.intradinchina.com/towking
"Towking manufactures the most complete line of quality towing accessories in China."

# Quick-Lock Couplers

## Meet or exceed SAE J684 Standards

Safety Selection!

**Safe Coupler**

- *SAE approval by the third party testing institution in U.S.A*
- *Strict in-house testing system assure consistent quality*
- *Stable quality guaranteed by ISO9001 Quality System*

**PLI**

*Guaranteed by USDS 2 million Product Liability Insurance*

**Cost Saving**

*Same Safe Couplers, Lower Price!*

**Finish Choice**
- Super-Coating available for marine market
- Pass over 500 hours of salt spray test
- Normal zinc plated
- Primed or oiled finish available

**Package Choice**
- Bulk package
- Color label
- Color box
- Clam shell









ISO 9001

## Specification

| Item No. | Ball Size | Chanel Width | Trailer GVW | SAE Class | Q'ty of 20' |
|---|---|---|---|---|---|
| 703001 | 1-7/8" | | 2,000 lbs | | 10,080pcs |
| 703002 | 1-7/8" | 2-1/2" | 2,000 lbs | I | 10,080pcs |
| 703003 | 1-7/8" | 3" | 2,000 lbs | | 10,080pcs |
| 703004 | 2" | 2" | 3,500 lbs | II | 7,200pcs |
| 703005 | 2" | 2-1/2" | 3,500 lbs | II | 7,200pcs |
| 703006 | 2" | 3" | 3,500 lbs | II | 7,200pcs |

**TOWKING™**

Email: towking@intradinchina.com
Tel: 86-21-64908190
Fax: 86-21-67649552