Invoice To Address
Valley Industries, LLC.
1313 S Stockton St                    Page    1
Lodi CA          95240

1/29/04
3357
INTRADIN (SHANGHAI) MACHINERY
CO. LTD.                              Ship To Address
B-3,NO.1755SOUTH HONG MEI ROAD        Valley Industries-Lodi
SHANGHAI, CHINA                       1313 South Stockton St
      200237
                                      Lodi
                                      CA   95240      USA

            Currency  USD  Ship Via        FOB

Attn                         Revision Date  0/00/00
*************************************************************
LINE ITEM#      QTY ORDER U/M  DESCRIPTION          EXPECTED        AMOUN
     VENDORS#                  COMMENT                  COST      DUE DATE
*************************************************************

            EACH ITEM MUST BE LABELED WITH OUR BAR CODE ON
            THE CLAMSHELL 084689 38040 0
            PRODUCT TO BE PACKAGED IN BOXES OF 4 EACH.   EACH
            BOX TO BE LABELED WITH VALLEY ITEM NUMBER,
            QUANTITY (4) AND BAR CODED 400 84689 38040 8,
            PRODUCT DESCRIPTION, DATE OF MANUFACTURE AND
            COUNTRY OF ORIGIN. MASTER PACK 4 CARTONS OF 4 (16 PCS)

  1  7569288   2500.000 EA   COUPLER LOCK-UNIVERSAL      4.9500012375.00
                             REVISION # 00                       3/11/04


                             Total Tax                        .00

                        Purchase Order Total            12375.00


VAL0001
CONFIDENTIAL-ATTORNEYS
EYES ONLY

Authorized by

# CO., LTD.

‑79, HSIN TAI WU ROAD SEC.1. HSI-CHIH TAIPEI HSIEN TAIWAN
886-2-2698-9606, Fax: 886-2-2698-9575, E-Mail: iti@ms8.hinet.net

## COMMERCIAL INVOICE

| | | | |
|---|---|---|---|
| Invoice No.: | IV-34611 | Date: | 21 MAR 2004 |
| Shipped Via: | EVER GAINING V.0104-100E | On/about: | 21 MAR 2004 |
| From: | SHANGHAI | Destination: | OAKLAND, CA |
| M/S: | VALLEY INDUSTRIES INC. | | |
| | 1-313 S. STOCKTON, ST. | | |
| | LODI, CA 95240. | | |

| Marks & Nos | Item No | Description | Q'ty | Unit Price | Amount |
|---|---|---|---|---|---|
| | | TOWING ACCESSORIES FREE ON BOARD SHANGHAI | **FOB Shanghai, China** | | |
| VALLEY INDUSTRIES/ITI ( IN REC.) LODI, CA P/O:90733 P/N: C/NO.: MADE IN CHINA | PO#90733 756928   universal coupler lock | | 3200 EA | $4.95 | $15,840.00 |
| **TOTAL:** | | | **3,200 EA** | | **$15,840.00** |

SAY TOTAL U.S. DOLLARS FIFTEEN THOUSAND EIGHT HUNDRED
AND FORTY ONLY.

COUNTRY OF ORIGIN: CHINA

L/C NO.590354-03 DATED 040316
DRAWN UNDER: COMERICA BANK DETROIT, MI

ITI CO., LTD

*Peggy Chan*

**VAL0002**
*CONFIDENTIAL-ATTORNEYS
EYES ONLY*

```
        Invoice To Address                              Purchase Order
        Valley Industries, LLC.                         *************
        1313 S Stockton St              Page    1       *   92600  *
        Lodi CA        95240                            *************
                                                              Rev
```

6/10/04                                        LetterCredit

```
    3357
INTRADIN (SHANGHAI) MACHINERY            Ship To Address
CO. LTD.                                 Valley Industries-Lodi
B-3,NO.1755SOUTH HONG MEI ROAD           1313 South Stockton St
SHANGHAI, CHINA
        200237                           Lodi
                                         CA   95240      USA
```

```
            Currency  USD  Ship Via          FOB

  Attn                        Revision Date  0/00/00
*************************************************************************
LINE ITEM#    QTY ORDER U/M   DESCRIPTION           EXPECTED        AMOUNT
      VENDORS#                COMMENT                    COST      DUE DATE
*************************************************************************


  1  7569288    3000.000 EA   COUPLER LOCK-UNIVERSAL      4.9500014850.00
                              REVISION # 00                        8/12/04

                              UNIT UPC   QTY    1  0-84689-38040-0


                                    Total Tax                         .00

                          Purchase Order Total              14850.00
```

**VAL0003**
*CONFIDENTIAL-ATTORNEYS*
*EYES ONLY*

Authorized by ⟨signature⟩

# ITI CO., LTD.

HSIN TAI WU ROAD SEC.1. HSI-CHIH TAIPEI HSIEN TAIWAN
886-2-2698-9606, Fax: 886-2-2698-9575, E-Mail: iti@ms8.hinet.net

# COMMERCIAL INVOICE

| | | | |
|---|---|---|---|
| Invoice No.: | IV-35056 | Date: | 15. JUL 2004 |
| Shipped Via: | TRADE BLOOM V.0021E | On/about: | 15 JUL 2004 |
| From: | SHANGHAI | Destination: | OAKLAND, CA |
| M/S: | VALLEY INDUSTRIES, INC. | | |
| | 1313 S. STOCKTON ST. | | |
| | LODI, CA 95240 | | |

| Marks & Nos | Item No | Description | Q'ty | Unit Price | Amount |
|---|---|---|---|---|---|
| | TOWING ACCESSORIES FREE ON BOARD SHANGHAI | | | | |
| | | **FOB Shanghai, China** | | | |
| VALLEY INDUSTRIES/ITI | **PO#92600** | | 3072 EA | $4.95 | $15,206.40 |
| ( IN REC.) | 7569288 universal coupler lock | | | | |
| LODI, CA | | | | | |
| P/O:92600 | | | | | |
| P/N:7569288 | | | | | |
| C/NO.: | | | | | |
| MADE IN CHINA | | | | | |

| TOTAL: | | | 3,072 EA | | $15,206.40 |
|---|---|---|---|---|---|

SAY TOTAL U.S. DOLLARS FIFTEEN THOUSAND TWO HUNDRED SIX
AND CENTS FORTY ONLY.

ENTERED
AUG 26 2004

COUNTRY OF ORIGIN: CHINA

L/C NO.593363-03 DATED 040701
DRAWN UNDER: COMERICA BANK DETROIT, MI

ITI CO., LTD

| REMARKS | AGT: | AMOUNT |
|---|---|---|
| REMARKS: | 1040 | 18004.32 |
| | 3425 | (2284.91) |
| | 3425 | 967.06 |
| AS PER | AUDITED | |

*Peggy Chan*

VAL0004
CONFIDENTIAL-ATTORNEYS
EYES ONLY

Purchase Order
************
*    92601
************
Rev

6/10/04                                    LetterCredit

3357
INTRADIN (SHANGHAI) MACHINERY          Ship To Address
CO. LTD.                               Valley Industries-Lodi
B-3,NO.1755SOUTH HONG MEI ROAD         1313 South Stockton St
SHANGHAI, CHINA
    200237                             Lodi
                                       CA   95240      USA

            Currency   USD   Ship Via          FOB

Attn                           Revision Date   0/00/00
*********************************************************
LINE ITEM#      QTY ORDER U/M   DESCRIPTION          EXPECTED        AMOUNT
     VENDORS#                   COMMENT              COST        DUE DATE
*********************************************************

1   7569288    3000.000 EA    COUPLER LOCK-UNIVERSAL       4.9500014850.00
                              REVISION # 00                      9/16/04

                              UNIT UPC   QTY   1   0-84689-38040-0


                                        Total Tax             .00

                              Purchase Order Total       14850.00

VAL0005
CONFIDENTIAL-ATTORNEYS
EYES ONLY

Authorized by

# *ITI* ITI CO., LTD.

9359 



7F-2, NO.79, HSIN TAI WU ROAD SEC.1. HSI-CHIH TAIPEI HSIEN TAIWAN
Tel: 886-2-2698-9606,   Fax: 886-2-2698-9575 ,   E-Mail: iti@ms8.hinet.net

**COPIED**
12/15/04

## COMMERCIAL INVOICE

| | | | | |
|---|---|---|---|---|
| Invoice No.: | IV-35413 | Date: | 25-Oct-04 | |
| Shipped Via: | CALIFORNIA MERCURY V.45E44 | On/about: | 25-Oct-04 | |
| From: | SHANGHAI | Destination: | OAKLAND, CA | |
| M/S: | VALLEY INDUSTRIES. INC. | | | |
| | 1313 S. STOCKTON, ST. | | | |
| | LODI, CA 95240. | | | |

**RECEIVED**
DEC 01 2004
7059

| Marks & Nos | Item No | Description | Q'ty | Unit Price | Amount |
|---|---|---|---|---|---|
| | | TOWING ACCESSORIES FREE ON BOARD SHANGHAI | | | |
| | | | | **FOB Shanghai, China** | |
| VALLEY INDUSTRIES/ITI | **PO#92601** | | ① | | |
| ( IN REC.) | 7569288  universal coupler lock | | 3072 EA | $4.95 | $15,206.40 |
| LODI, CA | | | | | |
| P/O:92601 | | | | | |
| P/N:7569288 | | | | | |
| C/NO.: | | | | | |
| MADE IN CHINA | | | | | |

| TOTAL: | | | 3,072 EA | | $15,206.40 |
|---|---|---|---|---|---|

SAY TOTAL U.S. DOLLARS FIFTEEN THOUSAND TWO HUNDRED SIX
AND CENTS  FORTY ONLY.

COUNTRY OF ORIGIN: CHINA

**AFTER
INVENTORY**

ENTERED

ITI CO., LTD

| | | | |
|---|---|---|---|
| | | 1040 | 18004.37 |
| | | 3425 | (2784.97) |
| | | 00.3641 | |

Ronne
Nov. 1, 2004

TC
12/15/04

V A L 0 0 0 6
CONFIDENTIAL-ATTORNEYS
EYES ONLY

```
              Invoice To Address                          Purchase Orde:
              Valley Industries, LLC.                      * * * * * * * * * * * * *
              1313 S Stockton St            Page    1      *    95630
              Lodi CA        95240                          * * * * * * * * * * * * *
                                                            Rev
          2/10/05                                       LetterCredit
    3357
INTRADIN (SHANGHAI) MACHINERY                    Ship To Address
CO. LTD.                                         Valley Industries-Lodi
B-3,NO.1755SOUTH HONG MEI ROAD                   1313 South Stockton St
SHANGHAI, CHINA
        200237                                   Lodi
                                                 CA    95240        USA


              Currency   USD   Ship Via          FOB

  Attn                          Revision Date   0/00/00
************************************************************************
LINE ITEM#      QTY ORDER U/M   DESCRIPTION             EXPECTED       AMOUN
      VENDORS#                  COMMENT                   COST        DUE DATE
************************************************************************

  1  7569288      3072.000 EA    COUPLER LOCK-UNIVERSAL         4.9500015206.40
                                 REVISION # 00                          4/15/05

                          UNIT UPC   QTY   1  0-84689-38040-0


                             Total Tax                           .00

                     Purchase Order Total                   15206.40
```

VAL0007
*CONFIDENTIAL-ATTORNEYS
EYES ONLY*

Authorized by _(signature)_

# *ITI* ITI CO., LTD.

3357

7F-2, NO.79, HSIN TAI WU ROAD SEC.1. HIS-CHIH TAIPEI HSIEN
Tel: 886-2-2698-9606, Fax: 886-2-2698-9575, E-Mail: iti@ms8.hinet.net

## COMMERCIAL INVOICE

**Invoice No.** IV-36327        Date:    MAY.01.2005

**Shipped Via:** LT GLAMOUR V.0159-103E     On/about:   MAY.01.2005

**From:**    SHANGHAI,CHINA        Destination: OAKLAND,CA

**M/S:**    VALLEY INDUSTRIES, LLC.

       1313 S STOCKTON ST

       LODI CA, USA

| Marks & No | Item No | Description | Q'ty | Unit Price | Amount |
|---|---|---|---|---|---|
| | | | | | **FOB SHANGHAI,CHINA** |
| | | **TOWING ACCESSORIES FREE ON BOARD SHANHAI** | | | |
| | | **P.O.NO.:95630** | | | |
| 7569288 | 708006 | COUPLER LOCK-UNIVERSAL REVISION | 3072 EA | $4.95 | $15,206.40 |
| 7569288 | 708006 | COUPLER LOCK-UNIVERSAL REVISION | 50 EA | F.O.C | F.O.C |

**TOTAL:**                        **3,122 EA**        **$15,206.40**

SAY TOTAL U.S. DOLLARS FIFTEEN THOUSAND TWO HUNDRED SIX AND CENTS

N/M    FORTY ONLY

COUNTRY OF ORIGIN: CHINA

L/C NO.:599384-02

ITI CO., LTD

Helen Lm

| PRICE APPR: | ACCT: | AMOUNT: |
|---|---|---|
| REMARKS: | 1040 | 27810.36 |
| | 3425 | (12459.96) |
| | 3425 | 399.13 |
| DISC: | | AUDITED: |

**VAL0008**
*CONFIDENTIAL-ATTORNEYS
EYES ONLY*



```
                    Invoice To Address                    Purchase Order
                    Valley Industries, LLC.               *************
                    1313 S Stockton St          Page   1  *   96261   *
                    Lodi CA        95240                   *************
                                                                Rev

         3/28/05                              LetterCredit
      3357
  INTRADIN (SHANGHAI) MACHINERY          Ship To Address
  CO. LTD.                               Valley Industries-Lodi
  B-3,NO.1755SOUTH HONG MEI ROAD         1313 South Stockton St
  SHANGHAI, CHINA
         200237                          Lodi
                                         CA   95240      USA


            Currency  USD  Ship Via          FOB

   Attn                        Revision Date  0/00/00
  ***************************************************************
  LINE ITEM#    QTY ORDER U/M   DESCRIPTION        EXPECTED    AMOUNT
        VENDORS#                COMMENT               COST    DUE DATE
  ***************************************************************

    1  7569288   3072.000 EA   COUPLER LOCK-UNIVERSAL    4.9500015206.40
                               REVISION # 00                     5/22/05

                     UNIT UPC    QTY   1  0-84689-38040-0


                          Total Tax                    .00

                  Purchase Order Total              15206.40
```

**VAL0009**
*CONFIDENTIAL-ATTORNEYS
EYES ONLY*

Authorized by

Purchase Order
*************
*    96262    *
*************
Rev

3/28/05                                    LetterCredit

   3357
INTRADIN (SHANGHAI) MACHINERY          Ship To Address
CO. LTD.                               Valley Industries-Lodi
B-3,NO.1755SOUTH HONG MEI ROAD         1313 South Stockton St
SHANGHAI, CHINA
        200237                         Lodi
                                       CA    95240      USA


              Currency  USD  Ship Via          FOB

  Attn                        Revision Date  0/00/00
***************************************************************
LINE ITEM#    QTY ORDER U/M   DESCRIPTION          EXPECTED      AMOUN
      VENDORS#                COMMENT                   COST    DUE DATE
***************************************************************


  1  7569288    3072.000 EA   COUPLER LOCK-UNIVERSAL      4.9500015206.40
                              REVISION # 00                      6/22/05

                     UNIT UPC   QTY   1  0-84689-38040-0


                           Total Tax                       .00

               Purchase Order Total               15206.40

VAL0010
CONFIDENTIAL-ATTORNEYS
EYES ONLY

                     Authorized by

3357

# *ITI* ITI CO., LTD.

7F-2, NO.79, HSIN TAI WU ROAD SEC.1. HIS-CHIH TAIPEI HSIEN
Tel: 886-2-2698-9606,   Fax: 886-2-2698-9575 ,   E-Mail: iti@ms8.hinet.net

## COMMERCIAL INVOICE

| | | | |
|---|---|---|---|
| Invoice No.: | IV-36404 | Date: | JUN.06.2005 |
| Shipped Via: | NYK STARLIGHT V.30E23 | On/about: | JUN.06.2005 |
| From: | SHANGHAI,CHINA | Destination: | OAKLAND,CA |
| M/S: | VALLEY INDUSTRIES, LLC. | | |
| | 1313 S STOCKTON ST | | |
| | LODI CA, USA | | |
| | FAX:(209) 369-8675 | | |

| Marks & Nos | Item No | Description | Q'ty | Unit Price | Amount |
|---|---|---|---|---|---|
| | | | | | FOB SHANGHAI,CHINA |
| | | TOWING ACCESSORIES | | | |
| | | P.O.NO.:96261 | | | |
| N/M | 7569288 708015 | COUPLER LOCK-UNIVERSAL REVISION | 3072 EA | $5.49 | $16.865.28 |
| | | P.O.NO.:96262 | | | |
| | 7569288 708015 | COUPLER LOCK-UNIVERSAL REVISION | 3072 EA | $5.49 | $16.865.28 |
| TOTAL: | | | 6,144 EA | | $33,730.56 |

SAY TOTAL U.S. DOLLARS THIRTY THREE THOUSAND SEVEN HUNDRED THIRTY AND CENTS
FIFTY SIX ONLY

COUNTRY OF ORIGIN: CHINA

ITI CO., LTD

*Ronna*

| PRICE APPR: | ACCT: | AMOUNT: |
|---|---|---|
| REMARKS: | 1040 | 544.34.74 |
| | 3425 | (206.04.18) |
| | | |
| DISC: | | AUDITED: |

ENTERED
JUN.22.2005

VAL0011
CONFIDENTIAL-ATTORNEYS
EYES ONLY

Purchase Order
*************
*    97271    *
*************
Rev

6/06/05

3357
INTRADIN (SHANGHAI) MACHINERY
CO. LTD.
B-3,NO.1755SOUTH HONG MEI ROAD
SHANGHAI, CHINA
        200237

WIRE TRANSFER

Ship To Address
VALLEY INDUSTRIES - VINE ST
1300 EAST VINE STREET
SUITE 4
LODI
CA    95240        USA

Currency  USD  Ship Via          FOB

Attn                            Revision Date  0/00/00
*****************************************************************
LINE ITEM#    QTY ORDER U/M   DESCRIPTION            EXPECTED      AMOUNT
      VENDORS#                COMMENT                   COST     DUE DATE
*****************************************************************

 1  7569288    3072.000 EA    COUPLER LOCK-UNIVERSAL      5.4900016865.28
                              REVISION # 00                        8/29/05

                       UNIT UPC   QTY   1  0-84689-38040-0

                              Total Tax                          .00

                       Purchase Order Total              16865.28

          PLEASE ACKNOWLEDGE BY SIGNING AND RETURNING TO:
          **WALTER CONDLEY, FAX (209) 333-2673***
          ONE SET OF ORIGINAL SHIPPING DOCUMENTS, INCLUDING
          COMMERCIAL INVOICE, PACKING LIST, AND BILL OF
          LADING, MUST BE SENT TO VALLEY INDUSTRIES AT TIME
          OF SHIPMENT.
          *
          ALL BOXES MUST BE LABELED WITH QUANTITY, VALLEY
          PART NUMBER AND PRODUCT DESCRIPTION.
          UPC BAR CODES MUST BE ON PRODUCT, INNER PACKS AND
          MASTER PACKS AS DESIGNATED.

                                        VAL0012
                                 CONFIDENTIAL-ATTORNEYS
                                      EYES ONLY

                         Authorized by

*TOM*
*Debbie*
*JOE*

*3357*

# *ITI* ITI CO., LTD.

7F-2, NO.79, HSIN TAI WU ROAD SEC.1. HIS-CHIH TAIPEI HSIEN
Tel: 886-2-2698-9606,   Fax: 886-2-2698-9575 ,   E-Mail: iti@ms8.hinet.net

## COMMERCIAL INVOICE

Invoice No.: IV-36783

Shipped Via: HYUNDAI CHALLENGER V.614E

From:   SHANGHAI, CHINA

M/S:   VALLEY INDUSTRIES, LLC.

1313 S STOCKTON ST

LODI CA, USA

FAX:(209) 369-8675

Date:   AUG.04.20005
On/about:   AUG.04.20005
Destination: OAKLAND,CA

| Marks & Nos | Item No | | Description | Q'ty | Unit Price | Amount |
|---|---|---|---|---|---|---|
| | | | | | | **FOB SHANGHAI,CHINA** |
| | | | **TOWING ACCESSORIES** | | | |
| | | | **P.O.NO.:97271** | | | |
| N/M | 708015 | 7569288 | COUPLER LOCK-UNIVERSAL REVISION | 3072 EA | $5.49 | $16,865.28 |
| | | | | **3,072 EA** | | **$16,865.28** |

**TOTAL:**

SAY TOTAL U.S. DOLLARS SIXTEEN THOUSAND EIGHT HUNDRED SIXTY FIVE AND CETNS TWENTY
EIGHT ONLY

COUNTRY OF ORIGIN: CHINA

ITI CO., LTD

*Ronna*

(ENTERED AUG 11 2005)

**VAL0013**
*CONFIDENTIAL-ATTORNEYS*
*EYES ONLY*

| PRICE APPR: | ACCT: | AMOUNT: |
|---|---|---|
| REMARKS | 1010 | 27212.37 |
| | 9425 | (10352.09) |
| | | |
| DISC: | | AUDITED: |

Invoice To Address
Valley Industries, LLC.
1313 S Stockton St
Lodi CA       95240

Purchase Orde
************
*     97748
************
Rev

7/12/05

3357
INTRADIN (SHANGHAI) MACHINERY
CO. LTD.
B-3,NO.1755SOUTH HONG MEI ROAD
SHANGHAI, CHINA
        200237

LetterCredit

Ship To Address
Valley Industries-Lodi
1313 South Stockton St

Lodi
CA    95240       USA

Currency  USD  Ship Via          FOB

Attn                          Revision Date  0/00/00
**********************************************************************
LINE ITEM#    QTY ORDER U/M   DESCRIPTION            EXPECTED      AMOUN
     VENDORS#                 COMMENT                    COST    DUE DATE
**********************************************************************

  1  7569288   3072.000 EA    COUPLER LOCK-UNIVERSAL    5.9800018370.56
                              REVISION # 00                    10/01/05

                              UNIT UPC   QTY    1  0-84689-38040-0

                              Total Tax                          .00

                       Purchase Order Total            18370.56

        PLEASE ACKNOWLEDGE BY SIGNING AND RETURNING TO:
        **WALTER CONDLEY, FAX (209) 333-2673***
        ONE SET OF ORIGINAL SHIPPING DOCUMENTS, INCLUDING
        COMMERCIAL INVOICE, PACKING LIST, AND BILL OF
        LADING, MUST BE SENT TO VALLEY INDUSTRIES AT TIME
        OF SHIPMENT.
        *
        ALL BOXES MUST BE LABELED WITH QUANTITY, VALLEY
        PART NUMBER AND PRODUCT DESCRIPTION.
        UPC BAR CODES MUST BE ON PRODUCT, INNER PACKS AND
        MASTER PACKS AS DESIGNATED.

                                        VAL0014
                                CONFIDENTIAL-ATTORNEYS
                                       EYES ONLY

                        Authorized by

COPIED
9/13/05

# *ITI* ITI CO., LTD.

7F-2, NO.79, HSIN TAI WU ROAD SEC.1. HIS-CHIH TAIPEI HSIEN
Tel: 886-2-2698-9606,  Fax: 886-2-2698-9575 ,  E-Mail: iti@ms8.hinet.net

## COMMERCIAL INVOICE

| Invoice No.: IV-36947 | | Date: | SEP.02.2005 |
| Shipped Via: YM BUROPE V.091E | | On/about: | SEP.02.2005 |
| From: SHANGHAI, CHINA | | Destination: OAKLAND,CA |
| M/S: VALLEY INDUSTRIES, LLC. | | |

1313 S STOCKTON ST

LODI CA, USA

FAX:(209) 369-8675

| Marks & Nos | Item No | | Description | Q'ty | Unit Price | Amount |
|---|---|---|---|---|---|---|
| | | | | | | FOB SHANGBAI,CHINA |
| | | | **TOWING ACCESSORIES** | | | |
| | | | **P.O.NO.:97748** | | | |
| N/M | 708015 | 7569288 | COUPLER LOCK-UNIVERSAL REVISION | 3072 EA | $5.49 | $16,865.28 |
| **TOTAL:** | | | | **3,072 EA** | | **$16,865.28** |

SAY TOTAL U.S. DOLLARS SIXTEEN THOUSAND EIGHT HUNDRED SIXTY FIVE AND CETNS TWENTY
EIGHT ONLY

COUNTRY OF ORIGIN: CHINA

ITI CO., LTD

ENTERED
SEP 13 2005

Received on water
9/8/05
OK
9/9/05

VAL0015
*CONFIDENTIAL-ATTORNEYS*
*EYES ONLY*

9/16/05                                        LetterCredit

3357
INTRADIN (SHANGHAI) MACHINERY          Ship To Address
CO. LTD.                               Valley Industries-Lodi
B-3,NO.1755SOUTH HONG MEI ROAD         1313 South Stockton St
SHANGHAI, CHINA
      200237                           Lodi
                                       CA   95240      USA

              Currency  USD  Ship Via          FOB

 Attn                        Revision Date  0/00/00
*******************************************************************
LINE ITEM#    QTY ORDER U/M   DESCRIPTION        EXPECTED    AMOUNT
      VENDORS#              COMMENT           COST    DUE DATE
*******************************************************************

 1   7569288    3072.000 EA    COUPLER LOCK-UNIVERSAL       5.4900016865.28
                               REVISION # 00                     12/15/05

                       UNIT UPC    QTY   1  0-84689-38040-0


                                   Total Tax                     .00

                       Purchase Order Total              16865.28

            PLEASE ACKNOWLEDGE BY SIGNING AND RETURNING TO:
            **WALTER CONDLEY, FAX (209) 333-2673***
            ONE SET OF ORIGINAL SHIPPING DOCUMENTS, INCLUDING
            COMMERCIAL INVOICE, PACKING LIST, AND BILL OF
            LADING, MUST BE SENT TO VALLEY INDUSTRIES AT TIME
            OF SHIPMENT.
            *
            ALL BOXES MUST BE LABELED WITH QUANTITY, VALLEY
            PART NUMBER AND PRODUCT DESCRIPTION.
            UPC BAR CODES MUST BE ON PRODUCT, INNER PACKS AND
            MASTER PACKS AS DESIGNATED.


                          Authorized by

                                    VAL0016
                          CONFIDENTIAL-ATTORNEYS
                               EYES ONLY

*TOM*
*Debbie*

*2357*

# *ITI* ITI CO., LTD.

7F-2, NO.79, HSIN TAI WU ROAD SEC.1. HIS-CHIH TAIPEI HSIEN
Tel: 886-2-2698-9606, Fax: 886-2-2698-9575 , E-Mail: iti@ms8.hinet.net

## COMMERCIAL INVOICE

| | | | |
|---|---|---|---|
| Invoice No.: | IV-37236 | Date: | NOV.04.2005 |
| Shipped Via: | NEWPORT BRIDGE V.10E | On/about: | NOV.04.2005 |
| From: | SHANGHAI, CHINA | Destination: | OAKLAND,CA |
| M/S: | VALLEY INDUSTRIES, LLC. | | |
| | 1313 S STOCKTON ST | | |
| | LODI CA, USA | | |
| | FAX:(209) 369-8675 | | |

| Marks & Nos | Item No | Description | Q'ty | Unit Price | Amount |
|---|---|---|---|---|---|
| | | | | FOB SHANGHAI,CHINA USD | |
| VALLEY/ITI | | **TOWING ACCESSORIES** | | | |
| LODI,USA | | **P.O.NO.:98687** | | | |
| P/O NO.:98687 | 708015  7569288 | COUPLER LOCK-UNIVERSAL REVISION | 3072 EA | $5.49 | $16,865.28 |
| P/N: | | | | | |
| C/NO.: | | | | | |
| MADE IN CHINA | | | | | |
| | | | **3,072 EA** | | **$16,865.28** |

SAY TOTAL U.S. DOLLARS SIXTEEN THOUSAND EIGHT HUNDRED SIXTY FIVE AND CENTS TWENTY
EIGHT ONLY

COUNTRY OF ORIGIN: CHINA

ITI CO., LTD

*Donna*

| PRICE APPR: | ACCT: | AMOUNT: |
|---|---|---|
| REMARKS: | *1040* | *22219.32* |
| | *3425* | *(10352.04)* |
| | | |
| DISC: | | AUDITED: |

ENTERED
NOV 15 2005

VAL0017
CONFIDENTIAL-ATTORNEYS
EYES ONLY

Purchase Orde
* * * * * * * * * * *
*    99427
* * * * * * * * * * *
Rev

11/09/05                                    LetterCredit
    3357
INTRADIN (SHANGHAI) MACHINERY
CO. LTD.                        Ship To Address
B-3,NO.1755SOUTH HONG MEI ROAD    Valley Industries-Lodi
SHANGHAI, CHINA                 1313 South Stockton St
      200237
                                Lodi
              *Emailed 11/9/05*   CA    95240        USA

                Currency  USD   Ship Via          FOB

Attn                            Revision Date  0/00/00
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
LINE ITEM#    QTY ORDER U/M    DESCRIPTION              EXPECTED      AMOUN
     VENDORS#                   COMMENT                  COST        DUE DATE
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

  1   7569288    1536.000 EA    COUPLER LOCK-UNIVERSAL     5.49000 8432.64
                                REVISION # 00                      2/11/06

                         UNIT UPC    QTY    1  0-84689-38040-0

                    REDACTED

                                Total Tax              .00

                         Purchase Order Total      REDACTED

PLEASE ACKNOWLEDGE BY SIGNING AND RETURNING TO:
**WALTER CONDLEY, FAX (209) 333-2673***
ONE SET OF ORIGINAL SHIPPING DOCUMENTS, INCLUDING
COMMERCIAL INVOICE, PACKING LIST, AND BILL OF
LADING, MUST BE SENT TO VALLEY INDUSTRIES AT TIME
OF SHIPMENT.
*
ALL BOXES MUST BE LABELED WITH QUANTITY, VALLEY
PART NUMBER AND PRODUCT DESCRIPTION.
UPC BAR CODES MUST BE ON PRODUCT, INNER PACKS AND
MASTER PACKS AS DESIGNATED.

                         Authorized by

                              VAL0018
                         CONFIDENTIAL-ATTORNEYS

# *ITI* ITI CO., LTD.

7F-2, NO.79, HSIN TAI WU ROAD SEC.1. HIS-CHIH TAIPEI HSIEN
Tel: 886-2-2698-9606,   Fax: 886-2-2698-9575 ,   E-Mail: iti@ms8.hinet.net

## COMMERCIAL INVOICE

| | |
|---|---|
| Invoice No.: IV-37601 | Date:        FEB.16.2006 |
| Shipped Via: YM ASIA V.096E | On/about:   FEB.16.2006 |
| From:        SHANGHAI，CHINA | Destination: OAKLAND,CA |
| M/S:        VALLEY INDUSTRIES, LLC. | |
|              1313 S STOCKTON ST | |
|              LODI CA, USA | |
|              FAX:(209）369-8675 | |

| Marks & Nos | Item No | Description | Q'ty | Unit Price | Amount |
|---|---|---|---|---|---|
| | | | | | **FOB SHANGHAI,CHINA** |
| | | **TOWING ACCESSORIES** | | | |
| | | **P.O.NO.:99427** | | | |
| N/M | 708015   7569288 | COUPLER LOCK-UNIVERSAL REVISION | 1536 EA | $5.49 | $8,432.64 |

**TOTAL:**                                        **1,536 EA**        **$8,432.64**

SAY TOTAL U.S. DOLLARS EIGHT THOUSAND FOUR HUNDRED THIRTY TWO AND CENTS SIXTY FOUR
ONLY

COUNTRY OF ORIGIN: CHINA

ITI CO., LTD

| PRICE APPR: | ACCT: | AMOUNT: |
|---|---|---|
| REMARKS: | 1040 | 14473.59 |
| | 1425 | (6040.95) |
| | | |
| DISC: | | AUDITED: |

*Donna*

ENTERED
MAR 17 2006

**VAL0019**
*CONFIDENTIAL-ATTORNEYS*
*EYES ONLY*

Invoice To Address
Valley Industries, LLC.
1313 S Stockton St                    Page    1
Lodi CA          95240

Purchase Order
*************
*    98912
*************
Rev

9/30/05                                      LetterCredit

3357
INTRADIN (SHANGHAI) MACHINERY
CO. LTD.
B-3,NO.1755SOUTH HONG MEI ROAD
SHANGHAI, CHINA
      200237

Ship To Address
VALLEY INDUSTRIES - VINE ST
1300 EAST VINE STREET
SUITE 4
LODI
CA    95240        USA

          Currency   USD   Ship Via              FOB

 Attn                        Revision Date   0/00/00
*******************************************************************
LINE ITEM#    QTY ORDER U/M   DESCRIPTION              EXPECTED        AMOUN
     VENDORS#                 COMMENT                      COST     DUE DATE
*******************************************************************

  1  7569288    3072.000 EA   COUPLER LOCK-UNIVERSAL      5.2600016158.72
                              REVISION # 00                       1/15/06

                     UNIT UPC   QTY   1   0-84689-38040-0

                              Total Tax                      .00

                     Purchase Order Total              16158.72

      PLEASE ACKNOWLEDGE BY SIGNING AND RETURNING TO:
      **WALTER CONDLEY, FAX (209) 333-2673***
      ONE SET OF ORIGINAL SHIPPING DOCUMENTS, INCLUDING
      COMMERCIAL INVOICE, PACKING LIST, AND BILL OF
      LADING, MUST BE SENT TO VALLEY INDUSTRIES AT TIME
      OF SHIPMENT.
      *
      ALL BOXES MUST BE LABELED WITH QUANTITY, VALLEY
      PART NUMBER AND PRODUCT DESCRIPTION.
      UPC BAR CODES MUST BE ON PRODUCT, INNER PACKS AND
      MASTER PACKS AS DESIGNATED.

                                        VAL0020
                                  CONFIDENTIAL-ATTORNEYS
                                       EYES ONLY

                        Authorized by

COPIED

*TOM*
*Debbie*

# *ITI* ITI CO., LTD.

7F-2, NO.79, HSIN TAI WU ROAD SEC.1. HIS-CHIH TAIPEI HSIEN
Tel: 886-2-2698-9606,   Fax: 886-2-2698-9575 ,   E-Mail: iti@ms8.hinet.net

## COMMERCIAL INVOICE

Invoice No.: IV-37750

Date:       FEB.26.2006

Shipped Via:  HANJIN KAOHSIUNG V.111E

On/about:   FEB.26.2006

From:    SHANGHAI，CHINA

Destination: OAKLAND,CA

M/S:    VALLEY INDUSTRIES, LLC.

1313 S STOCKTON ST

LODI CA, USA

FAX:(209）369-8675

| Marks & Nos | Item No | Description | Q'ty | Unit Price | Amount |
|---|---|---|---|---|---|
| | | | | **FOB SHANGHAI,CHINA** | |
| | | **TOWING ACCESSORIES** | | | |
| | | **P.O.NO.:98912** | | | |
| N/M | 708015  7569288 | COUPLER LOCK-UNIVERSAL REVISION | 3072 EA | $5.49 | $16,865.28 |

| TOTAL: | | | 3,072 EA | | $16,865.28 |
|---|---|---|---|---|---|

SAY TOTAL U.S. DOLLARS SIXTEEN THOUSAND EIGHT HUNDRED SIXTY FIVE AND CENTS TWENTY
EIGHT ONLY

COUNTRY OF ORIGIN: CHINA

3/23/06

ENTERED
MAR 22 2006

ITI CO., LTD

| PRICE APPR: | ACCT: | AMOUNT: |
|---|---|---|
| REM/INS: | 1040 | 2894/2.18 |
| | 3425 | (12081.98) |
| DISC: | | AUDITED: |

3/23/06

VAL0021
CONFIDENTIAL-ATTORNEYS
EYES ONLY

Invoice To Address
Valley Industries, LLC.
1313 S Stockton St
Lodi CA      95240

Purchase Orde:
*************
*    99863
*************
Rev

12/15/05

3357
INTRADIN (SHANGHAI) MACHINERY
118 Duhui Road, Minhang
District,
Shanghai
CHN   201109    CHN

*Emailed 3/16/06*

WIRE TRANSFER

Ship To Address
VALLEY INDUSTRIES - VINE ST
1300 EAST VINE STREET
SUITE 4
LODI
CA    95240      USA

Currency   USD   Ship Via           FOB

Attn                          Revision Date   0/00/00
************************************************************************
LINE ITEM#      QTY ORDER U/M   DESCRIPTION              EXPECTED      AMOUN
       VENDORS#                 COMMENT                     COST      DUE DATE
************************************************************************

  1  7569288    3072.000 EA   COUPLER LOCK-UNIVERSAL       5.490 16865.28
                              REVISION # 00                       3/10/06

                      UNIT UPC   QTY   1  0-84689-38040-0

                          Total Tax                          .00

                      Purchase Order Total                16865.28

PLEASE ACKNOWLEDGE BY SIGNING AND RETURNING TO:
**WALTER CONDLEY, FAX (209) 333-2673***
ONE SET OF ORIGINAL SHIPPING DOCUMENTS, INCLUDING
COMMERCIAL INVOICE, PACKING LIST, AND BILL OF
LADING, MUST BE SENT TO VALLEY INDUSTRIES AT TIME
OF SHIPMENT.
*
ALL BOXES MUST BE LABELED WITH QUANTITY, VALLEY
PART NUMBER AND PRODUCT DESCRIPTION.
UPC BAR CODES MUST BE ON PRODUCT, INNER PACKS AND
MASTER PACKS AS DESIGNATED.

VAL0022
CONFIDENTIAL-ATTORNEYS
EYES ONLY

Authorized by

2/10/06                                      WIRE TRANSFER

3357
INTRADIN (SHANGHAI) MACHINERY        Ship To Address
118 Duhui Road, Minhang              VALLEY INDUSTRIES - VINE ST
District,                            1300 EAST VINE STREET
Shanghai                             SUITE 4
CHN   201109   CHN                   LODI
                                     CA   95240     USA


            Currency  USD  Ship Via          FOB

Attn                       Revision Date  0/00/00
**********************************************************
LINE ITEM#   QTY ORDER U/M  DESCRIPTION         EXPECTED     AMO
      VENDORS#               COMMENT              COST     DUE DA
**********************************************************


 1   7569288   3072.000 EA  COUPLER LOCK-UNIVERSAL     6.0000018432.0
                            REVISION # 00                    4/10/06

                   UNIT UPC   QTY  1  0-84689-38040-0


                           Total Tax                   .0

                     Purchase Order Total          18432.0

            PLEASE ACKNOWLEDGE BY SIGNING AND RETURNING TO:
            **WALTER CONDLEY, FAX (209) 333-2673***
            ONE SET OF ORIGINAL SHIPPING DOCUMENTS, INCLUDING
            COMMERCIAL INVOICE, PACKING LIST, AND BILL OF
            LADING, MUST BE SENT TO VALLEY INDUSTRIES AT TIME
            OF SHIPMENT.
            *
            ALL BOXES MUST BE LABELED WITH QUANTITY, VALLEY
            PART NUMBER AND PRODUCT DESCRIPTION.
            UPC BAR CODES MUST BE ON PRODUCT, INNER PACKS AND
            MASTER PACKS AS DESIGNATED.

                                        VAL0023
                               CONFIDENTIAL-ATTORNEYS
                                       EYES ONLY

                           Authorized by

# ✔ ITI CO., LTD.

F-2, NO.79, HSIN TAI WU ROAD SEC.1, HSI-CHIH TAIPEI HSIEN TAIWAN
Tel: 886-2-2698-9606,  Fax: 886-2-2698-9575 ,  E-Mail: iti@ms8.hinet.net

## COMMERCIAL INVOICE

| | |
|---|---|
| Invoice No., | IV-38001 |
| Shipped Via | HANSA LIMBURG V.0010E |
| From: | SHANGHAI |
| M/S: | VALLEY INDUSTRIES. INC. |
| | 1313 S. STOCKTON, ST. |
| | LODI, CA 95240. |

| | |
|---|---|
| Date: | APR. 11, 2006 |
| On/about: | APR. 11, 2006 |
| Destination: | OAKLAND, CA |

| Marks & Nos | Item No | Description | Q'ty | Unit Price | Amount |
|---|---|---|---|---|---|
| | | TOWING ACCESSORIES FREE ON BOARD SHANGHAI | | **FOB Shanghai, China** | |
| | **PO#99863-R** | | | | |
| | 7569288 | COUPLER LOCK-UNIVERSAL REVISION IN ALUMINIUM -ZINC | 3072 EA | $5.85 | $17,971.20 |
| | **PO#100610** | | | | |
| | 7569288 | COUPLER LOCK-UNIVERSAL REVISION IN ALUMINIUM -ZINC | 3072 EA | $5.85 | $17,971.20 |
| **TOTAL:** | | | 6,144 EA | | $35,942.40 |

SAY TOTAL U.S. DOLLARS THIRTY FIVE THOUSAND NINE HUNDRED AND
FORTY TWO AND CENTS FORTY ONLY.

VALLEY/ITI
( IN REC.)     COUNTRY OF ORIGIN: CHINA
LODI, CA
P/O NO.:99863-R,100610
P/N:
C/NO.:
MADE IN CHINA
             ITI CO., LTD

| PRICE APP'D: | ACCT: | AMOUNT: |
|---|---|---|
| REMARKS | 1040 | 57894.36 |
| | 3425 | (21,951.96) |
| DISC: | | AUDITED |

ENTERED
MAY 10 2006

VAL0024
CONFIDENTIAL-ATTORNEYS
EYES ONLY

```
                    Invoice To Address                   Purchase Order
                    Valley Industries, LLC.              *************
                    1313 S Stockton St        Page    1    *   100384
                    Lodi CA        95240                 *************
                                                              Rev
          1/27/06
       3357                                       WIRE TRANSFER
    INTRADIN (SHANGHAI) MACHINERY        Ship To Address
    118 Duhui Road, Minhang              VALLEY INDUSTRIES - VINE ST
    District,                            1300 EAST VINE STREET
    Shanghai                             SUITE 4
    CHN   201109    CHN                  LODI
                                         CA   95240      USA


              Currency  USD  Ship Via         FOB

    Attn                        Revision Date  0/00/00
    ***********************************************************************
    LINE ITEM#    QTY ORDER U/M   DESCRIPTION          EXPECTED      AMOUN
         VENDORS#                 COMMENT                  COST     DUE DATE
    ***********************************************************************

     1  7569288    3072.000 EA   COUPLER LOCK-UNIVERSAL    5.490001 6865.28
                                 REVISION # 00                     4/15/06

                            UNIT UPC    QTY   1  0-84689-38040-0


                                 Total Tax                       .00

                          Purchase Order Total            16865.28
```

PLEASE ACKNOWLEDGE BY SIGNING AND RETURNING TO:
**WALTER CONDLEY, FAX (209) 333-2673***
ONE SET OF ORIGINAL SHIPPING DOCUMENTS, INCLUDING
COMMERCIAL INVOICE, PACKING LIST, AND BILL OF
LADING, MUST BE SENT TO VALLEY INDUSTRIES AT TIME
OF SHIPMENT.
*
ALL BOXES MUST BE LABELED WITH QUANTITY, VALLEY
PART NUMBER AND PRODUCT DESCRIPTION.
UPC BAR CODES MUST BE ON PRODUCT, INNER PACKS AND
MASTER PACKS AS DESIGNATED.

VAL0025
CONFIDENTIAL-ATTORNEYS
EYES ONLY

Authorized by

# *ITI* ITI CO., LTD.

7F-2, NO.79, HSIN TAI WU ROAD SEC.1. HSI-CHIH HSIEN TAIWAN
Tel: 886-2-2698-9606,   Fax: 886-2-2698-9575 .   E-Mail: iti@ms8.hinet.net

## COMMERCIAL INVOICE

| | |
|---|---|
| Invoice No.: | JV-38019 |
| Shipped Via: | BOSPORUS BRIDGE V.4E |
| From: | SHANGHAI |
| M/S: | VALLEY INDUSTRIES. INC. |
| | 1313 S. STOCKTON, ST. |
| | LODI, CA 95240. |

| | |
|---|---|
| Date: | APR. 16, 2006 |
| On/about: | APR. 16, 2006 |
| Destination: | OAKLAND, CA |

| Marks & Nos | Item No | Description | Q'ty | Unit Price | Amount |
|---|---|---|---|---|---|
| | | TOWING ACCESSORIES FREE ON BOARD SHANGHAI | | **FOB Shanghai, China** | |
| | PO#100384 | | | | |
| | 7569288 | COUPLER LOCK-UNIVERSAL REVISION IN ALUMINIUM -ZINC | 3072 EA | $5.85 | $17,971.20 |
| **TOTAL:** | | | **3,072 EA** | | **$17,971.20** |

SAY TOTAL U.S. DOLLARS SEVENTEEN THOUSAND NINE HUNDRED AND
SEVENTY ONE AND CENTS TWENTY ONLY.

VALLEY/ITI
( IN REC.)   COUNTRY OF ORIGIN: CHINA
LODI, USA
P/O NO.:100384
P/N:
C/NO.:
MADE IN CHINA
          ITI CO., LTD

| PRICE APPR: | ACCT: | AMOUNT |
|---|---|---|
| REMARKS: | 1040 | 28942.18 |
| | 3925 | (1092590) |
| | | |
| | | |
| DISC: | | AUDITED |

*Donna*

VAL0026
CONFIDENTIAL-ATTORNEYS
EYES ONLY

Invoice To Address
Valley Industries, LLC.
1313 S Stockton St
Lodi CA        95240        Page    1

Purchase Order
*************
*  100757
*************
Rev

2/16/06

WIRE TRANSFER

3357
INTRADIN (SHANGHAI) MACHINERY
118 Duhui Road, Minhang
District,
Shanghai
CHN   201109    CHN

Ship To Address
Valley Industries-Lodi
1313 South Stockton St

Lodi
CA   95240      USA

Currency  USD  Ship Via        FOB

Attn                    Revision Date  0/00/00
**********************************************************************
LINE ITEM#    QTY ORDER U/M  DESCRIPTION              EXPECTED       AMOUN
     VENDORS#                COMMENT                     COST        DUE DATE
**********************************************************************

 1  7569288   3000.000 EA   COUPLER LOCK-UNIVERSAL          6.0000018000.00
                            REVISION # 00                          6/15/06

                     UNIT UPC   QTY   1  0-84689-38040-0

                            Total Tax                          .00

                     Purchase Order Total             18000.00

PLEASE ACKNOWLEDGE BY SIGNING AND RETURNING TO:
**WALTER CONDLEY, FAX (209) 333-2673***
ONE SET OF ORIGINAL SHIPPING DOCUMENTS, INCLUDING
COMMERCIAL INVOICE, PACKING LIST, AND BILL OF
LADING, MUST BE SENT TO VALLEY INDUSTRIES AT TIME
OF SHIPMENT.
*
ALL BOXES MUST BE LABELED WITH QUANTITY, VALLEY
PART NUMBER AND PRODUCT DESCRIPTION.
UPC BAR CODES MUST BE ON PRODUCT, INNER PACKS AND
MASTER PACKS AS DESIGNATED.

VAL0027
CONFIDENTIAL-ATTORNEY
EYES ONLY

Authorized by

Invoice To Address
Valley Industries, LLC.
1313 S Stockton St
Lodi CA        95240

Purchase Orde
* * * * * * * * * * * *
*   100758
* * * * * * * * * * * * *
Rev

2/16/06                                                WIRE TRANSFER
3357
INTRADIN (SHANGHAI) MACHINERY        Ship To Address
118 Duhui Road, Minhang              Valley Industries-Lodi
District,                            1313 South Stockton St
Shanghai
CHN   201109    CHN                  Lodi
                                     CA   95240      USA

Currency  USD  Ship Via            FOB

Attn                        Revision Date  0/00/00
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
LINE  ITEM#    QTY ORDER U/M    DESCRIPTION                    EXPECTED      AMOUN
       VENDORS#                  COMMENT                            COST    DUE DATI
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

 1   7569288    3000.000 EA    COUPLER LOCK-UNIVERSAL           6.0000018000.00
                               REVISION # 00                            6/15/06

                               UNIT UPC   QTY   1   0-84689-38040-0

                                    Total Tax                        .00

                               Purchase Order Total            18000.00

                    PLEASE ACKNOWLEDGE BY SIGNING AND RETURNING TO:
                    **WALTER CONDLEY, FAX (209) 333-2673***
                    ONE SET OF ORIGINAL SHIPPING DOCUMENTS, INCLUDING
                    COMMERCIAL INVOICE, PACKING LIST, AND BILL OF
                    LADING, MUST BE SENT TO VALLEY INDUSTRIES AT TIME
                    OF SHIPMENT.
                    *
                    ALL BOXES MUST BE LABELED WITH QUANTITY, VALLEY
                    PART NUMBER AND PRODUCT DESCRIPTION.
                    UPC BAR CODES MUST BE ON PRODUCT, INNER PACKS AND
                    MASTER PACKS AS DESIGNATED.

VAL0028
CONFIDENTIAL-ATTORNEYS
EYES ONLY

Authorized by

**COPIED**

# *ITI* ITI CO., LTD.

Tom Debbie

7F-2, NO.79, HSIN TAI WU ROAD SEC.1. HSI-CHIH TAIPEI HSIEN TAIWAN
Tel: 886-2-2698-9606,   Fax: 886-2-2698-9575 ,   E-Mail: iti@ms8.hinet.net

## COMMERCIAL INVOICE

| | | | |
|---|---|---|---|
| Invoice No.: | IV-38341 | Date: | JUN. 16, 2006 |
| Shipped Via: | ITAL UNIVERSO V.0217-041E | On/about: | JUN. 16, 2006 |
| From: | SHANGHAI | Destination: | OAKLAND, CA |
| M/S: | VALLEY INDUSTRIES. INC. | | |
| | 1313 S. STOCKTON, ST. | | |
| | LODI, CA 95240. | | |

| Marks & Nos | Item No | Description | Q'ty | Unit Price | Amount |
|---|---|---|---|---|---|
| | TOWING ACCESSORIES FREE ON BOARD SHANGHAI | | | **FOB Shanghai, China** | |
| | **PO#100757** | | | | |
| | 7569288 | COUPLER LOCK-UNIVERSAL REVISION IN ALUMINIUM -ZINC | 3072 EA | $5.85 | $17,971.20 |
| | **PO#100758** | | | | |
| | 7569288 | COUPLER LOCK-UNIVERSAL REVISION IN ALUMINIUM -ZINC | 3072 EA | $5.85 | $17,971.20 |
| **TOTAL:** | | | **6,144 EA** | | **$35,942.40** |

SAY TOTAL U.S. DOLLARS THIRTY FIVE THOUSAND NINE HUNDRED AND
FORTY TWO AND CENTS FORTY ONLY.

VALLEY/ITI

( IN REC.)   <u>COUNTRY OF ORIGIN: CHINA</u>

LODI, USA

P/O NO.:100757,100758

P/N:

C/NO.:                                         1040        57894.36
                                               5425        (21951.90)
MADE IN CHINA

          ITI CO., LTD

*Ronna*



VAL0029
*CONFIDENTIAL-ATTORNEYS
EYES ONLY*

Invoice To Address
Valley Industries, LLC.
1313 S Stockton St
Lodi CA          95240

Purchase Order
**************
*   102789   *
**************
Rev

7/14/06                                      WIRE TRANSFER

3357
INTRADIN (SHANGHAI) MACHINERY
118 Duhui Road, Minhang
District,
Shanghai
CHN   201109      CHN

Ship To Address
Valley Industries-Lodi
1313 South Stockton St

Lodi
CA   95240      USA

Currency   USD   Ship Via              FOB

Attn                          Revision Date   0/00/00
****************************************************************
LINE ITEM#                QTY ORDER U/M              EXPECTED COST      AMOUNT
     VENDORS#             DESCRIPTION                DUE DATE
****************************************************************

PLEASE SUPPLY THESE 500 AS KEYED ALIKE.  THE KEYED
ALIKE PRODUCT USES THE SAME KEY FOR ALL UNITS.

1  7569288              500.000  EA                     6.99000  3495.00
   COUPLER LOCK-UNIVERSAL
                        REVISION # 00              9/15/06
                        COMMENT    KEYED ALIKE
                        UNIT UPC   QTY  1  0-84689-38040-0

                              Total Tax                           .00

                        Purchase Order Total              3495.00

PLEASE ACKNOWLEDGE BY SIGNING AND RETURNING TO:
**WALTER CONDLEY, FAX (209) 333-2673***
ONE SET OF ORIGINAL SHIPPING DOCUMENTS, INCLUDING
COMMERCIAL INVOICE, PACKING LIST, AND BILL OF
LADING, MUST BE SENT TO VALLEY INDUSTRIES AT TIME
OF SHIPMENT.
*
ALL BOXES MUST BE LABELED WITH QUANTITY, VALLEY
PART NUMBER AND PRODUCT DESCRIPTION.
UPC BAR CODES MUST BE ON PRODUCT, INNER PACKS AND
MASTER PACKS AS DESIGNATED.

VAL0030
CONFIDENTIAL-ATTORNEY:
EYES ONLY

Authorized by

```
                Invoice To Address                                    Purchase Order
                Valley Industries, LLC.                               *************
                1313 S Stockton St          Page    1          *   102789   *
                Lodi CA        95240                                  *************
                                                                      Rev
          7/18/06                                    WIRE TRANSFER
      3357
   INTRADIN (SHANGHAI) MACHINERY                 Ship To Address
   118 Duhui Road, Minhang                       Valley Industries-Lodi
   District,                                     1313 South Stockton St
   Shanghai
   CHN   201109     CHN                          Lodi
                                                 CA    95240      USA
```

| Currency | USD | Ship Via | | FOB |

Attn                              Revision Date   0/00/00

```
****************************************************************************
LINE ITEM#            QTY ORDER U/M                EXPECTED COST      AMOUNT
     VENDORS#         DESCRIPTION                  DUE DATE
****************************************************************************
```

PLEASE SUPPLY THESE 500 AS KEYED ALIKE.   THE KEYED
ALIKE PRODUCT USES THE SAME KEY FOR ALL UNITS.
*
revision 1:  deleted 7569288 and replaced with
7569388. july 18, 2006 wjc

```
 1   7569288              .000  EA                    6.99000        .00
     COUPLER LOCK-UNIVERSAL
                         REVISION # 00              9/15/06
                         COMMENT    KEYED ALIKE
                         UNIT UPC   QTY  1  0-84689-38040-0

 2   7569381           500.000  EA                    6.99000    3495.00
     COUPLER LOCK-UNIV.KEYED ALIKE
                         REVISION # 00              9/30/06
                         UNIT UPC   QTY  1  0-84689-39283-0
```

                                Total Tax                           .00

                          Purchase Order Total               3495.00

PLEASE ACKNOWLEDGE BY SIGNING AND RETURNING TO:
**WALTER CONDLEY, FAX (209) 333-2673***
ONE SET OF ORIGINAL SHIPPING DOCUMENTS, INCLUDING
COMMERCIAL INVOICE, PACKING LIST, AND BILL OF
LADING, MUST BE SENT TO VALLEY INDUSTRIES AT TIME
OF SHIPMENT.
*
ALL BOXES MUST BE LABELED WITH QUANTITY, VALLEY

                                        **VAL0031**
                                   *CONFIDENTIAL-ATTORNEYS*
                                        *EYES ONLY*

Purchase Order
* * * * * * * * * * * * * *
*    102789    *
* * * * * * * * * * * * * *
Rev

7/18/06                                                    WIRE TRANSFER

3357
INTRADIN (SHANGHAI) MACHINERY
118 Duhui Road, Minhang
District,
Shanghai
CHN   201109     CHN

Ship To Address
Valley Industries-Lodi
1313 South Stockton St

Lodi
CA   95240        USA

Currency  USD   Ship Via          FOB

Attn                          Revision Date  0/00/00
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
LINE  ITEM#            QTY ORDER U/M                              EXPECTED COST      AMOUNT
      VENDORS#         DESCRIPTION                                DUE DATE
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PART NUMBER AND PRODUCT DESCRIPTION.
UPC BAR CODES MUST BE ON PRODUCT, INNER PACKS AND
MASTER PACKS AS DESIGNATED.

VAL0032
CONFIDENTIAL-ATTORNEYS
EYES ONLY

Authorized by

# *ITI* ITI CO., LTD.

*(handwritten: Tom Debbie)*

7F-2, NO.79, HSIN TAI WU ROAD SEC.1. HSI-CHIH TAIPEI HSIEN TAIWAN
Tel: 886-2-2698-9606 , Fax: 886-2-2698-9575 , E-Mail: iti@ms8.hinet.net

## COMMERCIAL INVOICE

| | |
|---|---|
| Invoice No.: **IV-38912** | Date: SEP. 08, 2006 |
| Shipped Via: YM PROSPERITY V.026E | On/about: SEP. 08, 2006 |
| From: SHANGHAI | Destination: OAKLAND, CA |
| M/S: VALLEY INDUSTRIES. INC. | |
| 1313 S. STOCKTON, ST. | |
| LODI, CA 95240. | |

| Marks & Nos | Item No | Description | Q'ty | Unit Price | Amount |
|---|---|---|---|---|---|
| | | TOWING ACCESSORIES FREE ON BOARD SHANGHAI | | | |
| | | | | **FOB Shanghai, China** | |
| | PO#102789 | | | | |
| | 7569381 | COUPLER LOCK-UNIVERSAL REVISION IN ALUMINIUM -ZINC KEYED ALIKE | 500 EA | $6.99 | $3,495.00 |
| **TOTAL:** | | | **500 EA** | | **$3,495.00** |

SAY TOTAL U.S. DOLLARS THREE THOUSAND FOUR HUNDRED AND
NINETY FIVE ONLY.

VALLEY/ITI
( IN REC.)
LODI, USA
P/O NO.:102789
P/N:
C/NO.:
MADE IN CHINA
COUNTRY OF ORIGIN: CHINA

ITI CO., LTD

*(handwritten: Rec'd and paid f/n - not entered. Donna)*

| PRICE APPR: | ACCT: | AMOUNT: |
|---|---|---|
| REMARKS: | | |
| | | |
| | | |
| DISC: | | AUDITED: |

*(stamp: RECEIVED OCT 09 2006 BY: )*

VAL0033
CONFIDENTIAL-ATTORNEYS
EYES ONLY

```
                    Invoice To Address                    Purchase Order
                    Valley Industries, LLC.               **************
                    1313 S Stockton St        Page    1    *  102775   *
                    Lodi CA        95240                   **************
                                                              Rev
          7/14/06                                  WIRE TRANSFER
       3357
    INTRADIN (SHANGHAI) MACHINERY         Ship To Address
    118 Duhui Road, Minhang               Valley Industries-Lodi
    District,                             1313 South Stockton St
    Shanghai
    CHN   201109   CHN                    Lodi
                                          CA  95240       USA
```

Currency  USD  Ship Via          FOB

Attn                         Revision Date  0/00/00
```
***************************************************************************
LINE ITEM#              QTY ORDER U/M            EXPECTED COST    AMOUNT
     VENDORS#           DESCRIPTION              DUE DATE
***************************************************************************


 1   7569288            3000.000  EA                 6.99000 20970.00
     COUPLER LOCK-UNIVERSAL
                        REVISION # 00                10/15/06
                        UNIT UPC   QTY    1  0-84689-38040-0


                                  Total Tax                        .00

                        Purchase Order Total               20970.00
```

PLEASE ACKNOWLEDGE BY SIGNING AND RETURNING TO:
**WALTER CONDLEY, FAX (209) 333-2673***
ONE SET OF ORIGINAL SHIPPING DOCUMENTS, INCLUDING
COMMERCIAL INVOICE, PACKING LIST, AND BILL OF
LADING, MUST BE SENT TO VALLEY INDUSTRIES AT TIME
OF SHIPMENT.
*
ALL BOXES MUST BE LABELED WITH QUANTITY, VALLEY
PART NUMBER AND PRODUCT DESCRIPTION.
UPC BAR CODES MUST BE ON PRODUCT, INNER PACKS AND
MASTER PACKS AS DESIGNATED.

**VAL0034**
*CONFIDENTIAL-ATTORNEYS
EYES ONLY*

Authorized by

*Tom Debbie*   *8/30*

# **ITI** ITI CO., LTD.

7F-2, NO.79, HSIN TAI WU ROAD SEC.1. HSI-CHIH TAIPEI HSIEN TAIWAN
Tel: 886 2-2698-9606,   Fax: 886-2-2698-9575 ,   E-Mail: iti@ms8.hinet.net

## COMMERCIAL INVOICE

Invoice No.:  IV-38951

Shipped Via:  YM ASIA V.003E

From:  SHANGHAI

M/S:  VALLEY INDUSTRIES. INC.
1313 S. STOCKTON, ST.
LODI, CA 95240.

Date:  SEP. 15, 2006
On/about.  SEP. 15, 2006
Destination:  OAKLAND, CA

| Marks & Nos | Item No | Description | Q'ty | Unit Price | Amount |
|---|---|---|---|---|---|
| | | TOWING ACCESSORIES FREE ON BOARD SHANGHAI | | | |
| | | | | FOB Shanghai, China | |
| | PO#102775 | | | | |
| | 7569288 | COUPLER LOCK-UNIVERSAL REVISION IN ALUMINIUM -ZINC | 2656 EA | $6.99 | $18,565.44 |
| **TOTAL:** | | | **2,656 EA** | | **$18,565.44** |

SAY TOTA . U.S DOLLARS EIGHTEEN THOUSAND FIVE HUNDRED
AND SIXTY FIVE AND CENTS FORTY FOUR ONLY.

VALLEY/ITI

( IN REC.)   COUNTRY OF ORIGIN. CHINA

LODI USA

P/O NO.:102775

P/N:

C/NO.:

MADE IN CHINA

ITI CO., LTD

*Ronna-*

*Paid fn -*
*not received.*

VAL0035
CONFIDENTIAL-ATTORNEYS
EYES ONLY